# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| INTEGRAMED AMERICA, INC., | Case No. 20-11170 (LSS) |
| Debtor. | |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that the below attorneys enter their appearance, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Local Bankruptcy Rule 2002-1, on behalf of Molina Dayal, M.D., Maureen Schulte, M.D., and STLFertility, LLC (collectively, the "**Parties**"). The attorneys below request, pursuant to Bankruptcy Rules 2002 and 9007, and section 342 of the United States Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon them. Pursuant to Bankruptcy Rule 7005 and Local Bankruptcy Rule 5005-4(c), counsel opts-in to electronic service at the email addresses set forth below:

| | |
|---|---|
| Shanti M. Katona | Matthew S. Layfield |
| **POLSINELLI PC** | **POLSINELLI PC** |
| 222 Delaware Ave., Suite 1101 | 100 S. Fourth Street, Suite 1000 |
| Wilmington, Delaware 19801 | St. Louis, Missouri 63102 |
| Facsimile: (302) 252-0921 | Facsimile: (314) 667-3731 |
| skatona@polsinelli.com | mlayfield@polsinelli.com |

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced case and proceedings therein.

73677017.1

PLEASE TAKE FURTHER NOTICE that neither this notice of appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive the Parties' (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Parties are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: May 21, 2020
       Wilmington, Delaware

**POLSINELLI PC**

*/s/ Shanti M. Katona*
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Ave., Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
skatona@polsinelli.com

-and-

Matthew S. Layfield
100 S. Fourth Street, Suite 1000
St. Louis, Missouri 63102
Telephone: (314) 552-6834
Facsimile: (314) 667-3731
mlayfield@polsinelli.com

*Counsel to Molina Dayal, M.D., Maureen Schulte, M.D., and STLFertility, LLC*