# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| INTEGRAMED HOLDING CORP.,[1] | ) | Case No. 20-11169 (LSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| INTEGRAMED AMERICA, INC., | ) | Case No. 20-11170 (LSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| TRELLIS HEALTH LLC, | ) | Case No. 20-11171 (LSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| INTEGRAMED FERTILITY HOLDING CORP., | ) | Case No. 20-11172 (LSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| REPRODUCTIVE PARTNERS, INC., | ) | Case No. 20-11173 (LSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

---

[1] The Debtors in the above captioned Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: IntegraMed Holding Corp. (4778), IntegraMed America, Inc. (0326), Trellis Health LLC (8710), IntegraMed Fertility Holding Corp. (7962), Reproductive Partners, Inc. (7978), IntegraMed Management of Bridgeport, LLC (0302), IntegraMed Florida Holdings, LLC (6524), IntegraMed Management of Mobile, LLC (2766), IntegraMed Management, LLC (9197), and IntegraMed Medical Missouri, LLC (0494).  The Debtors' corporate headquarters is located at 2 Manhattanville Road, Purchase, NY 10577.

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| INTEGRAMED MANAGEMENT OF BRIDGEPORT, LLC, | ) | Case No. 20-11175 (LSS) |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| INTEGRAMED FLORIDA HOLDINGS, LLC, | ) | Case No. 20-11176 (LSS) |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| INTEGRAMED MANAGEMENT OF MOBILE, LLC, | ) | Case No. 20-11179 (LSS) |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| INTEGRAMED MANAGEMENT, LLC, | ) | Case No. 20-11181 (LSS) |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| INTEGRAMED MEDICAL MISSOURI, LLC, | ) | Case No. 20-11184 (LSS) |
| | ) | |
| Debtor. | ) | |

## THE CHAPTER 7 CASES SCHEDULES AND SOFAS GLOBAL NOTES

These Global Notes filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors") in connection with the Debtors' Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SOFAs") comprise an integral part of the Schedules and SOFAs and should be referred to and considered in connection with any review of them.

26354994.5

1.  The Debtors prepared these unaudited Schedules and SOFAs pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  Except where otherwise noted the information provided herein is presented as of the beginning of business on April 30, 2020.

2.  Prior to the Petition Date, on May 11, 2020, IntegraMed America, Inc. sold certain of its information technology assets to an entity affiliated with Amulet Capital Partners, L.P. for a purchase price of $7 million and the assumption of certain liabilities.  Such assets have been excluded from the Schedules and SOFAs

3.  While the Debtors have made every reasonable effort to ensure that the Schedules and SOFAs are accurate and complete, based upon information that was available to them at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information and/or further review and analysis of the Debtors' books and records may result in changes to financial data and other information contained in the Schedules and SOFAs.  Moreover, because the Schedules and SOFAs contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules and SOFAs are complete or accurate.

4.  In reviewing and signing the Schedules and SOFAs, F. Richard Dietz, Jr., the duly authorized and designated representative of the Debtors (the "Designated Representative"), has necessarily relied upon the prior efforts, statements and representations of other employees, personnel and professionals of the Debtors.  The Designated Representative has not (and could not have) personally verified the accuracy of each such statement and representation that collectively provide the information presented in the Schedules and SOFAs, including but not limited to, statements and representations concerning amounts owed to creditors and their addresses.

5.  The Debtors reserve their rights to amend the Schedules and SOFAs as may be necessary or appropriate in the Debtors' sole and absolute discretion, including, but not limited to, the right to assert offsets or defenses to (which rights are expressly preserved), or to dispute, any claim reflected on the Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."  These Global Notes will apply to all such amendments.  Furthermore, nothing contained in the Schedules or SOFAs shall constitute a waiver of the Debtors' rights with respect to the chapter 7 cases and specifically with respect to any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers, or an admission relating to the same.

6.  Any failure to designate a claim listed on the Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated."  Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts.  Further, the claims of individual creditors are listed as the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors or setoffs applied by such creditors against amounts due by such creditors to the Debtors with respect to other transactions between them. The Debtors reserve all of their rights with respect to any such credits and allowances.

7.  Some of the Debtors' scheduled assets and liabilities are unknown and/or unliquidated.  In such cases, no amounts are listed or the amounts are listed as "undetermined," "unknown," "none calculated" or to similar effect.  Accordingly, for this and other reasons the Schedules may not fully reflect the aggregate amount of the Debtors' assets and liabilities.

8.  At times, the preparation of the Schedules and the SOFAs required the Debtors to make assumptions that may affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities, and/or other items. Actual results could differ from those estimates. Pursuant to Bankruptcy Rule 1009, the Debtors may amend their Schedules and SOFAs as they deem necessary and appropriate to reflect material changes.  In addition, the Debtors, for the benefit of their estates, reserve the right to dispute or to assert offsets or defenses to any claim listed on the Schedules or SOFAs.

9.  Given the differences between the information requested in the Schedules and the financial information utilized under generally accepted accounting principles in the United States ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedules may not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

10. Except as otherwise noted, each asset and liability of each Debtor is shown on the basis of net book value of the asset or liability in accordance with such Debtor's accounting books and records. Therefore, unless otherwise noted, the Schedules and SOFAs are not based upon any estimate of the current market values of the Debtors' assets and liabilities, which may not correspond to book values.  It would be cost prohibitive and unduly burdensome to obtain current market valuations of the Debtors' property interests.  Except as otherwise noted, the Debtors' assets are presented, in detail, as they appear on the Debtors' accounting sub-ledgers.  As such, the detail may include error corrections and value adjustments (shown as negative values or multiple line items for an individual asset).  The Debtors believe that certain of their assets, including intangible assets, may have been significantly impaired by, among other things, the events leading to, and the commencement of, the Debtors' chapter 7 cases.  The Debtors did not formally evaluate the appropriateness of the carrying values ascribed to their assets prior to commencement of the chapter 7 cases.

11. Owned property and equipment are recorded at cost and are shown net of depreciation. Depreciation is recorded using the straight-line method over the estimated useful lives of the assets, which range from three to seven years for furniture, fixtures, equipment, and software.

12. Certain litigation actions (collectively, the "Litigation Actions") reflected as claims against a particular Debtor may relate to any of the other Debtors.  The Debtors made reasonable efforts to accurately record the Litigation Actions in the Schedules and SOFAs of the Debtor that is the party to the Litigation Action.  The inclusion of any Litigation Action in the Schedules and SOFAs does not constitute an admission by the Debtors of liability, the validity of any Litigation Action or the amount of any potential claim that may result from any claims with respect to any Litigation Action, or the amount and treatment of any potential claim resulting from any Litigation Action currently pending or that may arise in the future.

13. With respect to Schedule A/B, questions 6-7, the retainer amounts paid by the Debtors to their bankruptcy counsel, Young Conaway Stargatt & Taylor, LLP, on an earned upon receipt basis do

not constitute an interest of the Debtors in property and are thus not listed in response to Schedule B, questions 6-7.  These payments are listed in response to SOFA question 11.

14.  With respect to Schedule A/B, Question 3, bank account balances are reported as of May 19, 2020.

15.  With respect to Schedule A/B, question 10, the Debtors listed the accounts receivable on a consolidated basis in the Schedule of Integramed America, Inc.

16.  Schedule D does not include beneficiaries of letters of credit.  Although the claims of certain parties may be secured by a letter of credit, the Debtors' obligations under the letters of credit run to the issuers thereof, and not to the beneficiaries thereof.

17.  Certain claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim. All claims listed on Schedule D, however, appear to have arisen or been incurred before the Petition Date.

18.  The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

19.  Except as specifically stated herein, real property lessors, utility companies and other parties which may hold security deposits have not been listed on Schedule D.  The Debtors have not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

20.  With respect to Schedule D, the Debtors listed Bank of Montreal as the agent to the secured debt listed at D.1 and D.2.  However, prior to the Petition Date, Amulet Capital Partners or an affiliate thereof purchased the debt listed at D.1.  The Debtors do not know with certainty whether, as of the Petition Date, Bank of Montreal has been replaced as agent for purposes of the senior secured debt listed at D.1.

21.  With respect to Schedule E/F, part 2, all creditors and amounts listed are derived from the Debtors' accounts payable as of May 20, 2020.  The Debtors are unable to state with certainty the dates that such debts were incurred, and accordingly, the Debtors have not listed the dates that such debts were incurred.

22.  With respect to Schedule E/F, part 2, the addresses for certain creditors were not available in the Debtors' books and records.  Such addresses have, accordingly, been omitted.

23.  With respect to Schedule E/F, the Debtors have omitted the entry of any patients who received care at non-debtor owned clinical facilities in accordance with the policies and protections afforded by the Health Insurance Portability and Accountability Act ("HIPAA").  Such patients may be creditors of the Debtors, and appropriate records will be made available to the Chapter 7 Trustee and the Court upon request.

24. The Debtors have included information for all of their employees, each of whom was paid through and including May 23, 2020, on account of earned wages, salaries and paid time off. Any amounts owed to such employees are unknown, and have been listed as such on the Schedules. Appropriate correspondence regarding the commencement of these chapter 7 cases was sent to employees immediately upon the filing of these proceedings. .

25. With respect to Schedule G, part 2, the addresses for certain executory contract or unexpired lease counterparties were not available in the Debtors' books and records. Such addresses have been omitted.

26. With respect to Schedule H, each of the Debtors are co-obligors with respect to scheduled claims listed at D.1 and D.2. Accordingly, each of the Debtors have been listed on Schedule H with respect to such claims.

27. The businesses of the Debtors are complex and, while every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. The Debtors hereby reserve all of their rights to (i) dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and (ii) amend or supplement such Schedule as necessary. Furthermore, the Debtors reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on the Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or an unexpired lease.

28. The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements that may not be listed therein. Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. Additionally, the Debtors may be parties to various other agreements concerning real property, such as easements, rights of way, subordination, non-disturbance, supplemental agreements, amendments/letter agreements, title documents, consents, site plans, maps and other miscellaneous agreements. Such agreements, if any, are not set forth in Schedule G. Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings.

29. For purposes of Schedule H, the Debtors have not listed their past insurers or current insurers as co-debtors because the Debtors are unaware of any actual present liability on the part of these parties. The Debtors reserve their rights to assert that any of the various foregoing parties (or any other party not listed on Schedule H whom the Debtors later discover to be liable in whole or part for any obligation of the Debtors) is a co-debtor with the Debtors, and neither these Global Notes nor the Schedules and SOFAs shall be deemed a waiver of any rights of the Debtors to assert that any entity not listed in response to Schedule H is a co-debtor with respect to one or more of the Debtors' obligations.

30.  Prior to the commencement of these cases, on May 8, 2020, May 16, 2020, and May 19, 2020, the Debtors issued three special payrolls to all employees for their earned wages, salaries, and paid time off.  All other payrolls were made in the ordinary course of business on a biweekly basis.  Due to the voluminous nature of such employee payments, the Debtors have excluded payments to rank and file employees in SOFA question 3.  For the avoidance of doubt, the Debtors have included all applicable payments to insiders in SOFA question 4.

31.  With respect to SOFA questions 26(b) through 26(d), the Debtors have excluded rank and file accountants and bookkeepers in response to this question, instead listing those officers who supervised them, as well as the Debtors' external accounting and audit firms.

32.  The Debtors and their past or present officers, employees, attorneys, professionals and agents (including, but not limited to, the Designated Representative), do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein.  The Debtors and their past or present officers, employees, attorneys, professionals and agents (including, but not limited to, the Designated Representative) expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized.  In no event shall the Debtors or their past or present officers, employees, attorneys, professionals and/or agents (including, but not limited to, the Designated Representative) be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused arising from or related to any information provided herein or omitted herein.

**Fill in this information to identify the case:**

Debtor name        **IntegraMed America, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **20-11170 (LSS)**

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 22, 2020**              X  **/s/ F. Richard Dietz, Jr.**
                                               Signature of individual signing on behalf of debtor

                                               **F. Richard Dietz, Jr.**
                                               Printed name

                                               **Interim Chief Executive Officer**
                                               Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **IntegraMed America, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **20-11170 (LSS)**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $    **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $    **57,126,310.92**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................... $    **57,126,310.92**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $    **92,303,605.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $    **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$    **8,084,893.60**

4. Total liabilities ...........................................................................
   Lines 2 + 3a + 3b

   $    **100,388,498.60**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **IntegraMed America, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **20-11170 (LSS)**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 2. | **Cash on hand** | | **$3,893,788.97** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3.1. | **BMO Harris Bank** | **Corporate Holding Account** | **5442** | **$6,243,989.00** |
| 3.2. | **Bank of America** | **Corporate Deposit Account** | **1444** | **$2,138,839.00** |
| 3.3. | **Bank of America** | **Concentration Account** | **7588** | **$213,063.00** |
| 3.4. | **Bank of America** | **Bay Imprest Acct** | **0716** | **$4,000.00** |
| 3.5. | **Bank of America** | **Boise Imprest Acct** | **1519** | **$355.00** |
| 3.6. | **Bank of America** | **Reno Imprest Acct** | **7756** | **$7,116.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | | Case number *(If known)* | **20-11170 (LSS)** |
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 3.7. | Bank of America | Reach Imprest | 5279 | $10,400.00 |
| 3.8. | Bank of America | Shady Grove Imprest | 7481 | $8,341.00 |
| 3.9. | Bank of America | Shared Risk Deposits | 6103 | $593,462.00 |
| 3.10. | Bank of America | SIRM Imprest | 3220 | $6,677.00 |
| 3.11. | Bank of America | Seattle Imprest Acct | 1669 | $28,906.00 |
| 3.12. | Bank of America | UNC Imprest Acct | 8362 | $17,500.00 |
| 3.13. | Bank of America | Utah Imprest Acct | 3058 | $3,254.00 |
| 3.14. | Bank of America | CRM AL Imprest | 3596 | $0.00 |
| 3.15. | Bank of America | CRM ORD Imprest | 9742 | $24,608.00 |
| 3.16. | CapitalOne Bank | Shady Grove Deposit Acct | 0450 | $78,785.00 |
| 3.17. | East West Bank | RPMG Deposit Acct | 6105 | $50,000.00 |
| 3.18. | US Bank | Bay Area Deposit Acct | 7403 | $50,084.00 |
| 3.19. | Wells Fargo | Utah Deposit Acct | 3204 | $25,000.00 |
| 3.20. | Wells Fargo | Idaho Deposit Acct | 0399 | $25,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | | Case number *(If known)* **20-11170 (LSS)** |
| | Name | | |

| 3.21. | **Bank of America** | **IVF Florida Deposit Acct** | **7749** | **$28,706.63** |
| 3.22. | **Bank of America** | **Orlando Deposit Acct** | **9656** | **$19,866.58** |
| 3.23. | **Hancock Whitney** | **CRM AL Deposit Acct** | **2710** | **$22,213.00** |
| 3.24. | **PNC** | **CRM AL Deposit Acct** | **1867** | **$25,262.00** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**                                                                          **$13,519,216.18**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:     Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

 ■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:     Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

| | 11a. 90 days old or less: | **34,817,837.23** | - | **0.00** | = .... | **$34,817,837.23** |
| | | | face amount | | doubtful or uncollectible accounts | |

| | 11b. Over 90 days old: | **13,715,452.51** | - | **4,926,195.00** | =.... | **$8,789,257.51** |
| | | | face amount | | doubtful or uncollectible accounts | |

12.     **Total of Part 3.**                                                                          **$43,607,094.74**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:     Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
| --- | --- | --- | --- |
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** | | |

Debtor **IntegraMed America, Inc.**
Name

Case number *(If known)* **20-11170 (LSS)**

Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership

| | | | | |
|---|---|---|---|---|
| 15.1. | **CapEx MD** | **10** | % | Unknown |
| 15.2. | **ARTIC** | **9** | % | Unknown |
| 15.3. | **Pharmaceutical Contracting Alliance, LLC** | **51** | % | Unknown |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**                                                                **$0.00**
Add lines 14 through 16.  Copy the total to line 83.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Computer Equipment** | **$713,248.75** | **N/A** | Unknown |
| | **Furniture and Office Equipment** | **$1,249,331.90** | **N/A** | Unknown |
| | **Medical Equipment** | **$713,248.15** | **N/A** | Unknown |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number *(If known)* **20-11170 (LSS)** |
|---|---|---|
| | Name | |

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**
       Add lines 39 through 42.  Copy the total to line 86.        **$0.00**

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ■ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:**     **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

**Part 9:**     **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **100 PARK PL, SUITES 130 170 200, San Ramon, CA** | Lessee | $44,152.75 | N/A | Unknown |
| 55.2.   **100 TECHNOLOGY DR, SUITES 203 210, Trumbull, CT** | Lessee | $41,096.00 | N/A | Unknown |
| 55.3.   **105 LANDINGS DR, STE 202 -, Mooresville, NC** | Lessee | $0.00 | N/A | Unknown |
| 55.4.   **10630 LITTLE PATUXENT PKWY (NEW), STE 305 AND 330, Columbia, MD** | Lessee | $11,797.50 | N/A | Unknown |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | | | Case number *(If known)* **20-11170 (LSS)** | |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.5. | **1098 FOSTER CITY BLVD, STE 210 (A210 A205), Foster City, CA** | Lessee | $0.00 | N/A | Unknown |
| 55.6. | **111 PLUMTREE RD, 2ND FL A, Bel Air, MD** | Lessee | $7,667.00 | N/A | Unknown |
| 55.7. | **11516 LAMEY BRG RD, STE 13 A, D'Iberville, MS** | Lessee | $0.00 | N/A | Unknown |
| 55.8. | **12011 LEE JACKSON HWY, SUITES 302 305, Fairfax, VA** | Lessee | $0.00 | N/A | Unknown |
| 55.9. | **12333 NE 130TH LN, STE 220 -, Kirkland, WA** | Lessee | $0.00 | N/A | Unknown |
| 55.10. | **135 ARLINGTON HTS RD (NEW), STE 195 A, Buffalo Grove, IL** | Lessee | $0.00 | N/A | Unknown |
| 55.11. | **13580 GROUPE DR, STE 105, Woodbridge, VA** | Lessee | $22,680.63 | N/A | Unknown |
| 55.12. | **1505 WESTLAKE AVE N (NEW), SUITES 400 495 300 310, Seattle, WA** | Lessee | $28,500.00 | N/A | Unknown |
| 55.13. | **15066 LOS GATOS ALAMADEN RD (NEW), STE 100, Los Gatos, CA** | Lessee | $18,592.64 | N/A | Unknown |
| 55.14. | **15920 E INDIANA AVE, STE 200 A, Spokane Valley, WA** | Lessee | $13,662.58 | N/A | Unknown |
| 55.15. | **165 THOMAS JOHNSON DR, SUITES F G IN CONDO UNIT #300, Frederick, MD** | Lessee | $8,037.00 | N/A | Unknown |
| 55.16. | **1700 W MAIN ST, BLDG B, Pensacola, FL** | Lessee | $2,244.66 | N/A | Unknown |

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 6 |
|---|---|---|

| Debtor | **IntegraMed America, Inc.** | | | Case number *(if known)* **20-11170 (LSS)** | |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.17. | **18210 S LAGRANGE RD, STE 111 A, Tinley Park, IL** | **Lessee** | **$14,835.00** | **N/A** | **Unknown** |
| 55.18. | **19500 SANDRIDGE WAY, STE 280 A, Leesburg, VA** | **Lessee** | **$0.00** | **N/A** | **Unknown** |
| 55.19. | **2000 MEDICAL PKWY, STE 308, Annapolis, MD** | **Lessee** | **$14,230.66** | **N/A** | **Unknown** |
| 55.20. | **2021 K ST NW , STE 710 A, Washington, DC** | **Lessee** | **$11,027.31** | **N/A** | **Unknown** |
| 55.21. | **2021 K ST NW, STE 750, Washington, DC** | **Lessee** | **$10,001.86** | **N/A** | **Unknown** |
| 55.22. | **2021 K ST NW, STE 101 -, Washington, DC** | **Lessee** | **$11,027.31** | **N/A** | **Unknown** |
| 55.23. | **2260 W HIGGINS RD, STE 200 A, Hoffman Estates, IL** | **Lessee** | **$0.00** | **N/A** | **Unknown** |
| 55.24. | **2333 PONCE DE LEON BLVD, SUITES 126 & 128, Coral Gables, FL** | **Lessee** | **$60,000.00** | **N/A** | **Unknown** |
| 55.25. | **2592 E GRAND AVE, UNIT 205 1, Lindenhurst, IL** | **Lessee** | **$0.00** | **N/A** | **Unknown** |
| 55.26. | **2960 N STATE RD 7, SUITES 100 200 300, Margate, FL** | **Lessee** | **$2,500.00** | **N/A** | **Unknown** |
| 55.27. | **3010 CRAIN HWY, STE 201, Waldorf, MD** | **Lessee** | **$3,867.00** | **N/A** | **Unknown** |
| 55.28. | **3055 112TH AVE NE, STE 201 A, Bellevue, WA** | **Lessee** | **$12,782.38** | **N/A** | **Unknown** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **IntegraMed America, Inc.** | | Case number *(If known)* **20-11170 (LSS)** | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 55.29. | **3209 S 23RD ST, STE 350 3RD FL, Tacoma, WA** | Lessee | $60,000.00 | N/A | Unknown |
| 55.30. | **425 FIFTH AVE, STE 602, New York, NY** | Lessee | $28,350.00 | N/A | Unknown |
| 55.31. | **510 N PROSPECT AVE, SUITES 202 205, Redondo Beach, CA** | Lessee | $9,115.19 | N/A | Unknown |
| 55.32. | **5215 LOUGHBORO RD, STE 410 A, Washington, DC** | Lessee | $9,595.00 | N/A | Unknown |
| 55.33. | **555 N NEW BALLAS, STE 150 A, St. Louis, MO** | Lessee | $14,583.33 | N/A | Unknown |
| 55.34. | **567 NW LK WHITNEY PL, STE 103, 104, Port St. Lucie, FL** | Lessee | $6,743.30 | N/A | Unknown |
| 55.35. | **600 HERITAGE DR, STE 200 A, Jupiter, FL** | Lessee | $0.00 | N/A | Unknown |
| 55.36. | **600 W CHICAGO AVE, RW5 - RIVERWALK LEVEL EXPANSION A, Chicago, IL** | Lessee | $338,000.00 | N/A | Unknown |
| 55.37. | **6330 SAN VICENTE BLVD, SUITES 408 238 (UPDATED), Los Angeles, CA** | Lessee | $16,727.68 | N/A | Unknown |
| 55.38. | **720 ALICEANNA ST, STE 320 A, Baltimore, MD** | Lessee | $7,510.00 | N/A | Unknown |
| 55.39. | **728 134TH ST SW, STE 207 213, Everett, WA** | Lessee | $27,397.10 | N/A | Unknown |
| 55.40. | **7280 W PALMETTO PARK RD, STE 104-N, Boca Raton, FL** | Lessee | $3,780.26 | N/A | Unknown |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Debtor  **IntegraMed America, Inc.**                                          Case number *(If known)*  **20-11170 (LSS)**
Name

| | | | | |
|---|---|---|---|---|
| 55.41· | **7451 WILES RD, BLDG 2 STE 201 WHISPERING WOODS CTR, Coral Springs, FL** | **Lessee** | **$2,208.33** | **N/A** | **Unknown** |
| 55.42· | **89 DAVIS RD, SUITES 240 260 280, Orinda, CA** | **Lessee** | **$12,087.00** | **N/A** | **Unknown** |
| 55.43· | **900 N KINGSBURY ST, RW6 - PORTION OF LOWER LEVEL., Chicago, IL** | **Lessee** | **$118,824.00** | **N/A** | **Unknown** |
| 55.44· | **901 DULANEY VLY RD, STE 616 AND STE 100, Towson, MD** | **Lessee** | **$35,323.53** | **N/A** | **Unknown** |
| 55.45· | **907 N ELM ST, STE 200, Hinsdale, IL** | **Lessee** | **$105,175.00** | **N/A** | **Unknown** |
| 55.46· | **9600 BLACKWELL RD, 5TH FL, Rockville, MD** | **Lessee** | **$450,000.00** | **N/A** | **Unknown** |
| 55.47· | **9601 BLACKWELL RD, STE 400 AND 500, Rockville, MD** | **Lessee** | **$0.00** | **N/A** | **Unknown** |
| 55.48· | **9850 GENESEE AVE, STE 800 AND 830, La Jolla, CA** | **Lessee** | **$29,524.64** | **N/A** | **Unknown** |
| 55.49· | **TWO MANHATTANVILLE RD, 4TH FL CORR, Purchase, NY** | **Lessee** | **$29,448.00** | **N/A** | **Unknown** |
| 55.50· | **9850 GENESEE AVE, STE 880, La Jolla, CA** | **Lessee** | **$9,811.80** | **N/A** | **Unknown** |
| 55.51· | **9850 GENESEE AVE, STE 970, La Jolla, CA** | **Lessee** | **$8,338.11** | **N/A** | **Unknown** |
| 55.52· | **425 FIFTH AVE, STE 603, New York, NY** | **Lessee** | **$15,750.00** | **N/A** | **Unknown** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number *(If known)* **20-11170 (LSS)** |
|---|---|---|
| | Name | |

**56.** **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**$0.00**

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 10:   Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** **T259216.CA.01** **(1) performance of diagnostic tests to obtain results relative to the most prevalent chromosomal birth anomalies** | Unknown | N/A | Unknown |
| **T259212.CA.01** **(1) service de laboratoire clinique pour le dépistage de l'hypogonadisme.  (1) marqueurs biochimiques servant au dépistage de l'hypogonadism** | Unknown | N/A | Unknown |
| **T076183.CA.01** **Financing services in the nature of payment plans for patients receiving medical and healthcare services related to infertility treatment; financial guarantee services in the nature of guaranteed refund plans for patients receiving medical and healthcare services related to infertility treatment; and consultation services in the field of fertility-oriented healthcare. Consulting services in the field of healthcare.** | Unknown | N/A | Unknown |
| **T257707.CA.01** **Computer services, namely, providing consumer information in the field of healthcare and fertility treatments.** | Unknown | N/A | Unknown |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **IntegraMed America, Inc.**          Case number *(If known)*   **20-11170 (LSS)**
_____
Name

**T257939.CA.01**
**Consulting services in the field of healthcare,**
**namely, consulting in medical services.**
**Provision of business marketing consultation**
**services to specialty medical providers in the**
**field of physician-assisted reproduction and**
**adult women's medical services; medical**
**referrals; consulting services in the field of**
**healthcare, namely, consulting in healthcare**
**operations management.**
**Provision of comprehensive management**
**support services, namely, financial**
**management services to specialty medical**
**providers in the field of physician-assisted**
**reproduction and adult women's medical**
**services; consulting services in the field of**
**healthcare, namely, consulting in the field of**
**healthcare benefits.**                   **Unknown**   N/A            **Unknown**

**T257708.CA.01**
**Financing services in the nature of payment**
**plans for patients receiving medical and**
**healthcare services related to infertility**
**treatment; financial guarantee services in the**
**nature of guaranteed refund plans for patients**
**receiving medical and healthcare services**
**related to infertility treatment; consulting**
**services in the field of healthcare.**          **Unknown**   N/A            **Unknown**

**T259211.CA.01**
**Services de laboratoire clinique pour le**
**dépistage d'anomalies génétiques.**            **Unknown**   N/A            **Unknown**

**T259213.CA.01**
**performance of prenatal tests.**              **Unknown**   N/A            **Unknown**

**T259219.CA.01**
**gynecological and fertility services**          **Unknown**   N/A            **Unknown**

**T069951.CA.01**
**Providing financial management regarding**
**medical practices; financial services for**
**others, namely, advising regarding the**
**financing of medical services; consulting**
**services in the fields of medical marketing,**
**advertising and promotion; business**
**consulting services in the fields of developing**
**medical practices; providing business**
**administration, business management,**
**business consulting and business**
**development services for healthcare**
**providers, namely, medical practice extension**
**and enhanced productivity.**                **Unknown**   N/A            **Unknown**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

Debtor    **IntegraMed America, Inc.**
_____
Name

Case number *(If known)*  **20-11170 (LSS)**

**T257709.CA.01**
**Consulting services in the fields of medical marketing, advertising, and promotion; business consulting services in the field of developing medical practices; providing business administration, business management andbusiness consultation for in vitro fertilization clinics and laboratories associated with such clinics; business development services for others, namely, providing start-up support for in vitro fertilization clinics and laboratories associated with such clinics; business marketing consultation for in vitro fertilization clinics;business management consulting services and business risk management consulting services for in vitro fertilization clinics; providing financial management regarding medical practices; financial services for others, namely, advising regarding the financing of medical services; computer consultation services in the field of information technology for in vitro fertilization clinics; medical services in the field of human fertility.**

**Unknown**    N/A    **Unknown**

**T259210.CA.01**
**Operation of a fertility clinic; artificial insemination and in-vitro fertilization services,**

**Unknown**    N/A    **Unknown**

**T259214.CA.01**
**surgical services in the field of general surgery, gynaecology, urology, orl, plastic surgery, orthopaedic surgery and ophthalmology.**

**Unknown**    N/A    **Unknown**

**T259215.CA.01**
**operation of fertility clinics providing fertility treatment services, diagnostic laboratory, prenatal screening and ultrasounds and a cryopreservation center for sperm banking.**

**Unknown**    N/A    **Unknown**

**T069950.CA.01**
**Financial services for others, namely, advising regarding the affordability of financing for medical services.**

**Unknown**    N/A    **Unknown**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **IntegraMed America, Inc.**
Name

Case number *(if known)* **20-11170 (LSS)**

**T257710.CA.01**
**Provision of comprehensive management support services, namely business and marketing in human resources management consultation services to speciality medical providers in the field of physician assisted reproduction and adult women's medical services; provision of comprehensive management support services, namely financial management services to speciality medical providers in the field of physician assisted reproduction and adult women's medical services.**

| | Unknown | N/A | | Unknown |

**T266480.US.01**
**Promoting awareness of infertility**

| | Unknown | N/A | | Unknown |

**T232570.US.01**
**Administration of discount programs for enabling participants to obtain discounts on prescription drugs.**

| | Unknown | N/A | | Unknown |

**T075007.US.01**
**Financing services in the nature of payment plans for patients receiving medical and healthcare services related to infertility treatment; financial guarantee services in the nature of guaranteed refund plans for patients receiving medical and healthcare services related to infertility treatment.**
**Consultation services in the field of healthcare.**

| | Unknown | N/A | | Unknown |

**T202189.US.01**
**Computer services, namely, providing consumer information in the field of healthcare and fertility treatments.**

| | Unknown | N/A | | Unknown |

**T218095.US.01**
**Provision of business marketing consultation services to specialty medical providers in the field of physician-assisted reproduction and adult women's medical services; medical referrals; consulting services in the field of healthcare, namely, consulting in healthcare operations management.**

| | Unknown | N/A | | Unknown |

**T075940.US.01**
**Financing services in the nature of payment plans for patients receiving medical and healthcare services related to infertility treatment; financial guarantee services in the nature of guaranteed refund plans for patients receiving medical and healthcare services related to infertility treatment.**
**Consulting services in the field of healthcare.**

| | Unknown | N/A | | Unknown |

---

Official Form 206A/B

Schedule A/B Assets - Real and Personal Property

page 13

| Debtor | **IntegraMed America, Inc.** | | Case number *(If known)* **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

**T257753.US.01**
**Medical counseling services; artificial insemination services and in vitro fertilization and insemination services, fertilization and pregnancy analysis and testing services.**

| | | | |
|---|---|---|---|
| Unknown | N/A | | Unknown |

**T070877.US.01**
**Providing programs that provide consumers and affiliated fertility centers with health and medical information on the subjects of pregnancy and fertility.**

| Unknown | N/A | | Unknown |
|---|---|---|---|

**T076796.US.01**
**Medical services in the field of fertility.**

| Unknown | N/A | | $0.00 |
|---|---|---|---|

**T257759.US.01**
**Medical and scientific research, namely conducting clinical trials; medical laboratories; medical research; scientific Investigations for medical purposes. Medical and pharmaceutical consultation; medical assistance consultancy provided by doctors and other specialized medical personnel; medical clinics; medical consultations; medical counseling; medical information; medical services; medical services, namely, in vitro fertilization; medical testing.**

| Unknown | N/A | | Unknown |
|---|---|---|---|

**T266481.US.01**
**Promoting awareness of infertility.**

| Unknown | N/A | | Unknown |
|---|---|---|---|

**T070885.US.01**
**Consulting services in the fields of medical marketing, advertising and promotion; business consulting services in the fields of developing medical practices; providing business administration, business management, business consulting and business development services for healthcare providers, namely, medical practice extension and enhanced productivity. Providing financial management regarding medical practices; financial services for others, namely, advising regarding the financing of medical services.**

| Unknown | N/A | | Unknown |
|---|---|---|---|

**T070899.US.01**
**Provision of comprehensive management support services, namely, business marketing and human resource management consultation services to specialty medical providers in the field of physician-assisted reproduction and adult women`s medical services.**

| Unknown | N/A | | Unknown |
|---|---|---|---|

Schedule A/B Assets - Real and Personal Property

Debtor   **IntegraMed America, Inc.**                              Case number *(if known)*   **20-11170 (LSS)**
_____
Name

**T238058.US.01**
**Consulting services in the fields of medical**
**marketing, advertising, and promotion;**
**business consulting services in the field of**
**developing medical practices; providing**
**business administration, business**
**management and business consultation for in**
**vitro fertilization clinics and laboratories**
**associated with such clinics; business**
**development services for others, namely,**
**providing start-up support for in vitro**
**fertilization clinics and laboratories associated**
**with such clinics; business marketing**
**consultation for in vitro fertilization clinics;**
**business management consulting services**
**and business risk management consulting**
**services for in vitro fertilization clinics.**                    **Unknown**      **N/A**                         **Unknown**

**T074874.US.01**
**Consulting services in the fields of medical**
**marketing, advertising, and promotion;**
**business consulting services in the field of**
**developing medical practices; providing**
**business administration, business**
**management and business consultation for**
**healthcare providers in in vitro fertilization**
**clinics and laboratories associated with such**
**clinics; business development services for**
**others, namely, providing start-up support for**
**healthcare providers in vitro fertilization**
**clinics and laboratories associated with such**
**clinics; business marketing consultation for in**
**vitro fertilization clinics; business**
**management consulting services and**
**business risk management consulting**
**services.**                                                       **Unknown**      **N/A**                         **Unknown**

**T070886.US.01**
**Medical services in the field of fertility**                     **Unknown**      **N/A**                         **Unknown**

**T252862.US.01**
**Medical services in the field of human fertility**               **Unknown**      **N/A**                         **Unknown**

**T070897.US.01**
**Medical laboratory services; medical research**
**provided to clinical facilities and physician**
**practices which provide assisted reproductive**
**technology and fertility services to infertile**
**couples seeking to achieve pregnancy.**                          **Unknown**      **N/A**                         **Unknown**

**T070880.US.01**
**Financial services related to structuring**
**payment for and advising regarding the**
**affordability of medical services.**                             **Unknown**      **N/A**                         **Unknown**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    **IntegraMed America, Inc.**                                    Case number *(if known)*  **20-11170 (LSS)**
          Name

**T257748.US.01**
**Artificial insemination services and in vitro**
**fertilization and insemination services;**
**laboratory services, namely, genetic, artificial**
**insemination, fertilization and pregnancy**
**analysis and testing services; medical**
**services; clinical services, namely, male and**
**female infertility and assisted reproductive**
**services; and medical counseling services in**
**the fields of reproduction, infertility and**
**pregnancy**                                    Unknown      N/A                    Unknown

**T257760.US.01**
**Medical laboratory services, and medical and**
**scientific research services**                 Unknown      N/A                    Unknown

**T070875.US.01**
**Provision of comprehensive management**
**support services, namely business and**
**marketing in human resources management**
**consultation services to speciality medical**
**providers in the field of physician assisted**
**reproduction and adult women`s medical**
**services**                                     Unknown      N/A                    Unknown

**T276547.US.01**
**Fertility related educational services, namely,**
**providing seminars and workshops in the**
**fields of fertility, fertility wellness and**
**nutrition.**                                    Unknown      N/A                    Unknown

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                    **$0.00**
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 16

| Debtor | **IntegraMed America, Inc.** | Case number *(If known)* | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **IntegraMed America, Inc.** | Case number *(If known)* | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

<span style="background:black;color:white">Part 12:</span>   **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$13,519,216.18** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$43,607,094.74** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$57,126,310.92** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$57,126,310.92** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **IntegraMed America, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **20-11170 (LSS)**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**  **Bank of Montreal (Administrative Agent)**
Creditor's Name

Robert A. Kiefer
150 King Street West
11th Floor
Toronto, Ontario, Canada
M5K 3T9
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
December 17, 2015
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Substantially all assets**

Describe the lien
**Senior Secured Term Loan**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$70,144,065.00**    **Unknown**

---

**2.2**  **Bank of Montreal (Administrative Agent)**
Creditor's Name

Zoltan J. Szoldatits
100 King Street West
23rd Floor
Toronto, Ontario, Canada
M5X1A1
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Describe debtor's property that is subject to a lien
**Substantially all assets**

Describe the lien
**Subordinated credit facility**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No

**$22,159,540.00**    **Unknown**

---

| Debtor | IntegraMed America, Inc. | Case number (if known) | 20-11170 (LSS) |
|---|---|---|---|
| | Name | | |

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Dell Financial Services** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Computer equipment** | | |

**Po Box 41602**
**Seattle, WA 98188**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Everbank Commercial Finance** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Clinical and lab equipment** | | |

**PO Box 911608**
**Denver, CO 80291**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **GE HFS, LLC** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **clinical and lab equipment** | | |

**PO Box 641419**
**Pittsburgh, PA 15264**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 6

Debtor    **IntegraMed America, Inc.**                              Case number (if known)    **20-11170 (LSS)**
_____                                                  _____
Name

Creditor's mailing address                    **Describe the lien**
_____        _____

                                              **Is the creditor an insider or related party?**
                                              ■ No
Creditor's email address, if known            ☐ Yes
_____        **Is anyone else liable on this claim?**

**Date debt was incurred**                     ■ No
                                              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**              **As of the petition filing date, the claim is:**
**interest in the same property?**             Check all that apply
■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative       ☐ Disputed
priority.

---

| 2.6 | **GE HFS, LLC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Creditor's Name                               **clinical and lab equipment**

**PO Box 96483**
**Chicago, IL 60693**
_____        _____
Creditor's mailing address                    **Describe the lien**
                                              _____

                                              **Is the creditor an insider or related party?**
                                              ■ No
Creditor's email address, if known            ☐ Yes
_____        **Is anyone else liable on this claim?**

**Date debt was incurred**                     ■ No
                                              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**              **As of the petition filing date, the claim is:**
**interest in the same property?**             Check all that apply
■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative       ☐ Disputed
priority.

---

| 2.7 | **General Electric Capital Corporation** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Creditor's Name                               **clinical and lab equipment**

_____        _____
Creditor's mailing address                    **Describe the lien**
                                              _____

                                              **Is the creditor an insider or related party?**
                                              ■ No
Creditor's email address, if known            ☐ Yes
_____        **Is anyone else liable on this claim?**

**Date debt was incurred**                     ■ No
                                              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**              **As of the petition filing date, the claim is:**
**interest in the same property?**             Check all that apply

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **KONICA MINOLTA PREMIER FINANCE** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**clinical and lab equipment**

**PO BOX 105743
ATLANTA, GA 30348**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **LEASING ASSOCIATES OF BARRINGTON** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**clinical and lab equipment**

**BARRINGTON, INC.
220 NORTH RIVER STREET
DUNDEE, IL 60118**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **MARLIN BUSINESS BANK** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**clinical and lab equipment**

**PO BOX 13604
PHILADELHIA, PA 19101**

Creditor's mailing address

**Describe the lien**

---

| Debtor | IntegraMed America, Inc. | | Case number (if known) | 20-11170 (LSS) |
|---|---|---|---|---|
| | Name | | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.11 | **Norcom Solutions** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**200 White Plains Road**
**Tarrytown, NY 10591**

Telecom and server eqipment

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.12 | **Shady Grove Reproductive Science Center** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**9600 Blackwell Road, Suite 500**
**Rockville, MD 20850**

Lien on bank account

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 5 of 6

| Debtor | **IntegraMed America, Inc.** | Case number (*if known*) | **20-11170 (LSS)** |
|--------|------------------------------|--------------------------|---------------------|
| | Name | | |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $92,303,605.00 |
|----|------------------------------------------------------------------------------------------------------------|----------------|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|-------------------|------------------------------------------------------------|-------------------------------------------------|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **IntegraMed America, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **20-11170 (LSS)**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Aaron, Dollie M.**<br>**6428 Ridge Terrace**<br>**899**<br>**Orlando, FL 32810** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Aday, Marie C.**<br>**3775 Wauteck Lane**<br>**Cottonwood, CA 96022** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | IntegraMed America, Inc. | Case number (if known) | 20-11170 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Akhavan, Tara**<br>**628 NE 13th Ave**<br>**Fort Lauderdale, FL 33304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Albaracin, Patricia L.**<br>**404 Parkside Ave**<br>**Itasca, IL 60143** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Albaugh, Katherine J.**<br>**7408 NE 120th PL**<br>**Kirkland, WA 98034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Aldana, Ivonne**<br>**31446 Carroll Ave**<br>**Hayward, CA 94544** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Aldo, David** | Check all that apply. | | |
| | **16 Turney Road** | ☐ Contingent | | |
| | **Redding, CT 06896** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Aleman, Fany** | Check all that apply. | | |
| | **261 N Country Club Blvd** | ☐ Contingent | | |
| | **Boca Raton, FL 33487** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Alexander, Suzanne M.** | Check all that apply. | | |
| | **207 Citrus Dr.** | ☐ Contingent | | |
| | **Sanford, FL 32771** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Aliabadi, Julia H.** | Check all that apply. | | |
| | **6715 9th Ave. NW** | ☐ Contingent | | |
| | **Seattle, WA 98117** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Allen, Evelyn D.**
**3939 Woodlawn Ave N.**
**Seattle, WA 98103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Allen, Kathy S.**
**1821 Paseo Laguna Seco**
**Livermore, CA 94551**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Allen, Linda M**
**11811 S. Avers**
**Alsip, IL 60803**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Altmann, Ashley**
**11095 Persimmon Blvd.**
**West Palm Beach, FL 33411**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | IntegraMed America, Inc. | Case number (if known) | 20-11170 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**2.15**

Priority creditor's name and mailing address
**Alvarado, Jennifer R.**
**709 Crocket Drive**
**Brentwood, CA 94513**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.16**

Priority creditor's name and mailing address
**Alvarez, Bethany**
**3139 Arroba Way**
**San Jose, CA 95118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.17**

Priority creditor's name and mailing address
**Ambrosino, Jessica E.**
**3208 SW Trailside Path**
**Stuart, FL 34997**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.18**

Priority creditor's name and mailing address
**Anabeza, Anna Maria G.**
**1694 Bonita Ave**
**Mountain View, CA 94040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Anderson, Alessandra C.**
**133 N Menlo Park Street**
**Mountain House, CA 95391**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Anderson, Chaucey A.**
**1654 Fernhill Dr**
**Johns Island, SC 29455**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Anderson, Katie K.**
**14360 109th Ave NE**
**Kirkland, WA 98034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Anderson, Linda**
**5040 A Street**
**Tacoma, WA 98408**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Anderson, Stephanie**
**9300 Trinity Rd**
**Charlotte, NC 28216**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Anthony, Tiffani S.**
**242 Hastings Dr.**
**Goose Creek, SC 29445**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Aponte, Gloria I.**
**1798 N. Wentworth Cr**
**Romeoville, IL 60446**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Arizona Department of Revenue**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxing authority**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **IntegraMed America, Inc.** | Case number *(if known)* | **20-11170 (LSS)** |
|---|---|---|---|

Name

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Artac, Robin A.**
**665 Camino Del Mar**
**Newbury Park, CA 91320**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ashorian, Liora**
**6736 N. Kedvale**
**Lincolnwood, IL 60712**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Atassi, Dena**
**1485 Harmon Ave.**
**Winter Park, FL 32789**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Attarian, Mark A.**
**15 Johnson Road**
**Andover, MA 01810**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Attilus, Ellen**<br>**3220 NW 84th Ave**<br>**APT B-221**<br>**Fort Lauderdale, FL 33351** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Aubel, Barbara**<br>**30 Old Barn Road**<br>**Lake Zurich, IL 60047** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Aucoin, Bosley J.**<br>**75 S. 2nd Ave.**<br>**Lombard, IL 60148** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Austin, Rachel**<br>**260 NE Triplet Dr**<br>**Casselberry, FL 32707** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Ayala, Martin**<br>**4350 N. Broadway St.**<br>**Apt.706**<br>**Chicago, IL 60613** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Azikhanova, Florida**<br>**801 Oak Shadows Rd.**<br>**Kissimmee, FL 34747** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Aziz, Sima S.**<br>**26661 Bridlewood Dr.**<br>**Laguna Hills, CA 92653** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Baab, Carrie E.**<br>**2023 13th St.**<br>**No. 1**<br>**Winthrop Harbor, IL 60096** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Baca, Leticia**
**5216 Crestfield Drive**
**San Ramon, CA 94582**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |

Priority creditor's name and mailing address
**Backus, Debra R.**
**1054 Anna Knapp Blvd.**
**Apt 14H**
**Mount Pleasant, SC 29464**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |

Priority creditor's name and mailing address
**Badig, Andrea L.**
**624 Catalonia Ave**
**Miami, FL 33134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |

Priority creditor's name and mailing address
**Badruddin, Ambreen**
**4167 Picardy Dr.**
**Northbrook, IL 60062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Bajarunas, Kristin**
**1636 Glenbrooke Lane**
**New Lenox, IL 60451**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.44   Priority creditor's name and mailing address

**Baker, Melinda L.**
**13620 135th Ave NE**
**Kirkland, WA 98034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.45   Priority creditor's name and mailing address

**Baldoni, Helen B.**
**208 N. Fourth Street**
**Dundee, IL 60118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.46   Priority creditor's name and mailing address

**Ball, Elizabeth**
**758 NOrth Larrabee St.**
**Unit 530**
**Chicago, IL 60654**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **IntegraMed America, Inc.** | Case number *(if known)* | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Ball, Gene D.**<br>**11812 8th Ave NW**<br>**Seattle, WA 98117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Ballew, Marissa R.**<br>**2309 NE 91st Street**<br>**Seattle, WA 98115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Bankert, Emily C.**<br>**1301 Windover Run**<br>**Hanahan, SC 29410** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Barajas, Veronica M.**<br>**2624 Carson Way**<br>**Antioch, CA 94531** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Baranyi Laura C.**
**6000 Oakwood Dr**
**Unit 2C**
**Lisle, IL 60532**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Barash, Oleksii**
**105 Reflections Drive**
**# 27**
**San Ramon, CA 94583**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Barevadia, Khyati J.**
**2823 Kudrow Lane**
**Morrisville, NC 27560**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Barnes, Dianne C.**
**609 Tracy Lane**
**Gastonia, NC 28056**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| | **Barnes, Natalie** | *Check all that apply.* | | |
| | **1520 Cameron Matthews Drive** | ☐ Contingent | | |
| | **#206** | ☐ Unliquidated | | |
| | **Matthews, NC 28105** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No   ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| | **Barrett, Adam B.** | *Check all that apply.* | | |
| | **1330 Ardmore Dr** | ☐ Contingent | | |
| | **Cary, IL 60013** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No   ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| | **Barrett, Antoinette M.** | *Check all that apply.* | | |
| | **1116 N. Hiatus Road** | ☐ Contingent | | |
| | **Hollywood, FL 33026** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No   ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| | **Bartline, Stacey C.** | *Check all that apply.* | | |
| | **10108 34th Ave SW** | ☐ Contingent | | |
| | **Seattle, WA 98146** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No   ☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Bartodziej, Adrianne**
**733 Carpenter Ave.**
**Oak Park, IL 60304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Bates, Geldy**
**7645 Green Mountain Way**
**Winter Garden, FL 34787**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Bathe, Donna**
**11120 Suspense Drive**
**Winter Garden, FL 34787**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Beasley, Sarah E.**
**6502 27th Avenue NE**
**Seattle, WA 98115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Beeken, Andrea M.**<br>**8106A 79th Street SW**<br>**Lakewood, WA 98498** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Behnke, Margaret**<br>**4941 W. Pensacola**<br>**Chicago, IL 60641** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Bendre, Seema A.**<br>**1801 Tower Drive**<br>**Apt 23**<br>**Glenview, IL 60026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Benjamin, Chyrl**<br>**110 Remington Dr**<br>**North Charleston, SC 29418** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Bennett, Veronica L.**<br>**8021 Karem Ln.**<br>**Charlotte, NC 28215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Benson, Toyla L.**<br>**3354 W. Wilson Ave.**<br>**Apt GN**<br>**Chicago, IL 60625** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Benward, Heather M.**<br>**3508 N. 7th St.**<br>**Ocean Springs, MS 39564** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Berenis, Megan T.**<br>**4367 Berry Oak Drive**<br>**Apopka, FL 32712** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Bernat, Katherine M.**
**2607 Holmview St.**
**Waxhaw, NC 28173**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wagse**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Berquist, Rachel**
**4022 Washington Rd**
**No. 112**
**Kenosha, WI 53144**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Berry, Elsa**
**2319 E. Olive St.**
**Apt 2C**
**Arlington Heights, IL 60004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Bien, Dawn**
**1392 Fairway Dr.**
**Lake Forest, IL 60045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.75** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Bigler-Vollman, Jorene M.**
**1771 Haverford Dr.**
**Algonquin, IL 60102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.76** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Bingham, Shayna**
**360 Mount Royall Dr**
**Mount Pleasant, SC 29464**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.77** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Bishop, Katherine L.**
**14040 Creek Crossing Drive**
**Orland Park, IL 60467**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.78** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Blackorby, Sarah E.**
**7481 FM 1615**
**Athens, TX 75752**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | | Case number _(if known)_ | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Blakeslee, Bianca**
**10772 Sandy Run Road**
**Jupiter, FL 33478**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Blanck, William**
**172 Salmon Hallow Road**
**Brewster, NY 10509**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Bland, Whitney A.**
**116 Lavender Bloom L**
**Mooresville, NC 28115**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Blandin, Tracy H.**
**26 Crystal Spring Dr**
**Goose Creek, SC 29445**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Blanton, Terri A.**
**507 Pate Dr.**
**Fort Mill, SC 29715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Board, Debra**
**2554 W. Wilson**
**Unit 1**
**Chicago, IL 60625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Boehler, Annamaria**
**8009 Caliber Woods Dr**
**Raleigh, NC 27616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Bojan, Alexandria**
**1419 E 62nd St.**
**Chicago, IL 60617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Boles, Shannon M.**
**3349 Merion Pl**
**Mount Pleasant, SC 29466**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Bollin, Christopher**
**2 Deal Drive**
**Danbury, CT 06810**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Bonnema, Nicole A.**
**650 Enterprise Blvd**
**Apt 1202**
**Charleston, SC 29492**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Booker, Brianna**
**2314 Carmel Blvd.**
**Zion, IL 60099**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **IntegraMed America, Inc.**                                  Case number (if known)    **20-11170 (LSS)**
          Name

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|------|---|---|---|---|
| | **Boone, Frankie M.** | Check all that apply. | | |
| | **3835 Guess Rd.** | ☐ Contingent | | |
| | **Apt. 733** | ☐ Unliquidated | | |
| | **Durham, NC 27705** | ☐ Disputed | | |

Date or dates debt was incurred        Basis for the claim:
                                       **Wages**

Last 4 digits of account number        Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|------|---|---|---|---|
| | **Boone, Sandrine Y.** | Check all that apply. | | |
| | **2897 Doe Run Trail** | ☐ Contingent | | |
| | **Orange City, FL 32763** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred        Basis for the claim:
                                       **Wages**

Last 4 digits of account number        Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|------|---|---|---|---|
| | **Booras, Ruby J.** | Check all that apply. | | |
| | **2417 19th Ave CT  NW** | ☐ Contingent | | |
| | **Gig Harbor, WA 98335** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred        Basis for the claim:
                                       **Wages**

Last 4 digits of account number        Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|------|---|---|---|---|
| | **Borders, Chantal C.** | Check all that apply. | | |
| | **977 Cascades Park Trail** | ☐ Contingent | | |
| | **Deland, FL 32720** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred        Basis for the claim:
                                       **Wages**

Last 4 digits of account number        Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Borgeson, Laura J.** <br> **177 Grove Avenue** <br> **Unit A** <br> **Des Plaines, IL 60016** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Boucard-Charles, Judith** <br> **1809 Florence Vista Blvd.** <br> **Orlando, FL 32818** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Boucher, Chantel** <br> **2928 Rush Ave** <br> **Charlotte, NC 28208** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Boudreau Ph.D., Alison L.** <br> **2432 WHITETHORNE DRIVE** <br> **San Jose, CA 95128** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.99**

Priority creditor's name and mailing address

**Boulden, Chaquetta**
**3291 NW 37th Street**
**Fort Lauderdale, FL 33309**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.100**

Priority creditor's name and mailing address

**Bowes, Christine**
**5616 N. Wayne Avenue**
**Unit 3S**
**Chicago, IL 60660**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.101**

Priority creditor's name and mailing address

**Boyd, Brenna J.**
**12747 Ellsworth St.**
**Crown Point, IN 46370**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.102**

Priority creditor's name and mailing address

**Boyd, Kathryn**
**14341 Old Dobbin Dr**
**Huntersville, NC 28078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

**2.103** | Priority creditor's name and mailing address
**Boyd, Sara E.**
**805 Runaway Bay Lane**
**Mount Pleasant, SC 29464**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.104** | Priority creditor's name and mailing address
**Boylan, Caitlin F.**
**7632 Silverview Lane**
**Raleigh, NC 27613**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.105** | Priority creditor's name and mailing address
**Brady, Kathleen A.**
**18 Alton Road**
**Prospect Heights, IL 60070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.106** | Priority creditor's name and mailing address
**Brian, JoAnne**
**2532 Via Espada**
**Pleasanton, CA 94566**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brillhart, Sharon M.**
**PO Box 94201**
**Seattle, WA 98124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Briones, Kelly A.**
**132 Baumgartner Pl N**
**Eatonville, WA 98328**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Broga, Denise**
**3406 Browne Creek Rd**
**Charlotte, NC 28269**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Broglio, Kimberly L.**
**303 Howland Avenue**
**Cary, NC 27513**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | IntegraMed America, Inc. | Case number (if known) | 20-11170 (LSS) |
|--------|--------------------------|------------------------|----------------|
| | Name | | |

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Brohammer, Rebecca L.**
**4248 Bayside Drive**
**Hanover Park, IL 60133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address |
|-------|----------------------------------------------|

**Brooks, Sharon**
**9 Morgan Avenue**
**Greenwich, CT 06831**

As of the petition filing date, the claim is:    Unknown    Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address |
|-------|----------------------------------------------|

**Broughton, Kelly**
**2320 Maritime Lane**
**Woodstock, IL 60098**

As of the petition filing date, the claim is:    Unknown    Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address |
|-------|----------------------------------------------|

**Brower, Kaycee L.**
**1270 Scarlet Oak Loop**
**Winter Garden, FL 34787**

As of the petition filing date, the claim is:    Unknown    Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brown, Alexandra M.**
22300 Hickory Way
Brier, WA 98036

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brown, Breonna**
1215 Seneca St.
Apt 415
Seattle, WA 98101

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brown, Jamie A.**
2509 S. Cherry Lane
Spokane, WA 99223

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brown, Jennifer**
527 Cumnor Ct
Deerfield, IL 60015

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|--------|------------------------------|------------------------|--------------------|
| | Name | | |

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **Unknown** |
|-------|--|--|--|--|

**Brown, Stephen R.**
**10971 Inside Loop**
**Orlando, FL 32825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **Unknown** |
|-------|--|--|--|--|

**Brownell, Heather M.**
**20804 4th Ave. S**
**Seattle, WA 98198**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **Unknown** |
|-------|--|--|--|--|

**Bru, Jeanne**
**129 Riverbend Dr.**
**Mobile, AL 36605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **Unknown** |
|-------|--|--|--|--|

**Bruce, Laura**
**House H**
**Durango, CO 80301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.123** Priority creditor's name and mailing address
**Brunner, Lynette M.**
**5622 154th Place SW**
**Edmonds, WA 98026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.124** Priority creditor's name and mailing address
**Bryan,  Maria Isabel**
**7 Sandcrab Court**
**Isle of Palms, SC 29451**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.125** Priority creditor's name and mailing address
**Bryan, Maria T.**
**998 Golden Cane Dr.**
**Fort Lauderdale, FL 33327**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.126** Priority creditor's name and mailing address
**Brzuskiewicz, Theresa**
**8141 N. Olcott**
**Niles, IL 60714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Budzinski, Alaina M.**
**7013 Seaview Terrace SW**
**Unit C**
**Seattle, WA 98136**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.128    Priority creditor's name and mailing address

**Bui, Mary T.**
**95 Burnett Ave S.**
**Unit 207**
**Renton, WA 98057**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.129    Priority creditor's name and mailing address

**Bull, Rachel E.**
**107 13th Ave E.**
**Unit A**
**Seattle, WA 98102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.130    Priority creditor's name and mailing address

**Bunch, Taylor, N.**
**2410 Albany St.**
**Durham, NC 27705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Burchell, Kimberly L.**
**18536 71st Ave NE**
**Kenmore, WA 98028**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Burke, Anne**
**3345 W. Argyle St.**
**No. 2**
**Chicago, IL 60625**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Burton, Amy**
**6635 Cow Hollow Dr.**
**Apt 2132**
**Charlotte, NC 28226**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Butler, Diane**
**2410 Poplar St**
**Joliet, IL 60435**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.135**

Priority creditor's name and mailing address

**Byars, Jaime**
**14011 278th Place NE**
**Duvall, WA 98019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.136**

Priority creditor's name and mailing address

**Bybee, Katelyn**
**1316 28th St. SE**
**Auburn, WA 98002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.137**

Priority creditor's name and mailing address

**Cabanilla, Daisy**
**2958 N. Merrimac Ave.**
**Chicago, IL 60634**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.138**

Priority creditor's name and mailing address

**Cabrera, Karla**
**4940 W. Montrose**
**Chicago, IL 60641**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown**    **Unknown**

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Cain, Lindsay**<br>**35424 SE Venn St.**<br>**Snoqualmie, WA 98065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Caldwell, Anna E.**<br>**1701 Dexter Ave N.**<br>**Apt 225**<br>**Seattle, WA 98109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Callahan, Melanie R.**<br>**4205 Barberry Lane**<br>**Apt 1C**<br>**Zion, IL 60099** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Camp, Ryann**<br>**2889 Sollie Rd**<br>**Apt 718**<br>**Mobile, AL 36695** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Campbell, Cheryl**
**545 Ridgeway**
**White Plains, NY 10605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Campbell, Jesibel**
**2126 NW 18th St**
**Miami, FL 33125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Campss, Haymee**
**11305 S. Avenue N**
**Chicago, IL 60617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Canning, Lindsay E.**
**612 25th Ave. East**
**Seattle, WA 98112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cannon, Carolyn**
**1005 Point of Light Lane**
**Charleston, SC 29412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Caprell, Hunter**
**5512 Old Still Road**
**Wake Forest, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Caputo, Frank**
**33 Cobblers Lane**
**Norwalk, CT 06851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Caraballo, Ilene**
**5752 NW 121 TERR**
**Pompano Beach, FL 33076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Carroll, Laura L.**
**1278 SW High Point**
**Palm City, FL 34990**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Carter, Jenny**
**2800 NW**
**34th Terrace**
**Lauderdale Lakes, FL 33311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Carter, Maria**
**3550 N. Lakeshore Dr.**
**Chicago, IL 60657**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Casanas, Fatima**
**2470 W. Ave 136th**
**San Leandro, CA 94577**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Casey, Maureen**
**100 Wabash Way**
**Apt 31**
**Wheeling, IL 60090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Casey, Megan**
**7429 W. Estes Ave.**
**Chicago, IL 60631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Casiano, Marisol**
**1160 NW 69th Terrace**
**Pompano Beach, FL 33063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Casidy, Taylor J.**
**621 E. 2nd Ave**
**Post Falls, ID 83854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
| | **Cassis, Wilfrid**<br>**360 NW 189th Terrace**<br>**Miami, FL 33169** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
| | **Castro Lopez, Brisa**<br>**2911 Mary Ann ln Apt 225**<br>**Bay Point, CA 94565** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
| | **Castro, Yessenia J.**<br>**312 NW 47th Street**<br>**Pompano Beach, FL 33064** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
| | **Cavanaugh, Carolyn M.**<br>**10 Madison Ave.**<br>**Apt. 302**<br>**Cresskill, NJ 07626** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cedres, Michelle**
**222 SW 1st Ave**
**Boynton Beach, FL 33435**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Chantatte, Ashley**
**13078 Island Breeze Ct.**
**Orlando, FL 32824**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Chapman, Kathryn E.**
**24 Chase Ave.**
**White Plains, NY 10606**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Chappell, Nicole**
**118 Skylar Lane**
**Boone, NC 28607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Charles, Jessica A.**<br>**6726 Corte Santa Maria**<br>**Pleasanton, CA 94566** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Charpia, Kathleen M**<br>**242 Lazy Acre Look**<br>**Summerville, SC 29483** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Chen, Xin**<br>**76 Fredrick Dr.**<br>**Monroe, NY 10950** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Cherenfant, Donald**<br>**2585 NW 49th Ave.**<br>**Apt. 103**<br>**Fort Lauderdale, FL 33313** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|--------|------------------------------|------------------------|---------------------|
|        | Name                         |                        |                     |

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-------|----------------------------------------------|-----------------------------------------------|-------------|-------------|

Priority creditor's name and mailing address
**Chester, Crystal**
**4796 Sierra Lane**
**Pompano Beach, FL 33073**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

Priority creditor's name and mailing address
**Cheung, Doris**
**843 Santa Barbara Road**
**Berkeley, CA 94707**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

Priority creditor's name and mailing address
**Chisholm, Tequylia**
**3150 Emogene St.**
**Mobile, AL 36606**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

Priority creditor's name and mailing address
**Chizum, Allison**
**820 N. LaSalle Dr.**
**Chicago, IL 60610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.175**

Priority creditor's name and mailing address
**Choudhry, Ahsan
0-41 Hamlin Ct
Fair Lawn, NJ 07410**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown          Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.176**

Priority creditor's name and mailing address
**Christensen, Jennifer A.
608 W. Howe Street
Seattle, WA 98119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown          Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.177**

Priority creditor's name and mailing address
**Christensen, Snow B.
1215 Queen Anne Ave N.
Apt 5
Seattle, WA 98109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown          Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.178**

Priority creditor's name and mailing address
**Cianfrocco, Caroline
6110 Reese Rd
Apt. 204
Fort Lauderdale, FL 33314**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown          Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

2.179  Priority creditor's name and mailing address

**Ciccarello, Cara**
**2518 Canyon Village Circle**
**San Ramon, CA 94583**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

2.180  Priority creditor's name and mailing address

**Ciolkosz, Jessica**
**466 Ventana Avenue**
**Tracy, CA 95376**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

2.181  Priority creditor's name and mailing address

**Clark, Cecilia**
**10411 Midway Park Drive**
**Unit 15006**
**Charlotte, NC 28277**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

2.182  Priority creditor's name and mailing address

**Claussen, Lyn**
**9070 Lincoln St.**
**Apt 204**
**Merrillville, IN 46410**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**Clayborne, Allison**
**1915 Hampton Forest Dr**
**Concord, NC 28027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**Clayton, Heather T.**
**146 Dora Road**
**West Columbia, SC 29170**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**Clinton, Pamela**
**2509 Blemont Lane**
**North Lauderdale, FL 33068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**Clontz, Amy A.**
**249 Patrick Ave SW**
**Concord, NC 28025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Cloud, Tameka L.**<br>**523 Coraona Drive**<br>**Orlando, FL 32828** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Cobb, Ciara**<br>**724 Lafayette St. S**<br>**Tacoma, WA 98444** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Coble, Shannon R.**<br>**1659 SW Crossing Cir**<br>**Palm City, FL 34990** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Cola, Helene R.**<br>**8958 NW 23 Street**<br>**Pompano Beach, FL 33065** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Colas, Kimberly**<br>**14536 NE 1st Ave.**<br>**Miami, FL 33161** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Colebourn, Laura R.**<br>**1399 Carriage Drive**<br>**Walnut Creek, CA 94598** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Coleman, Ashley**<br>**80 E. Margaret Ter**<br>**Cary, IL 60013** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Collins, Lauren N.**<br>**832 Harbor Place**<br>**Charleston, SC 29412** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.195** Priority creditor's name and mailing address
**Collins, Leigh A**
**9116 23rd Ave NE**
**Seattle, WA 98115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**　　**Unknown**

---

**2.196** Priority creditor's name and mailing address
**Connerney, Meghan, K.**
**1824 Falls River Ave**
**Raleigh, NC 27614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**　　**Unknown**

---

**2.197** Priority creditor's name and mailing address
**Conrad, Jaimie M.**
**184 Fairfax Avenue**
**Hawthorne, NY 10532**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**　　**Unknown**

---

**2.198** Priority creditor's name and mailing address
**Contreras, Ricardo J.**
**2338 River Park Cir**
**No. 1834**
**Orlando, FL 32817**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**　　**Unknown**

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cook, Robin**
**218 S. Blakeley St.**
**Monroe, WA 98272**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cooper, Claire E.**
**3616 Greenwood Ave N**
**Apt 2**
**Seattle, WA 98103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cooper, Kelsie M.**
**10732 Palatine Ave N  1/2**
**Seattle, WA 98113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Corbett, LaTanya R.**
**135 S. 329th Place**
**Apt 34-D**
**Federal Way, WA 98003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.203** | Priority creditor's name and mailing address

**Corbin, Renee**
**8740 NW 5th St**
**Apt 204**
**Plantation, FL 33324**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**     **Unknown**

---

**2.204** | Priority creditor's name and mailing address

**Cordero, Elizabeth**
**7424 Covina Court**
**Orlando, FL 32810**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**     **Unknown**

---

**2.205** | Priority creditor's name and mailing address

**Cordero, Sharon**
**4290 NW 168th Terr**
**Miami Gardens, FL 33055**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**     **Unknown**

---

**2.206** | Priority creditor's name and mailing address

**Corral, Georgina M.**
**354 Springmist Ct**
**Bolingbrook, IL 60440**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**     **Unknown**

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Corral, Omar**<br>**1448 N. Harding Ave.**<br>**Chicago, IL 60651** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Cortes, Kenneth**<br>**4827 N. Ashland**<br>**Chicago, IL 60640** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Cortes, Mariel G.**<br>**12424 SE 202nd Pl**<br>**Kent, WA 98031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Cortes, Stephanie**<br>**9236 Fountleroy Way SW**<br>**Seattle, WA 98136** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Official Form 206 E/F     Schedule E/F: Creditors Who Have Unsecured Claims     Page  53 of 376

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.211 | Priority creditor's name and mailing address<br>**Corum, Christina**<br>**135 Plymouth Ave.**<br>**Charleston, SC 29412** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.212 | Priority creditor's name and mailing address<br>**Costello, Katherine**<br>**2817 NW 91st Ave**<br>**Apt 102**<br>**Pompano Beach, FL 33065** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.213 | Priority creditor's name and mailing address<br>**Cox, Belinda G.**<br>**262 Green Park Dr**<br>**Mobile, AL 36695** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.214 | Priority creditor's name and mailing address<br>**Craig, Lindsay A.**<br>**2069 41st Ave. East**<br>**Seattle, WA 98112** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.215**

Priority creditor's name and mailing address

**Crain, Jack**
**230 South Tryon Street**
**#307**
**Charlotte, NC 28202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown        Unknown

---

**2.216**

Priority creditor's name and mailing address

**Crane, Lauren K.**
**1018 NE Coco Court**
**Bremerton, WA 98311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown        Unknown

---

**2.217**

Priority creditor's name and mailing address

**Crissie, Stephanie L.**
**265 Cold Spring Road**
**Barrington, IL 60010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown        Unknown

---

**2.218**

Priority creditor's name and mailing address

**Crocco, Lisa R.**
**515 Lafayette Ln**
**Hoffman Estates, IL 60169**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Unknown        Unknown

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.219 | Priority creditor's name and mailing address<br>**Crookston, Lauren E.**<br>**1815 Shoremead Road**<br>**Apt 307**<br>**Mount Pleasant, SC 29464** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**　　**Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.220 | Priority creditor's name and mailing address<br>**Cruz, Aliuska**<br>**8980 SW 177 Ter**<br>**Miami, FL 33157** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**　　**Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.221 | Priority creditor's name and mailing address<br>**Cudnofskey, Aleina**<br>**PO Box 2277**<br>**Lynnwood, WA 98036** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**　　**Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.222 | Priority creditor's name and mailing address<br>**Cuevas, Tiffany**<br>**1444 Scarlet Oak Look**<br>**Winter Garden, FL 34787** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**　　**Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cure, Paula A.**
**11600 Northwest 56th Drive #115**
**Pompano Beach, FL 33076**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Curl, Sonya C.**
**3730 204th St SW**
**Apt C202**
**Lynnwood, WA 98036**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Curley, Lakeysha**
**5732 Hammermill Dr**
**Harrisburg, NC 28075**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Curtinzupan, Maya**
**9048 15th Ave. NW**
**Seattle, WA 98117**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

**2.227** Priority creditor's name and mailing address
**Czyz, Julia**
**1851 Hammock Moss Dr**
**Orlando, FL 32820**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.228** Priority creditor's name and mailing address
**D'Angelo, Stephanie**
**11 Maria Ln**
**Yonkers, NY 10710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.229** Priority creditor's name and mailing address
**Dalton, Sally**
**853 Virginia Avenue**
**Mobile, AL 36609**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.230** Priority creditor's name and mailing address
**Daniel, Tayler**
**5905 W. Corcoran Pl**
**Chicago, IL 60644**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.231**

Priority creditor's name and mailing address
**Daniels, Mary O.**
**3505 Peach Haven Ct.**
**Raleigh, NC 27607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.232**

Priority creditor's name and mailing address
**Das, Devi**
**8220 Ruby Valley Road**
**Charlotte, NC 28277**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.233**

Priority creditor's name and mailing address
**Davey, Rose M.**
**1409 Lake Wheeler Road**
**Raleigh, NC 27603**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.234**

Priority creditor's name and mailing address
**Davidson, Marci**
**1786 SW Cordova Stre**
**Port Saint Lucie, FL 34987**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **Unknown**

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.235** | Priority creditor's name and mailing address

**Davidson, Marie A.**
**1020 Juniper Terrace**
**Glenview, IL 60025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.236** | Priority creditor's name and mailing address

**Davidson, Robyn**
**2450 Aurora Ave N.**
**Seattle, WA 98109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.237** | Priority creditor's name and mailing address

**Davis, Carrie L.**
**920 Oval Street**
**Charlotte, NC 28277**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.238** | Priority creditor's name and mailing address

**Davis, Greg A.**
**2149 W. Cullerton**
**Chicago, IL 60608**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Davis, Kandis**<br>**25111 Jernigan St.**<br>**Daphne, AL 36526** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Davis, Linda M.**<br>**105 Westmont Way**<br>**Tyrone, GA 30290** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Davis, Shantel**<br>**7291**<br>**Clem Drive**<br>**Gurnee, IL 60031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Dawson, Jennifer L**<br>**4520 S. Park Ave.**<br>**Brookfield, IL 60513** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown** |
| | **De Asis, Cristeta U.** | Check all that apply. | |
| | **5645 N. Kimball Ave.** | ☐ Contingent | |
| | **Apt 2** | ☐ Unliquidated | |
| | **Chicago, IL 60659** | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown** |
| | **De Figueiredo, Carolina** | Check all that apply. | |
| | **610 Gardens Dr** | ☐ Contingent | |
| | **# 204** | ☐ Unliquidated | |
| | **Pompano Beach, FL 33069** | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown** |
| | **De Jesus, Mary-Anne S.** | Check all that apply. | |
| | **255 Tuscany Pointe Ave.** | ☐ Contingent | |
| | **Orlando, FL 32807** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown** |
| | **de Leon, Roderick N.** | Check all that apply. | |
| | **2770 Alki Ave SW** | ☐ Contingent | |
| | **Apt 402** | ☐ Unliquidated | |
| | **Seattle, WA 98116** | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| Debtor | **IntegraMed America, Inc.** | Case number *(if known)* | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dean, Melissa**
**16043 Doolin Court**
**Apt 102**
**Charlotte, NC 28273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dean, Sarah**
**6205 Morrison Blvd Apt 726**
**Charlotte, NC 28211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Deck Morgan M.**
**702 S. 57th St.**
**Tacoma, WA 98408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**DeGeorge, Nicole**
**14 Hobe St**
**West Nyack, NY 10994**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | IntegraMed America, Inc. | Case number (if known) | 20-11170 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Degetos PhD, Susanne**
**107 S. Carlen Street**
**Mobile, AL 36606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Del Real, Diana A.**
**1574 Higate Drive**
**San Jose, CA 95122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Del Toro, Nancy**
**15231 Lawndale Ave.**
**Midlothian, IL 60445**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Del Valle, Venus**
**1155 N. California Ave.**
**Apt 209**
**Chicago, IL 60622**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Del Vecchio, Donna L.**
**2002 Kings Way**
**Carmel, NY 10512**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.256 Priority creditor's name and mailing address

**Delgado, Caridad**
**1890 Beachview**
**Hampshire, IL 60140**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.257 Priority creditor's name and mailing address

**Delgado, Elizabeth**
**2444 W. Diversey**
**Chicago, IL 60647**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.258 Priority creditor's name and mailing address

**Delluso, Kristy**
**2401 Condor Court**
**Raleigh, NC 27615**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.259** | Priority creditor's name and mailing address

**Depina, Simone**
**4200 Community Dr**
**Apt 2010**
**West Palm Beach, FL 33409**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown    Unknown**

---

**2.260** | Priority creditor's name and mailing address

**Deptula, Susan R.**
**11933 SW 11th Court**
**Davie, FL 33325**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown    Unknown**

---

**2.261** | Priority creditor's name and mailing address

**Diaz, Cecilia**
**5328 W. 23rd Place**
**Cicero, IL 60804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown    Unknown**

---

**2.262** | Priority creditor's name and mailing address

**Diaz, Edessa**
**1409 Derby Street**
**Berkeley, CA 94702**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown    Unknown**

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Diaz, Sandra L.**
**701 W. Navajo St.**
**Round Lake, IL 60073**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dietz Jr., Francis R.**
**202 Archilles Way**
**Attleboro Falls, MA 02763**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**DiFronzo, Francesco**
**3055 N. Octavia**
**Elmwood Park, IL 60707**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dilone, Raquel**
**3065 Dogwood Lane**
**Margate, FL 33063**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dirkes, Melissa O.**
**3212 Thistle Hill Dr.**
**Winter Park, FL 32792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dixon, Veronica E.**
**18172 SW 25 St.**
**Miramar, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**DMarco, Rory**
**21854 Beryl Drive**
**Palo Cedro, CA 96073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dock, Daquan**
**4342 Auburn Hills Drive**
**Raleigh, NC 27616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dockery, Brandy E.**
**7321 Pebblestone Dr.**
**Apt B**
**Charlotte, NC 28212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Domingue, Amber N.**
**1018 Steven Dr**
**Pittsburg, CA 94565**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Donaldson, Latoya**
**5365 S. Juniper Street**
**Seattle, WA 98178**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Donnell, Rachel A.**
**1711 East Olive Way**
**#311**
**Seattle, WA 98102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number *(if known)* | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Donovan, Michelle**
**437 W. Aldine Ave.**
**Unit 21**
**Chicago, IL 60657**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dorado, Martha E.**
**117 Montana Drive**
**Danville, CA 94526**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Driver, Torria J.**
**7250 N. Oakley**
**Chicago, IL 60645**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**DuBeau, Carey A.**
**1674 Hickory Park Ln**
**Aurora, IL 60504**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Duch, Stephanie G.**<br>**2104 Millwall Drive**<br>**McKinney, TX 75071** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Duenas, Lena**<br>**213 Ocean Breeze Street**<br>**Lake Worth, FL 33460** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Duffie, Heidi C.**<br>**6926 30th Ave**<br>**Kenosha, WI 53142** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Duke, Michelle A.**<br>**2035 Nimitz Dr.**<br>**Des Plaines, IL 60018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dulevich, Mirlena**
**204 Sunstone Dr.**
**Cary, NC 27519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dupuis, Rockwoman**
**3013 Bayview Dr.**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dwyer, Sarah**
**5 Dunwick Ct.**
**Barrington, IL 60010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dyer, McKenna C.**
**802 Runaway Bay Lane**
**Unite D**
**Mount Pleasant, SC 29464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**2.287**

Priority creditor's name and mailing address
**Dziedzic, Elizabeth A.**
**1087 Carswell Ave.**
**Elk Grove Village, IL 60007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.288**

Priority creditor's name and mailing address
**Earnest, Ashley**
**1900 Jake Street**
**Apt. 209**
**Orlando, FL 32814**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.289**

Priority creditor's name and mailing address
**Eberhardt, Travis**
**1 Landmark Drive**
**#166**
**Cornwall, NY 12518**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.290**

Priority creditor's name and mailing address
**Echevarria, Aime M.**
**4911 W Sample Rd**
**Apt 411**
**Coconut Creek, FL 33073**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.291**

Priority creditor's name and mailing address

**Edwards, Tiffany**
**555 West Cornelia Ave.**
**Unit 101**
**Chicago, IL 60657**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.292**

Priority creditor's name and mailing address

**Elie, Diane**
**8140 SW 24th Street**
**Apt. 110**
**North Lauderdale, FL 33068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.293**

Priority creditor's name and mailing address

**Elizondo, Marlen**
**10500 Pippin St.**
**Oakland, CA 94603**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.294**

Priority creditor's name and mailing address

**Eller, Laura**
**11281 NW 1st Ct**
**Coral Springs, FL 33071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|

Name

---

| 2.295 | Priority creditor's name and mailing address | | | Unknown | Unknown |
|---|---|---|---|---|---|

**Ellett, Brittany L.**
**32420 2nd Avenue**
**Black Diamond, WA 98010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.296 | Priority creditor's name and mailing address | | | Unknown | Unknown |
|---|---|---|---|---|---|

**Elnar, Evelyn**
**2218 Golf Club Road**
**Pittsburg, CA 94565**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.297 | Priority creditor's name and mailing address | | | Unknown | Unknown |
|---|---|---|---|---|---|

**Emanuel, Alexa M.**
**1156 Cherry St.**
**Winnetka, IL 60093**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.298 | Priority creditor's name and mailing address | | | Unknown | Unknown |
|---|---|---|---|---|---|

**Engelhart, Lauren T.**
**979 Longtown Rd**
**Lugoff, SC 29078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown**    **Unknown** |

**2.299**

Priority creditor's name and mailing address

**Erbs, Jacki**
**4285 Sw 152nd Ave.**
**Miramar, FL 33027**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Unknown**  **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.300**

Priority creditor's name and mailing address

**Erickson, Victoria R.**
**1355 N. Mohawk St.**
**2N**
**Chicago, IL 60610**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Unknown**  **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.301**

Priority creditor's name and mailing address

**Escalante, Jennifer**
**2627 Mattison Ln.**
**SPC#6**
**Santa Cruz, CA 95062**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Unknown**  **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.302**

Priority creditor's name and mailing address

**Escobar, Annette E.**
**1369 Groton Ln**
**Wheaton, IL 60189**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Unknown**  **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Escobar, Wendy**
**10801 SW 109 Ct**
**Apt 110D**
**Miami, FL 33176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Estrada-Nin, Francia**
**455 Tamarind Parke Ln**
**Kissimmee, FL 34758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Estrellas, Melchor A.**
**566 Heritage Circle**
**San Lorenzo, CA 94580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Etzy, Ivana**
**8142 South Peoria**
**Chicago, IL 60620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Evans, Allison D.**
**16122 E. Valleyway Ave**
**Apt B106**
**Veradale, WA 99037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Evans, Amy**
**1235 Lawrence Ave.**
**Deltona, FL 32725**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Fagerlie, Kelley J.**
**2608 S. 353rd Street**
**Federal Way, WA 98003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Fairbanks, Danielle**
**726 Summit Ln**
**Vernon Hills, IL 60061**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Fairbanks, Danielle**<br>**726 Summit Ln**<br>**Vernon Hills, IL 60061** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Fairchild, Julie**<br>**801 Spring Street**<br>**Apt 2-1412**<br>**Seattle, WA 98104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Falcon, Barbara A.**<br>**3011 Candela Grove Dr.**<br>**Charleston, SC 29414** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Farad, Nazia**<br>**586 Jefferson Street**<br>**Hayward, CA 94544** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.315** | Priority creditor's name and mailing address

**Faustino, Erika**
**2904 Belmont Lane**
**Cooper City, FL 33026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.316** | Priority creditor's name and mailing address

**Feeley, Shannon**
**5s564 Kirk Pl**
**Naperville, IL 60563**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.317** | Priority creditor's name and mailing address

**Ferger George, Nicole J.**
**3636 Evanston Ave N**
**Apt 15**
**Seattle, WA 98103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.318** | Priority creditor's name and mailing address

**Fette, Caitlin**
**1415 W. Barry Ave.**
**Unit 2**
**Chicago, IL 60657**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **IntegraMed America, Inc.**        Case number (if known)    **20-11170 (LSS)**

Name

| | | |
|---|---|---|
| **2.319** | Priority creditor's name and mailing address<br>**Field, Susan**<br>**810 Lakeview Dr**<br>**Pineville, NC 28134** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

|   | **Unknown** | **Unknown** |

Date or dates debt was incurred      Basis for the claim:
**Wages**

Last 4 digits of account number      Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

---

| | | |
|---|---|---|
| **2.320** | Priority creditor's name and mailing address<br>**Figler, Salli E.**<br>**15 The Glen**<br>**Pleasantville, NY 10570** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Unknown**  **Unknown**

Date or dates debt was incurred      Basis for the claim:
**Wages**

Last 4 digits of account number      Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

---

| | | |
|---|---|---|
| **2.321** | Priority creditor's name and mailing address<br>**Figueroa, Diana**<br>**16211 W. Pope Blvd.**<br>**Lincolnshire, IL 60069-9000** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Unknown**  **Unknown**

Date or dates debt was incurred      Basis for the claim:
**Wages**

Last 4 digits of account number      Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

---

| | | |
|---|---|---|
| **2.322** | Priority creditor's name and mailing address<br>**Figueroa, Luis A.**<br>**8729 W. Summerdale Ave.**<br>**Chicago, IL 60656** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Unknown**  **Unknown**

Date or dates debt was incurred      Basis for the claim:
**Wages**

Last 4 digits of account number      Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Figueroa, Madeline**
**8729 W. Summerdale Ave.**
**Chicago, IL 60656**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Filipello, Alesha N.**
**6618 Lumberjack Ln**
**Ocoee, FL 34761**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Finch, Sarah**
**2885 Garden Ave.**
**Concord, CA 94520**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Finh, Melinda L.**
**5301 Talbot Road S**
**Apt AA101**
**Renton, WA 98055**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Finno, Trisha M.**
**3207 SW Bessey Creek Trail**
**Palm City, FL 34990**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Fisher Stephanie L.**
**414 NW 44th Street**
**Seattle, WA 98107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Fisher, Meredith**
**1545 Green St**
**Apt 104**
**San Francisco, CA 94123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Fitzpatrick, Suzanne M.**
**456 Dover Drive**
**Des Plaines, IL 60018**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Fitzsimmons, Brianna N.**<br>**7152 Shinkle PL SW**<br>**Seattle, WA 98106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Fletcher, Caroline**<br>**10156 NE 113th Place**<br>**Kirkland, WA 98033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Flores, Eunice**<br>**442 Ridge Road**<br>**Wilmette, IL 60091** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Flores, Maira Y.**<br>**1919 Players Place**<br>**North Lauderdale, FL 33068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.335** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**
**Florida Department of Revenue**

*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxing authority**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.336** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**
**Flosi, Mary Anne**
**25120 Crawford Ave.**
**Antioch, IL 60002**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.337** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**
**Floyd, Courtney S.**
**4021 Babbitt St.**
**Charleston, SC 29414**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.338** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**
**Foerster, Amy**
**8403 Galena View Drive**
**Charlotte, NC 28269**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.339** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Ford, Katerine**
**230 Balfour Dr**
**Winter Springs, FL 32708**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.340** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Ford, Katesha**
**167 Mountain Laurel Court**
**Romeoville, IL 60446**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.341** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Formo, Gail A.**
**5810 N. Del Rey Drive**
**Otis Orchards, WA 99027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.342** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Forrest, Ashley L.**
**5420 Earle Road**
**Raleigh, NC 27606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.343**

Priority creditor's name and mailing address
**Fortunato, Pamela S.**
**816 Dundee Dr.**
**Winter Springs, FL 32708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**            **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.344**

Priority creditor's name and mailing address
**Fouts, Kathryn K.**
**4915 NW 116 Av.**
**Coral Springs, FL 33076**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**            **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.345**

Priority creditor's name and mailing address
**Frankel, Donna-Marie**
**1417 NE 120th St.**
**Seattle, WA 98125**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**            **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.346**

Priority creditor's name and mailing address
**Frappier, Jacklyn A.**
**3041 Park West Blvd.**
**Mount Pleasant, SC 29466**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**            **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Frazier-Williams, Dorinda**
**836 Aspenwood Cir**
**Kissimmee, FL 34743**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Freeman, Robin A.**
**9130 Solstice Circle**
**Parkland, FL 33076**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**French, Catherine A.**
**2314 S. Cypress Bend Drive**
**Unit 213**
**Pompano Beach, FL 33069**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Friedman, Talia**
**4798 NW 5th Ave**
**Boca Raton, FL 33431**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **IntegraMed America, Inc.**    Case number (if known)    **20-11170 (LSS)**

Name

| | |
|---|---|
| 2.351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**2.351**

Priority creditor's name and mailing address
**Fuchs, Melissa M.**
**28121 136th Ave SE**
**Kent, WA 98042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.352**

Priority creditor's name and mailing address
**Fuglewicz, Agnes M.**
**17041 Deerpath Rd.**
**Bensenville, IL 60106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.353**

Priority creditor's name and mailing address
**Funk, Colleen A.**
**9446 Welsh Lance**
**Huntley, IL 60142**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.354**

Priority creditor's name and mailing address
**Gallo, Lynnette**
**10115 Greenwood Ave N.**
**Box M197**
**Seattle, WA 98133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **IntegraMed America, Inc.**

Case number (if known) **20-11170 (LSS)**

| | | | | |
|---|---|---|---|---|
| 2.355 | Priority creditor's name and mailing address<br>**Gallucci, Rose**<br>**4552 N. Maria Ct**<br>**Apt. 2**<br>**Chicago, IL 60656** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.356 | Priority creditor's name and mailing address<br>**Gangrade, Bhushan K.**<br>**536 Serenity Place**<br>**Lake Mary, FL 32746** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.357 | Priority creditor's name and mailing address<br>**Gao, Xinxing**<br>**885 NW 7th St**<br>**Boca Raton, FL 33486** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.358 | Priority creditor's name and mailing address<br>**Garcia, Estela**<br>**2534 S. 59th Ave.**<br>**Cicero, IL 60804** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Garcia, Liselle**
**5000 W. Fitch**
**Skokie, IL 60077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Garcia, Selena**
**2534 S. 59th Ave.**
**Cicero, IL 60804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Garcia, Yamilka**
**2121 Village Lake Dr**
**Apt 221**
**Charlotte, NC 28212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Garcia, Yasmin**
**2534 S. 59th Ave.**
**Cicero, IL 60804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Garland, Denise**<br>**1732 143rd Ave**<br>**San Leandro, CA 94578** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Garofolo, Amber N.**<br>**2114 SW 72nd Ave**<br>**Davie, FL 33317** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Garton, Rachael**<br>**4216 Arbor Gates Dr. NE**<br>**Atlanta, GA 30324** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Gary, Whitney H.**<br>**109 Indigo March Cir**<br>**Charleston, SC 29492** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.367**

Priority creditor's name and mailing address

**Gatgounis, Kristen B.**
**PO Box 1365**
**Folly Beach, SC 29439**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.368**

Priority creditor's name and mailing address

**Gebhardt, Donna C**
**6215 Stonecastle Lane**
**Crystal Lake, IL 60014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.369**

Priority creditor's name and mailing address

**Gecaite, Gabriele**
**15505 Twin Lakes Drive**
**Homer Glen, IL 60491**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.370**

Priority creditor's name and mailing address

**Gee, Jennifer**
**3581 Rosincress Drive**
**San Ramon, CA 94583**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.371** | Priority creditor's name and mailing address
**Gellond, Maren D.**
**704 Allentree Ln**
**Deerfield, IL 60015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.372** | Priority creditor's name and mailing address
**Gentile, Sarah**
**801 Thistledown Dr**
**Rock Hill, SC 29730**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.373** | Priority creditor's name and mailing address
**Gernady, Peggy H.**
**6642 N. Keota**
**Chicago, IL 60646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.374** | Priority creditor's name and mailing address
**Gesbocker, Karen**
**1512 Kettleson Dr.**
**Minooka, IL 60447**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.375** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown**

**Ghaemialehashemi, Seyedrocknaldin**
**34 Tower Ln**
**Shelton, CT 06484**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.376** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown**

**Gil, Gizelle**
**15801 NW 15th Court**
**Pembroke Pines, FL 33028**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.377** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown**

**Gil, Rainier A.**
**6500 Singletary Church Road**
**Lumberton, NC 28358**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.378** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown**

**Gilbert, Shelbi L.**
**6024 Sunberry Circle**
**Boynton Beach, FL 33437**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.379**

Priority creditor's name and mailing address
**Gildersleeve, Emily**
**53 Rock Maple Road**
**Greenwich, CT 06830**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.380**

Priority creditor's name and mailing address
**Giorno, Carrie**
**55 Myrtle Ave**
**Mahopac, NY 10541**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.381**

Priority creditor's name and mailing address
**Giovanni8228 Agatiteelli, Robin E.**

**Harwood Heights, IL 60706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.382**

Priority creditor's name and mailing address
**Glatzl, David**
**156 Bennett Avenue**
**Yonkers, NY 10701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.383** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**
| | | Check all that apply. | |
| | **Glick, Sarah** | ☐ Contingent | |
| | **1009 NW 83rd Drive** | ☐ Unliquidated | |
| | **Coral Springs, FL 33071** | ☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

**2.384** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**
| | | Check all that apply. | |
| | **Gluskin, Tatyana** | ☐ Contingent | |
| | **3001 S Ocean Dr** | ☐ Unliquidated | |
| | **Apt 1003** | ☐ Disputed | |
| | **Hollywood, FL 33019** | | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

**2.385** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**
| | | Check all that apply. | |
| | **Gokhman, Melissa** | ☐ Contingent | |
| | **628 Sycamore Road** | ☐ Unliquidated | |
| | **Buffalo Grove, IL 60089** | ☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

**2.386** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**
| | | Check all that apply. | |
| | **Gomez, Anyismel** | ☐ Contingent | |
| | **6340 SW 3rd St** | ☐ Unliquidated | |
| | **Margate, FL 33068** | ☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim: |
| | **Wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Gomez, Lorena**<br>**4943 Eureka Mine Ct.**<br>**Antioch, CA 94531** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Gonzales, Alannah C.**<br>**1060 Continentals Way**<br>**Apt 415**<br>**Belmont, CA 94002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Gonzalez, Norma J.**<br>**6105 County Road 547 North**<br>**Davenport, FL 33837** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Gooding, Selena S.**<br>**2734 Commonwealth Av**<br>**Apt #3**<br>**Charlotte, NC 28205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Goorbarry, Jennifer**<br>**6031 Serene Run**<br>**Lake Worth, FL 33467** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Gordon, Barbara**<br>**2646 Emma Drive**<br>**Pinole, CA 94564** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Gordon, Lillian E.**<br>**93 Reservoir Road**<br>**Los Gatos, CA 95030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Grady, Annette R.**<br>**809 Pinemont**<br>**Mobile, AL 36609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Grass, Leila R.**
**248 Thatch Palm Drive**
**Boca Raton, FL 33432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Grasyuk, Marina**
**519 Ridgewood Lane**
**Buffalo Grove, IL 60089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Gray, Jeffrey**
**369 Turnstone Dr.**
**Mount Pleasant, SC 29464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Graziani, Isabella V.**
**14512 147th Ave E.**
**Orting, WA 98360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Green, Breanna R.** | ☐ Contingent | | |
| | **8212 20th Ave E.** | ☐ Unliquidated | | |
| | **Tacoma, WA 98404** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

| 2.400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Gregory, Monique** | ☐ Contingent | | |
| | **6 Panoramic Drive** | ☐ Unliquidated | | |
| | **Valley Cottage, NY 10989** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

| 2.401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Gregory, Patricia** | ☐ Contingent | | |
| | **1316 South Beach Cir** | ☐ Unliquidated | | |
| | **Kissimmee, FL 34746** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

| 2.402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Grey, Stephanie** | ☐ Contingent | | |
| | **7620 Dovecote Drive** | ☐ Unliquidated | | |
| | **Orlando, FL 32810** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.403**

Priority creditor's name and mailing address
**Groh, Christenia**
**3120 SW Captiva Ct**
**Palm City, FL 34990**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.404**

Priority creditor's name and mailing address
**Gryniv, Paula M.**
**267 Earlington Ave SW**
**Renton, WA 98057**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.405**

Priority creditor's name and mailing address
**Guadagno, Laura**
**1205 Chimney Hill Dr.**
**Apex, NC 27502**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.406**

Priority creditor's name and mailing address
**Guevara Perez, Nadia Z.**
**14048 144th Ave. SE**
**Renton, WA 98059**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Gushchina, Natalia**<br>**184 Tyler Ct.**<br>**Lake Zurich, IL 60047** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Guthrie, Marcie E.**<br>**7332 Jones Ave NW**<br>**Seattle, WA 98117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Gutic, Andrea**<br>**3806 San Simeon Circle**<br>**Weston, FL 33331** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Gutierrez, Christina M.**<br>**7448 W. Winnemac Ave.**<br>**Harwood Heights, IL 60706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.411** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Gutnik, Ania**
**942 Boxwood Dr**
**Unit B**
**Mount Prospect, IL 60056**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.412** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Gutow, Jessica**
**7526 N.Olcott Ave.**
**Chicago, IL 60631**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.413** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Guyon, Suzanne G.**
**1725 Clovis Ave.**
**San Jose, CA 95124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.414** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Haile, Elsabet H.**
**6303 220th PL SW**
**Mountlake Terrace, WA 98043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Hakimi, Marni**<br>**2775 Grace Road**<br>**Northbrook, IL 60062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Halberg, Stephanie**<br>**949 W. Madison St.**<br>**Apt 604**<br>**Chicago, IL 60607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Hall, Andrea W.**<br>**709 Fox Pond Drive**<br>**Mount Pleasant, SC 29464** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Hall, Brittney**<br>**3883 NW 163rd Street**<br>**Miami Gardens, FL 33054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.419** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Hall, Elizabeth F.**
**5015 2nd St**
**Rocklin, CA 95677**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.420** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Hall, Eylin S.**
**17411 SW 12th St.**
**Pembroke Pines, FL 33029**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.421** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Hall, Kimberly**
**353 Solano Ave.**
**Hayward, CA 94541**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.422** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Hall, Linnea E.**
**4992 32nd Street NE**
**Tacoma, WA 98422**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Hallas, Grace E.**<br>**15401 70th Ave SE**<br>**Snohomish, WA 98296** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Halverson, Reebecca L.**<br>**4607 NE 97th Street**<br>**Seattle, WA 98115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Hamilton, Dionne M.**<br>**1791 Halfmoon St. NW**<br>**Palm Bay, FL 32907** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Hammett, Beth E.**<br>**17112 Courtside Landing Dr**<br>**Cornelius, NC 28031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|

Name

---

| 2.427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Hampton, Kenya L.**
**7018 South 12th Street**
**Apt. 2808**
**Tacoma, WA 98465**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Hanna, Rita**
**926 Keystone Ave.**
**Northbrook, IL 60062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Hanna, Sara N.**
**926 Keystone Ave.**
**Northbrook, IL 60062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Harkins, Caroline D.**
**9444 SE 52nd Street**
**Mercer Island, WA 98040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Harmon, Chimere**
**8339 S. Hermitage Ave.**
**Chicago, IL 60620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Harmon, Chimere**
**8339 S. Hermitage**
**Chicago, IL 60620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Harrell, Stephanie H.**
**6177 Waters Edge Dr**
**Midland, NC 28107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Hart, Jennifer L.**
**1630 228th St. SE**
**Apartment A-1**
**Bothell, WA 98021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Harvey, Markayla**<br>**9031 S. Hosmer St  TH16**<br>**Tacoma, WA 98444** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Hatchell, Dawn A.**<br>**470 Sanders Farm Ln**<br>**Charleston, SC 29492** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Hatheway, Susan A.**<br>**162 La Questa Dr.**<br>**Danville, CA 94526** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Hathron, Carla M.**<br>**6449 Overlook Road**<br>**Mobile, AL 36618** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Hayes, Shelpa S.**
**2175 Schillinger Rd. S.**
**Apt. 1**
**Mobile, AL 36695**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.440   Priority creditor's name and mailing address          As of the petition filing date, the claim is:          **Unknown**          **Unknown**

**Heard, Kacey**
**4870 Moorpark Ave**
**San Jose, CA 95129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.441   Priority creditor's name and mailing address          As of the petition filing date, the claim is:          **Unknown**          **Unknown**

**Heavey, Christi M.**
**4063 West Lakeshore Drive**
**San Ramon, CA 94582**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.442   Priority creditor's name and mailing address          As of the petition filing date, the claim is:          **Unknown**          **Unknown**

**Heffernan, Cristy, L**
**62 Sylvan Rd.**
**Port Chester, NY 10573**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Heidl, Nichole M.**<br>**1064 W 109th Street**<br>**Chicago, IL 60643** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Heinrichs, Christopher J.**<br>**2045 Fostoria Cir**<br>**Danville, CA 94526** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Henderson, Clara**<br>**404 N Laurel Ave**<br>**Apt 13**<br>**Charlotte, NC 28204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Henderson, Shawna**<br>**5723 80th Street NE**<br>**Marysville, WA 98270** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Hennessy, Molly J.** | Check all that apply. | | |
| | **115 W. Olympic PL** | ☐ Contingent | | |
| | **Apt D10** | ☐ Unliquidated | | |
| | **Seattle, WA 98119** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Wages** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

| 2.448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Heredia Morales, Leslie V.** | Check all that apply. | | |
| | **13421 NE 133rd St #17C** | ☐ Contingent | | |
| | **Kirkland, WA 98034** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Wages** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

| 2.449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Hernandez, Kesia J.** | Check all that apply. | | |
| | **3022 Lynde Street** | ☐ Contingent | | |
| | **Oakland, CA 94601** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Wages** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

| 2.450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Hernandez, Maria L.** | Check all that apply. | | |
| | **1050 NW 68TH TER** | ☐ Contingent | | |
| | **Margate, FL 33063** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Wages** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.451** Priority creditor's name and mailing address

**Hernandez, Miriam**
**7371 SW 1st Street**
**Margate, FL 33068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.452** Priority creditor's name and mailing address

**Hernandez, Stephany A.**
**25452 SW 129 Ct**
**Homestead, FL 33032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.453** Priority creditor's name and mailing address

**Herrman, Jenna M.**
**18010 128th Place SE**
**Snohomish, WA 98290**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.454** Priority creditor's name and mailing address

**Herrmann, Rachel S.**
**8522 Mary Ave NW**
**Seattle, WA 98117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Herrmes, Paige M.**<br>**2441 76th Ave SE**<br>**Apt. 424**<br>**Mercer Island, WA 98040** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.456 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Herron, Michele**<br>**3681 Mallard Court**<br>**Antioch, CA 94509** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.457 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Herron, Michele**<br>**3681 Mallard Court**<br>**  ME 04509** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.458 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Hertzer, Janet M.**<br>**345 Montecillo Drive**<br>**Walnut Creek, CA 94595** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Hertzer, Janet M.**
**345 Montecillo Drive**
**Walnut Creek, CA 94595**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.460 | Priority creditor's name and mailing address |
|---|---|

**Hesser, Lori A.**
**2942 Peachtree Cir**
**Summit Argo, IL 60501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.461 | Priority creditor's name and mailing address |
|---|---|

**Hewitt, Whitney**
**2614 Peebles Lane**
**Charlotte, NC 28278**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.462 | Priority creditor's name and mailing address |
|---|---|

**Heymers, Lisa S.**
**8150 West McNab Rd**
**Unit 123**
**Tamarac, FL 33321**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Hibray, Christopher W.**
**11048 35th Ave NE**
**Seattle, WA 98125**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.464 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Hickman, David**
**1212 Chimne Top Drive E**
**Mobile, AL 36695**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.465 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Hilaire, Lovely**
**20 Heather Cove Dr**
**Boynton Beach, FL 33436**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.466 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Hines, Beth M.**
**431 NW 100th PL**
**Apt. 308**
**Seattle, WA 98177**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**2.467**   Priority creditor's name and mailing address
**Hodes, Megan A.**
**15303 84 Ave North**
**Palm Beach Gardens, FL 33418**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.468**   Priority creditor's name and mailing address
**Hoenig, Lauren E.**
**3401 25th Ave W**
**Apt G320**
**Seattle, WA 98199**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.469**   Priority creditor's name and mailing address
**Holcomb, Krystle M.**
**17228 428th Place SE**
**North Bend, WA 98045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.470**   Priority creditor's name and mailing address
**Holder, Elizabeth P.**
**140 Augusta Court**
**Greenville, SC 29605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 2.471 | Priority creditor's name and mailing address<br>**Holloway, Amanda N.**<br>**7 Clark Place**<br>**Tacoma, WA 98409** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | |
|---|---|---|---|
| 2.472 | Priority creditor's name and mailing address<br>**Holt, Taylor L.**<br>**905 Kenilworth Ave**<br>**Charlotte, NC 28204** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | |
|---|---|---|---|
| 2.473 | Priority creditor's name and mailing address<br>**Holtzman, Andrea**<br>**4843 S. Classical Bl**<br>**Trace Circle**<br>**Delray Beach, FL 33445** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | |
|---|---|---|---|
| 2.474 | Priority creditor's name and mailing address<br>**Hooey, Diane S.**<br>**6406 Breckenridge Dr.**<br>**Plainfield, IL 60586** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Hook, Leslie B.**<br>**2008 Warm Springs Road**<br>**PO Box 6146**<br>**Ketchum, ID 83340** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Hornby, Erica**<br>**7814 E. Woodview Drive**<br>**Spokane, WA 99212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Hornig, Krista**<br>**350 Kelsey Blvd**<br>**Charleston, SC 29492** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Houston, DevRonne M.**<br>**7046 MacArthur Blvd**<br>**Oakland, CA 94605** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.479**

Priority creditor's name and mailing address

**Houston, DevRonne M.**
**7046 MacArthur Blvd**
**Oakland, CA 94605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.480**

Priority creditor's name and mailing address

**Hovda, Cristina**
**6620 77th Ave CT NW**
**Gig Harbor, WA 98335**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.481**

Priority creditor's name and mailing address

**Howard, Theresa G.**
**29781 SW ALLEN STREET**
**Okeechobee, FL 34974**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.482**

Priority creditor's name and mailing address

**Howard-Campbell, Kendyl**
**560 Chula Woods. Ct**
**Oviedo, FL 32766**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Huang, Hui**<br>**4625 229th Pl SE**<br>**Sammamish, WA 98075** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Hubregsen, Meg S.**<br>**1126 Rock Haven Drive**<br>**Charlotte, NC 28216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Huddleston, Kaitlyn**<br>**529 W. 3rd Street**<br>**Newport, WA 99156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Huelar, Matthew**<br>**5300 Ironhorse Pkwy**<br>**#535**<br>**Dublin, CA 94568** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.487 | Priority creditor's name and mailing address<br>**Huen, Nancy**<br>**128 Alta Vista Way**<br>**Danville, CA 94506** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.488 | Priority creditor's name and mailing address<br>**Huff, Arelia**<br>**122 N Leamington Ave**<br>**Chicago, IL 60644** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.489 | Priority creditor's name and mailing address<br>**Hughes, Lynne L.**<br>**8914 Riverfront Terrace**<br>**Jupiter, FL 33469** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.490 | Priority creditor's name and mailing address<br>**Hume, Christie L.**<br>**4430 S. Mitchel Lane**<br>**Spokane, WA 99223** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **Unknown** |
| | **Hummell, Wendy M.**<br>**125 Longfield Dr**<br>**Mooresville, NC 28115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **Unknown** |
| | **Hung, Sandra**<br>**2451 Thorndyke Ave W**<br>**Apt 2**<br>**Seattle, WA 98199** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **Unknown** |
| | **Hunter, Diane P.**<br>**930 Marshall Drive**<br>**Concord, NC 28027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**    **Unknown** |
| | **Hunter, Julia D.**<br>**141 Embarcadero W**<br>**Apt 4119**<br>**Oakland, CA 94607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Hurst, Ashley**<br>**10302 NW 80th Dr.**<br>**Fort Lauderdale, FL 33321** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Hurt, Albert**<br>**2959 W 38th Place**<br>**Chicago, IL 60632** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Hutto, Cherub M.**<br>**25 Blue Heron Land**<br>**Prosperity, SC 29127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Ibarra, Sarah**<br>**20406 Litte Bear Creek Rd.**<br>**Apt. 150**<br>**Woodinville, WA 98072** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Ibarra, Veronica J.**<br>**11206 NE 68th St.**<br>**Apt 218**<br>**Kirkland, WA 98033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Inake, Magan A.**<br>**414 NE Ravenna Blvd**<br>**Apt. 209**<br>**Seattle, WA 98115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Ingraffia, Anthony A.**<br>**1525 Dennison Road**<br>**Hoffman Estates, IL 60169** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Iniguez, Leticia**<br>**40 Sandalwood Court**<br>**Pittsburg, CA 94565** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | IntegraMed America, Inc. | Case number (if known) | 20-11170 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Internal Revenue Service** | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxing authority** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Ioannou, Dimitrios**<br> **900 Biscayne Blvd**<br>**#2204**<br>**Miami, FL 33132** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Ivani, Kristen A.**<br>**501 Live Oak Drive**<br>**Danville, CA 94506** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Jackson, Jasmine**<br>**4958 Fair Oaks Drive**<br>**Country Club Hills, IL 60478** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.507**

Priority creditor's name and mailing address

**Jackson, Tesara**
**957 N Powerline Rd**
**Pompano Beach, FL 33069**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.508**

Priority creditor's name and mailing address

**Jaggernauth, Vashti**
**3210 Lake Twylo Rd.**
**Orlando, FL 32817**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.509**

Priority creditor's name and mailing address

**Jaggernauth, Vishwani**
**2391 Pemberton Street**
**Oviedo, FL 32765**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.510**

Priority creditor's name and mailing address

**Jajeh, Hanan**
**1930 Jameson Court**
**Concord, CA 94521**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

The priority claim amounts for 2.508, 2.509, 2.510 are each listed as **Unknown** **Unknown**.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Jakubowski, Shannon M.**
**6210 1st Avenue NW**
**Seattle, WA 98107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.512 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Janzen, Cecily K.**
**5740 SW Admiral Way**
**Seattle, WA 98116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.513 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Jaranilla, Joanna**
**2145 W. Concord Lane**
**Addison, IL 60101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.514 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Jasulaitis, Laura S.**
**17 W 464 Sutton Place**
**Darien, IL 60561**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jasulakiit, Lauren R.**
**512 Redondo Dr**
**Unit 501**
**Downers Grove, IL 60516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jenkins, Amy**
**1722 Ducker Court**
**Concord, CA 94519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jenkins, Antigone T.**
**3280 Soho St.**
**Unite 108**
**Orlando, FL 32835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jernstrom, Amanda L.**
**555 Canyon Woods Cir #248**
**San Ramon, CA 94582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.519** | Priority creditor's name and mailing address
**Jeung, Thomas**
**15306 Farnsworth St**
**San Leandro, CA 94579**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.520** | Priority creditor's name and mailing address
**Jewell, Suzanne L.**
**1142 W. 50 Pl.**
**Hialeah, FL 33012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.521** | Priority creditor's name and mailing address
**Jimenez, Brittany N.**
**1614 NE 9th St**
**Fort Lauderdale, FL 33304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.522** | Priority creditor's name and mailing address
**Johnson, , Keith R.**
**3124 Newport Ln**
**Wadsworth, IL 60083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **IntegraMed America, Inc.**      Case number (if known) **20-11170 (LSS)**

Name

| 2.523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.523**

Priority creditor's name and mailing address

**Johnson, Bethany L.**
**2550 Thorydyke Ave W**
**#302**
**Seattle, WA 98199**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.524**

Priority creditor's name and mailing address

**Johnson, Destiny J.**
**6104 N. A Street**
**Spokane, WA 99205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.525**

Priority creditor's name and mailing address

**Johnstone, Shannon**
**15600 Winchester Blvd.**
**Los Gatos, CA 95030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.526**

Priority creditor's name and mailing address

**Jones Sherita**
**3040 Foxhill Circle**
**No. 206**
**Apopka, FL 32703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Jones, Lashica R.**
**1183 Old Apopka Rd.**
**Apopka, FL 32703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Jones, Melede D.**
**6457 Catalina Lane**
**Tamarac, FL 33321**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Jones, Susan D.**
**6651 NW 23 Street**
**Margate, FL 33063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Jones, Tilda A.**
**2064 Pin Oak Place**
**Cramerton, NC 28032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Jones, Virginia M.**<br>**6845 Bianchini Circl**<br>**Boca Raton, FL 33433** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Jones, Yolanda**<br>**290 Collins Ave**<br>**#5A**<br>**Mount Vernon, NY 10552** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Josephs, Sheldon B.**<br>**2280 Flagstone Way**<br>**Concord, CA 94521** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Jost, Mary**<br>**3612 Lakewood Dr.**<br>**Crystal Lake, IL 60012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.535**

Priority creditor's name and mailing address
**Joubert, Rebecca L.**
**5657 Oakwood Cir**
**Lake Zurich, IL 60047**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.536**

Priority creditor's name and mailing address
**Jovin, Ruth**
**6248 Duval Drive**
**Margate, FL 33063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.537**

Priority creditor's name and mailing address
**Joyner, Colleen A.**
**9561 Spanish Moss Rd West**
**Lake Worth, FL 33467**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.538**

Priority creditor's name and mailing address
**Judge, Anne L.**
**2398 140th Way SE**
**Bellevue, WA 98007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.539** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Julmisse, Ricarda**
**15240 SW 46th Court**
**Miramar, FL 33027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.540** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Kalimulhu, Kristin L.**
**100 E. 14th Street**
**Apt 2210**
**New Britain, CT 06050**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.541** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Kallas, Courtney E.**
**12033 28th Ave NE**
**Unit C**
**Seattle, WA 98125**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.542** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Kanaan, Kiran A.**
**2805 Hawtree Drive**
**Raleigh, NC 27613**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kane, Lisa S.**
7518 Shady Lane
Charlotte, NC 28215

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Kase, Julia**
2134 N. 113th St   B
Seattle, WA 98133

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Kashin, Christiana**
3110 Fairfield Way
Montgomery, IL 60538

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Kaskintepe, Levent**
2213 Brachetta Dr.
Las Vegas, NV 89134

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kaur, Salvinder**
**866 Catherine Ct**
**Grayslake, IL 60030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kaye, Ilene M.**
**12261 Old Country Rd**
**Wellington, FL 33414**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Keafer, Lisa M.**
**2047 Concord Dr.**
**McHenry, IL 60050**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Keller, Rebecca R.**
**624 Yale Ave N**
**Apt 216**
**Seattle, WA 98109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kelly, Kathleen M.**
**61 Midwood Avenue**
**Nesconset, NY 11767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.552 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kelly, Rose M.**
**33 Maple Hill Road**
**Valhalla, NY 10595**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.553 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kendall, Natalie**
**4923 155th Pl SW**
**Edmonds, WA 98026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.554 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kenny, Monica M.**
**8125 28th Ave SW**
**Seattle, WA 98126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kerby, Stephanie**
**6824 N. 15th Street**
**Dalton Gardens, ID 83815**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Keskintepe, Levent**
**2213 Brachetta Dr.**
**Las Vegas, NV 89134**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Khazanov, Nataly A.**
**1337 Highpoint Lane**
**Northbrook, IL 60062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kiddie, Amber K**
**630 Tallgrass Lane**
**Lake Villa, IL 60046**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**King, Benjamin**
**223 Milton St.**
**Bellingham, WA 98229**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kinloch, N'Dra**
**899 N. Orange Ave.**
**Apt. 616**
**Orlando, FL 32801**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kirk, Emmy A.**
**1216 NE Ravenna Blvd**
**Seattle, WA 98105**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kirkland, Cassidy A.**
**721 17th Avenue**
**#302**
**Seattle, WA 98122**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.563**

Priority creditor's name and mailing address

**Kisler, Katherine E.**
**1401 220th St. SW**
**Bothell, WA 98021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown    Unknown**

---

**2.564**

Priority creditor's name and mailing address

**Klaiss, Michele M.**
**11804 Roseberg Ave S**
**Seattle, WA 98168**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown    Unknown**

---

**2.565**

Priority creditor's name and mailing address

**Kohistani, Sahar**
**2836 Diane Dr.**
**Aurora, IL 60504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown    Unknown**

---

**2.566**

Priority creditor's name and mailing address

**Kolbay, Tiffany T.**
**865 Walts Way**
**Denver, NC 28037**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Unknown    Unknown**

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Kook, Amanda E.**
**408 E. Castle Pl**
**Charleston, SC 29414**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Koshney, Jessica A.**
**224 S. 152nd Street**
**Apt 43**
**Seattle, WA 98148**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Koulianos, Svetlana M.**
**1124 Sutton Court**
**Mobile, AL 36609**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Koza, Montana**
**2110 NW 91st Lane**
**Coral Springs, FL 33071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.571** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**Kozera, Patricia**
**348 N. Cedar Ave.**
**Wood Dale, IL 60191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.572** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**Kramp, Gina-Marie A.**
**2624 W 96th Place**
**Evergreen Park, IL 60805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.573** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**Krecklow, Jessica M.**
**1130 NW 54th Street**
**Seattle, WA 98107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.574** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**Kreidel, Kayla N.**
**1440 Harding Pl**
**Apt 520**
**Charlotte, NC 28204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Krizan, Claire E.**
**2819 Knollside Ln.**
**Vienna, VA 22180**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kruep, Sharon M.**
**9614 Gray Hawk Wy.**
**Lake Worth, FL 33467**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kwon, Ashly (Eun Young)**
**110 Monterey Lane**
**Danville, CA 94506**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Laban, Katherine**
**13717 Linden Ave N**
**Apt. 328**
**Seattle, WA 98133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.579**

Priority creditor's name and mailing address

**Lairson, Travis W.**
**32 Burling Lane**
**Apt 203**
**New Rochelle, NY 10801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.580**

Priority creditor's name and mailing address

**LaJoie, James J.**
**309 Napa Ridge Lane**
**Morrisville, NC 27560**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.581**

Priority creditor's name and mailing address

**Lamberg, Rebecca A.**
**3527 Wiles Rd**
**Apt 201**
**Coconut Creek, FL 33073**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.582**

Priority creditor's name and mailing address

**Lamont, Christie D.**
**3180 Merrick Terrace**
**Margate, FL 33063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Lancia, Linda**<br>**251 Deer Hill Road**<br>**South Salem, NY 10590** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Lanza, Anna C.**<br>**2427 NE Sunnymede ST**<br>**Poulsbo, WA 98370** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.585 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Latimer, Radisha S.**<br>**528 Bradkin Court**<br>**Raleigh, NC 27610** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.586 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Latorre, Larissa**<br>**3219 Jamie Way**<br>**Hayward, CA 94541** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.587**

Priority creditor's name and mailing address
**Laureano, Breanne N.**
**548 NE 98th Street**
**Seattle, WA 98115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.588**

Priority creditor's name and mailing address
**Lavere, Vita M.**
**181 W. Schick Road**
**Bloomingdale, IL 60108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.589**

Priority creditor's name and mailing address
**Lawrence, Leighann L.**
**8300 Kern Ave**
**Apt D111**
**Gilroy, CA 95020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.590**

Priority creditor's name and mailing address
**Lazarus, Sophia**
**8379 NW 37th St**
**Sunrise, FL 33351**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Leach, Eleisha A.**
**2442 Summer Meadow Court**
**Charlotte, NC 28216**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.592 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Lebow, Joy**
**14 Eagle Road**
**Norwalk, CT 06850**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.593 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Lebron, Erica**
**1722 Purdy St.**
**No. 3H**
**Bronx, NY 10462**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.594 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Leckey, Shakira**
**3371 NW 21st Ct**
**Coconut Creek, FL 33066**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lee, Taisha A.**
**501 E. Union St**
**Marshville, NC 28103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.596 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lefko, Sarah**
**1143 Glengarry Drive**
**Walnut Creek, CA 94598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.597 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lemen, Kimberly E.**
**331 S. 177th Place**
**Apt F-303**
**Seattle, WA 98148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.598 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lenzo, Anne**
**401 E 32nd St**
**Apt 205**
**Chicago, IL 60616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Leonard, Jennifer A.**
**1465 Van Hercke Lane**
**Oviedo, FL 32766**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.600 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Leonardi, Andrea**
**PO Box 1684**
**Sultan, WA 98294**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.601 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lepkowsky, Laura**
**18657 E. Cavendish Dr**
**Castro Valley, CA 94552**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.602 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lesina , Darija**
**10688 NE 10th Street**
**Apt. B414**
**Bellevue, WA 98004**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lewis, Sonya N.**
**9777 Westview Drive**
**#1118**
**Coral Springs, FL 33067**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Liebermann, Juergen**
**544 N. Forest Ave.**
**Oak Park, IL 60302**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Limehouse, Patrice**
**3160 Exacta Lane**
**Apt. 616**
**Raleigh, NC 27613**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lin, Emily S.**
**12343 Riviera Place Northeast**
**Seattle, WA 98125**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Liriano, Angela I.**
**1824 N. 6th St.**
**Orlando, FL 32820**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Liscano, Melody G.**
**6810 Winding Trail**
**Unit 303**
**Oak Forest, IL 60452**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Litaker, Cassandra**
**3407 Arklow Rd**
**Apt 1**
**Charlotte, NC 28269**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Llaca, Ana M.**
**19127 NW 13 Ct**
**Pembroke Pines, FL 33029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Loepp, Elizabeth**
**505 Mawman Ave.**
**Lake Bluff, IL 60044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.612 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Long, Katelyn J.**
**407 E. Liberty Ave.**
**Spokane, WA 99207**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.613 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Longhurst, Garrett**
**90 Couch Road**
**Patterson, NY 12563**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.614 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lopez, Allison**
**3626 W Nuala Lane**
**Alsip, IL 60803**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.615** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Lopez, Isabel M.**
**6650 Pershing Street**
**Hollywood, FL 33024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.616** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Lopez, Yanira D.**
**448 Holiday Hills Dr**
**Martinez, CA 94564**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.617** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Lormistois, Felicia N.**
**27 Cedar Circle**
**Boynton Beach, FL 33436**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.618** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Love, Tracey L.**
**10404 E. Pierce Ln.**
**Spokane, WA 99206**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.619** | Priority creditor's name and mailing address
**Lovell, Sabrina**
**130 Fernwood Ln**
**Bloomingdale, IL 60108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.620** | Priority creditor's name and mailing address
**Lowedermilk, Ivy M.**
**PO Box 1417**
**Orting, WA 98360**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.621** | Priority creditor's name and mailing address
**Lowney, Jennifer L.**
**15686 84th Ave North**
**Palm Beach Gardens, FL 33418**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.622** | Priority creditor's name and mailing address
**Luburich, Alyssa**
**8030 N. Overhill**
**Niles, IL 60714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Luczak, Patricia**
**53 N. Crescent Ave.**
**Palatine, IL 60067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☐ No
☐ Yes

---

| 2.624 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lynn, Olivia**
**2436 N Maplewood Ave.**
**Chicago, IL 60647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☐ No
☐ Yes

---

| 2.625 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Macchia, Jessica**
**9 Oak Ridge court**
**West Harrison, NY 10604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☐ No
☐ Yes

---

| 2.626 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**MacDonough, Carolyn R.**
**813 NE 151st St**
**Seattle, WA 98155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☐ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Machamer, Lauren**
**6248 Dowdy Court**
**Orlando, FL 32819**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.628 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Macias, Cynthia**
**320 W Illinois St**
**1508**
**Chicago, IL 60654**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.629 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Macias-Villanueva, Milda**
**6560 Thomas Street**
**Hollywood, FL 33024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.630 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Mackay, Gwen H.**
**4289 Woodlawn Ave.**
**Gurnee, IL 60031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.631 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

| 2.631 | Priority creditor's name and mailing address<br>**Mackey, Tameka T.**<br>**2294 Cane Mill Road**<br>**Lancaster, SC 29720** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.632 | Priority creditor's name and mailing address<br>**Madrazo, Joshua A.**<br>**3529 NE 6th Street**<br>**Renton, WA 98056** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.633 | Priority creditor's name and mailing address<br>**Magana, Claudia Y.**<br>**625 SW 97th PL**<br>**Seattle, WA 98106** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.634 | Priority creditor's name and mailing address<br>**Magee, Pearlie R.**<br>**301 Sandy Ln**<br>**Apt A**<br>**Suisun City, CA 94585** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|

Name

---

| 2.635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Magiera, Joanna**
**3722 N. Oriole Ave.**
**Chicago, IL 60634**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

2.636 Priority creditor's name and mailing address

**Magsino-Reyes, Marilyn N.**
**828 W. Parker Dr.**
**Schaumburg, IL 60194**

As of the petition filing date, the claim is:    Unknown    Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

2.637 Priority creditor's name and mailing address

**Maguschak, Kerry A.**
**29150 Lake Forest Blvd.**
**Apt 2034**
**Daphne, AL 36526**

As of the petition filing date, the claim is:    Unknown    Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

2.638 Priority creditor's name and mailing address

**Mahama, Bonosa**
**2185 Hone Avenue Apt 5D**
**Bronx, NY 10461**

As of the petition filing date, the claim is:    Unknown    Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor **IntegraMed America, Inc.**

Name

Case number (if known)    **20-11170 (LSS)**

| | | | |
|---|---|---|---|
| 2.639 | Priority creditor's name and mailing address<br>**Maldonado, Ana R.**<br>**11307 NE 128th St**<br>**G-104**<br>**Kirkland, WA 98034** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**        **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

| | | | |
|---|---|---|---|
| 2.640 | Priority creditor's name and mailing address<br>**Malke, Liala**<br>**7453 W. Ainslie**<br>**Harwood Heights, IL 60706** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**        **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

| | | | |
|---|---|---|---|
| 2.641 | Priority creditor's name and mailing address<br>**Maltese, Alexis**<br>**6638 Villa Sonrisa dr**<br>**Unit 621**<br>**Boca Raton, FL 33433** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**        **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

| | | | |
|---|---|---|---|
| 2.642 | Priority creditor's name and mailing address<br>**Mammenga, Jamie**<br>**5822 29th Street Ct E**<br>**Tacoma, WA 98424** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**        **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.643** Priority creditor's name and mailing address

**Mancilla, Natalie**
**2739 SW 332nd CT**
**Federal Way, WA 98023**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown       Unknown**

---

**2.644** Priority creditor's name and mailing address

**Mandolene, Michelle**
**3221 Queensgate Way**
**Mount Pleasant, SC 29466**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown       Unknown**

---

**2.645** Priority creditor's name and mailing address

**Maness, Cari B.**
**11201 Sedgefield Dr.**
**Raleigh, NC 27613**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown       Unknown**

---

**2.646** Priority creditor's name and mailing address

**Mangonon, Lori B.**
**13408 SE 168th Street**
**Renton, WA 98058**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown       Unknown**

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.647**

Priority creditor's name and mailing address

**Maningas, Katrina**
**202 Bobolink Way**
**Hercules, CA 94547**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown     Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.648**

Priority creditor's name and mailing address

**Manko, Linda G.**
**4160 North A1A**
**#602 A**
**Fort Pierce, FL 34949**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown     Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.649**

Priority creditor's name and mailing address

**Mann, Darci R.**
**205 NE Blairwood Terrace**
**Jensen Beach, FL 34957**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown     Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.650**

Priority creditor's name and mailing address

**Manns, Jessica**
**1126 Rock Haven Drive**
**Charlotte, NC 28216**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown     Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Markovich, Rebecca A.**
**1164 W. Madison St.**
**326**
**Chicago, IL 60607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.652 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Marks, Adam C.**
**105 Pond End Road**
**Waltham, MA 02451**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.653 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Markus, Caryl A.**
**4920 N. Marine Dr.**
**Apt 105**
**Chicago, IL 60640**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.654 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Marnofsky, Alexis N.**
**139 Waverly Ct**
**Martinez, CA 94553**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Unknown | Unknown |
|---|---|---|---|---|---|

**2.655**

Priority creditor's name and mailing address

**Marshall, Bria P.**
**12617 Windyedge Rd**
**Huntersville, NC 28078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown       Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.656**

Priority creditor's name and mailing address

**Martin, Alexander**
**1456 Route 44**
**Pleasant Valley, NY 12569**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown       Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.657**

Priority creditor's name and mailing address

**Martin, Janice**
**38-11 Mead Street**
**New Canaan, CT 06840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown       Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.658**

Priority creditor's name and mailing address

**Martin, Kathleen A.**
**20808 N 27th Ave**
**#2092**
**Phoenix, AZ 85027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown       Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**2.659** | Priority creditor's name and mailing address
**Martin, Tamrin**
**1901 NE 1st Terrace**
**Pompano Beach, FL 33060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.660** | Priority creditor's name and mailing address
**Martinelli, Catherine**
**40 Rosemere Street**
**Rye, NY 10580**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.661** | Priority creditor's name and mailing address
**Martinez, Carmen M.**
**4101 N. Major Ave.**
**Chicago, IL 60634**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.662** | Priority creditor's name and mailing address
**Martinez, Lynette A.**
**2437 NW 49th Terrace**
**Coconut Grove, FL 33063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Martinez, Sergio**<br>**39 Fieldstone Drive**<br>**G1**<br>**Hartsdale, NY 10530** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.664 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Martinez, Yesenia**<br>**17303 120th Ln SE**<br>**Apt L 105**<br>**Renton, WA 98058** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.665 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Maryland Division of Revenue** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxing authority** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.666 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Maschietto-Hayes, Katia**<br>**33 SE 8th Street**<br>**Apt 410**<br>**Boca Raton, FL 33432** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Mata, Theresa R.**
**1455 Arlington Rd.**
**Livermore, CA 94551**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Matsui, Jenny J.**
**3500 Skylark Drive**
**Concord, CA 94520**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Matthies, Sarah A.**
**12629 102nd Ave NE**
**Kirkland, WA 98034**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Mattiacci, Mary O.**
**7 Moon Valley Ln**
**Durham, NC 27705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.671**

Priority creditor's name and mailing address
**Mayers, Shelby H.**
**7329 Fir Dr.**
**Saraland, AL 36571**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown          Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.672**

Priority creditor's name and mailing address
**Mazzuca, Kira J**
**3405 36th Ave SW**
**Seattle, WA 98126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown          Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.673**

Priority creditor's name and mailing address
**McAleese, Nicole**
**300 Lind Point Lane**
**Monroe, NC 28110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown          Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.674**

Priority creditor's name and mailing address
**McAndie, Amy N.**
**1915 NE 80th St**
**Seattle, WA 98115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown          Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **McAndie, Megan A.**<br>**14113 126th PL  NE**<br>**Kirkland, WA 98034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.676 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **McCall, Angela D.**<br>**5516 N. 21st Street**<br>**Tacoma, WA 98406** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.677 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **McCarthy, Christina M.**<br>**3300 Wickersham Court**<br>**Mount Pleasant, SC 29466** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.678 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **McCoy, Jenifer L.**<br>**5107 Elgin Street**<br>**Spokane, WA 99205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**McCracken, Asha M.**
**2075 Foxworth Dr**
**Monroe, NC 28110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.680 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**McCullough, Denise A.**
**43 Calton Rd Apt 2B**
**New Rochelle, NY 10804**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.681 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**McDonald, Elaine R.**
**5202 Nino Ct.**
**Mobile, AL 36618**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.682 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**McElroy, Myoka**
**220 Sheffield Way**
**American Canyon, CA 94503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
| --- | --- | --- | --- |
| | Name | | |

| 2.683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
| --- | --- | --- | --- | --- |

**2.683**

Priority creditor's name and mailing address

**McGill, Temica**
**2408 Southern Drive**
**Durham, NC 27703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.684**

Priority creditor's name and mailing address

**McGovern, Lynne E.**
**827 S. Arlington Height Road**
**Arlington Heights, IL 60005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.685**

Priority creditor's name and mailing address

**McMahon, Patrick J.**
**138 Midland Way**
**Danville, CA 94526**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.686**

Priority creditor's name and mailing address

**McMillan, Angel N.**
**100 Northbend Dr**
**Apt B**
**Charlotte, NC 28262**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown     Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **IntegraMed America, Inc.**                                          Case number (if known)    **20-11170 (LSS)**
_____
Name

| 2.687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**McPherson, Latoya**
**3361 NW 47th Ter Apt 424**
**Fort Lauderdale, FL 33319**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.688 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Mecchelia, Judi**
**1594 Calle De Stuard**
**San Jose, CA 95118**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.689 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Melero, Pedro**
**5676 Ravenwood Ave**
**Newark, CA 94560**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.690 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Melligan, Jennifer**
**397 Kerry Court**
**Carol Stream, IL 60188**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Mendoza, Elizabeth**<br>**179 Knollwood Ct.**<br>**Wood Dale, IL 60191** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.692 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Mendoza-Ayala, Cristal**<br>**2701 S. 222nd St.**<br>**Apt H202**<br>**Des Moines, WA 98198** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.693 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Mercer, Kayla R.**<br>**110 Shoreline Cir**<br>**Apt 423**<br>**San Ramon, CA 94582** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.694 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Merchan, Joseline**<br>**2421 Saddlehorn Lane**<br>**Modesto, CA 95355** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Meredith, Eda**
**123 Fair Street**
**White Plains, NY 10607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.696 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Merline, Ann M.**
**400 Clarice Avenue, Apt 340**
**Charlotte, NC 28204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.697 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Messerschmitt, Natalie**
**6632 Oneida Drive**
**Mount Dora, FL 32757**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.698 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Meyers, Stephanie M.**
**32762 NE 52nd Street**
**Carnation, WA 98014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | IntegraMed America, Inc. | Case number (if known) | 20-11170 (LSS) |
|--------|--------------------------|------------------------|----------------|
|        | Name                     |                        |                |

| 2.699 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Meyers, Susan K.**
**2425 Charlotte Dr**
**Charlotte, NC 28203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.700 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Mikhail, Rebecca L.**
**485 Rodenburg Road**
**Roselle, IL 60172**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.701 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Miksis, Shelley D.**
**4833 NE 41st Street**
**Seattle, WA 98105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.702 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Mildon, Shanda**
**19025 Hayes St**
**Castro Valley, CA 94546**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.703** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **Unknown**

**Miller, Ann**
**9428 Lorel Ave.**
**Skokie, IL 60077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.704** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **Unknown**

**Miller, Charlene**
**3351 Forest Glen Drive**
**Charleston, SC 29414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.705** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **Unknown**

**Miller, Deborah**
**1687 Champagne Ave.**
**Gulf Breeze, FL 32563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.706** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** **Unknown**

**Miller, Paula L.**
**1824 Kodiak Circle**
**Reno, NV 89511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.707 | Priority creditor's name and mailing address<br>**Miller, Thomas**<br>**4 Robbins Road**<br>**Pleasantville, NY 10570** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.708 | Priority creditor's name and mailing address<br>**Miller, Whitney A.**<br>**5684 Bulman Rd. SE**<br>**Port Orchard, WA 98366** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.709 | Priority creditor's name and mailing address<br>**Mills, Taylor**<br>**17530 158th PL**<br>**Monroe, WA 98272** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.710 | Priority creditor's name and mailing address<br>**Mirador-Barrozo, Ami Joy**<br>**1126 Moon CT**<br>**Milpitas, CA 95035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Miranda, Sher**<br>**2864 Lane Dr**<br>**Concord, CA 94518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.712 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Missildine, Jan M.**<br>**549 Crossland Drive**<br>**Moncks Corner, SC 29461** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.713 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Mollison, Kelly R.**<br>**3424 Billings St.**<br>**Mount Pleasant, SC 29466** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.714 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Montgomery, Brianna M.**<br>**2160 SE 8th Dr.**<br>**Renton, WA 98055** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Mooney, Sara B.**
**296 Galena PL NE**
**North Bend, WA 98045-4000**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.716 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Moonka, Sara B.**
**2241 82nd Ave SE**
**Mercer Island, WA 98040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.717 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Moore, Michelle A.**
**20120 S. Pine Hill R**
**Frankfort, IL 60423**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.718 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Morales, Eric J.**
**300 Main St**
**1K**
**White Plains, NY 10601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Morales, Valeria**
**1322 S. Cora St.**
**Des Plaines, IL 60018**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**More, Christopher J.**
**410 Raupp Blvd.**
**Buffalo Grove, IL 60089**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Moreno, Blanca**
**5459 W. Wellington**
**Chicago, IL 60641**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Morrell, Camilla**
**8811 Autumn Winds Dr.**
**Apt. 106**
**Raleigh, NC 27615**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Morton, Clarissa**
**1768 Cumberland Green**
**Unit 214**
**Saint Charles, IL 60174**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.724 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Moscuzza, Diana**
**677 Brighton Way**
**Livermore, CA 94551**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.725 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Mou, Xuemei**
**2293 Stratford Drive**
**San Jose, CA 95124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.726 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Moynihan, Debra A.**
**242 Willow Bay Drive**
**Murrells Inlet, SC 29576**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.727** Priority creditor's name and mailing address

**Mueller, Ann M.**
**8580 W. Foster Ave.**
**No. 410**
**Elmwood Park, IL 60707**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.728** Priority creditor's name and mailing address

**Murbach, Mark J.**
**609 Plum Grove Road**
**Apt 1A**
**Roselle, IL 60172**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.729** Priority creditor's name and mailing address

**Muscarella, Carol**
**2012 Club Rd.**
**Charlotte, NC 28205**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.730** Priority creditor's name and mailing address

**Myers, Megan E.**
**166 Coventry Lake Dr.**
**Lexington, SC 29072**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | IntegraMed America, Inc. | Case number (if known) | 20-11170 (LSS) |
|---|---|---|---|

| | Name | | |

| 2.731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Nagori, Shailee**<br>**2425 Promontory Circle**<br>**San Ramon, CA 94583** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.732 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Nair, Sanjay**<br>**9046 Barberry Lane**<br>**Des Plaines, IL 60016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.733 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Naismith, Kyle**<br>**7624 SE 37th Place**<br>**Mercer Island, WA 98040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.734 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Nash, Lauren S.**<br>**839 W Diversey Pkwy**<br>**Apt 503**<br>**Chicago, IL 60614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Natividad, Jasmine**<br>**1119 San Ramon Valley Blvd.**<br>**Danville, CA 94526** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.736 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Nausid, Lisa M.**<br>**4506 N. Bristol**<br>**Tacoma, WA 98407** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.737 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Navarro, Madeline**<br>**1304 Tinley Terrace**<br>**Apt 304**<br>**Sanford, FL 32773** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.738 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Navarro, Michelle**<br>**2607 Henry Ave.**<br>**Pinole, CA 94564** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Neal, Tanica**
**2581 N.W. 15th St**
**Fort Lauderdale, FL 33311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.740 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Nelson, Annika L.**
**1711 S. Ainsworth**
**Tacoma, WA 98405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.741 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Nelson, Victoria**
**713 Shepard Court**
**Gurnee, IL 60031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.742 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Nelson-Sorby, Tanya N.**
**3707 Clearview Ave.**
**Gurnee, IL 60031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Neumann, Jennifer C.**
**4053 53rd Ave. SW**
**Seattle, WA 98116**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.744 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**New Jersey Division of Taxation**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxing authority**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.745 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Newell, Teresa M.**
**448 E Ontario**
**#301**
**Chicago, IL 60611**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.746 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Newhart, Alyshia**
**7631 Verve Drive**
**Unit 101**
**Raleigh, NC 27617**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 2.747 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown** |
| | **Newmyer, Frank K.** | *Check all that apply.* | |
| | **4535 N. Magnolia Ave** | ☐ Contingent | |
| | **1S** | ☐ Unliquidated | |
| | **Chicago, IL 60640** | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.748 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown** |
| | **Nguyen, Aniela** | *Check all that apply.* | |
| | **5829 Falls Ridge Ln** | ☐ Contingent | |
| | **Charlotte, NC 28269** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.749 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown** |
| | **Nieves, Ana M.** | *Check all that apply.* | |
| | **1608 Clapton Dr.** | ☐ Contingent | |
| | **Deland, FL 32720** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.750 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown** |
| | **Nikkel, Deirdre** | *Check all that apply.* | |
| | **12716 E. 39th Ln.** | ☐ Contingent | |
| | **Spokane, WA 99206** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Nitschmann, Monica J.**
**200 N Jefferson St**
**Apt 1401**
**Chicago, IL 60611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.752 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Noble, Jessica A.**
**2 Old Sawmill Drive**
**Bluffton, SC 29910**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.753 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**North Carolina Department of**
**Revenue**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxing authority**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.754 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Nylund, Brittany L.**
**4621 SE 58th Ave**
**Portland, OR 97206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**O'Brien, Leigh Ann**
**903 Main Street**
**No. 2**
**Evanston, IL 60202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.756 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**O'Brien, Sue**
**4212 Oldfield Rd**
**Charlotte, NC 28226**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.757 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**O'Doughty, Janet M.**
**10605 SE 240th St.**
**#745**
**Kent, WA 98031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.758 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**O'Neil, Sara K.**
**2807 47th St. NE**
**Tacoma, WA 98422**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|

Name

---

**2.759** | Priority creditor's name and mailing address
**Ocampo, Sara**
**13118 Lost Lake Rd. Trlr 14**
**Snohomish, WA 98296**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.760** | Priority creditor's name and mailing address
**Ojeda, Olga L.**
**7905 NW 19st**
**Margate, FL 33063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.761** | Priority creditor's name and mailing address
**Oliveira, Analia C.**
**12120 Alt. A-1-A**
**Apt H-7**
**Palm Beach Gardens, FL 33410**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.762** | Priority creditor's name and mailing address
**Olsson, Jorgen**
**843 Ivy Trail Way**
**Fort Mill, SC 29715**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Ople, Tiffany**<br>**9325 Kenneth Ave.**<br>**Skokie, IL 60076** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Oregon Department of Revenue** | Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxing authority** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Orozco, Cynthia**<br>**1821 S. Bascom Ave.  #362**<br>**Campbell, CA 95008** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Orozco, Nicole**<br>**5938 Hyde Park Blvd**<br>**Niagara Falls, NY 14305** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.767 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Pace, Martyna K.** | Check all that apply. | | |
| | **13330 Baker Mills Rd** | ☐ Contingent | | |
| | **Pineville, NC 28134** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.768 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Padilla, Rebecca A.** | Check all that apply. | | |
| | **8507 Filbert Lane** | ☐ Contingent | | |
| | **Charlotte, NC 28215** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.769 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Palazzo, Stacy** | Check all that apply. | | |
| | **4309 N. Osceola Ave.** | ☐ Contingent | | |
| | **Harwood Heights, IL 60706** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.770 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Palermo, Cheryl A.** | Check all that apply. | | |
| | **1815 Palmer Avenue, pt 3L** | ☐ Contingent | | |
| | **Larchmont, NY 10538** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Palladino, Donna A.**<br>**8720 Shadow Wood Blvd**<br>**Apt. 504**<br>**Coral Springs, FL 33071** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.772 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Palmtak, Erica**<br>**1463 NE Chardon Street**<br>**Jensen Beach, FL 34957** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.773 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Pantos, Marianna**<br>**620 Sheridan Sq**<br>**Unit G**<br>**Evanston, IL 60202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.774 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Parus, Allison**<br>**899 S Plymouth Ct**<br>**Apt 1101**<br>**Chicago, IL 60605** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Passley, Jhanelle**<br>**3900 W Broward Blvd**<br>**APT 204**<br>**Fort Lauderdale, FL 33312** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.776 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Patafio, Nicole**<br>**19 Colonial Road**<br>**Unit 6**<br>**Stamford, CT 06906** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.777 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Patrick, Jennifer**<br>**10421 Watoga Way**<br>**Cornelius, NC 28031** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.778 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Patterson, Jennifer J**<br>**1114-A Willow Street**<br>**Alameda, CA 94501** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Patton, Lena H.**<br>**201 N. McDowell St**<br>**#30654**<br>**Charlotte, NC 28230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.780 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Paz Ubera, Mariana**<br>**1512 Leslie Ave**<br>**Round Lake, IL 60073** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.781 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Pearson, Jewel, B.**<br>**171 Country Ln.**<br>**Mobile, AL 36608** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.782 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Pease, Caitlin**<br>**6179 Snell Avenue**<br>**San Jose, CA 95123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.783 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Pena, Briana**<br>**1416 W Huron St**<br>**2R**<br>**Chicago, IL 60642** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.784 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Peregrino619, Noelle Lynn**<br>**2233 NW 58th St**<br>**Unit**<br>**Seattle, WA 98107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.785 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Perez, Crystal L.**<br>**29324 Dixon St.  #4**<br>**CA 94554** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.786 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Persaud, Vieanna**<br>**81 Saint James Terrace**<br>**NY 10744** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.787** Priority creditor's name and mailing address

**Peter, Audrey G.**
**11424 NE 67th Street**
**Apt 8**
**Kirkland, WA 98033**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.788** Priority creditor's name and mailing address

**Petrusich, Judith**
**1510 Dempster**
**Apt 306**
**Mount Prospect, IL 60056**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.789** Priority creditor's name and mailing address

**Phelps, Myung J.**
**600 W. Washington**
**Unit 2Q**
**Lake Bluff, IL 60044**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.790** Priority creditor's name and mailing address

**Phommatheth, Misty**
**1000 N La Salle Dr**
**Apt 511**
**Chicago, IL 60610**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Piccione, Melissa J.**
**Apt 201**
**Sunrise, FL 33351**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.792 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Piedrahita Gil, Cindy M.**
**2607 Flamango Lake Drive**
**West Palm Beach, FL 33406**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.793 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Pieprznik, Marianne J.**
**7817 W. Summerdale Ave.**
**Chicago, IL 60656**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.794 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Pimentel, Victoria**
**2062 Norwich Ct.**
**Glenview, IL 60026**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Pisto, Rachel A.**
**2030 NW Mullridge PL**
**Unit S201**
**Issaquah, WA 98027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.796 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Plante, Kristen D.**
**10229 NW 48th Ct.**
**Coral Springs, FL 33076**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.797 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Platt, Samantha**
**10519 NW 36th St**
**Coral Springs, FL 33065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.798 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Pletikosic, Breeann L.**
**1390 Arlington Road**
**Livermore, CA 94551**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.799 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |
| | **Plotnick, Samantha** | Check all that apply. | | |
| | **360 West Illinois Street Unit** | ☐ Contingent | | |
| | **Chicago, IL 60654** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.800 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |
| | **Poe, Stephanie A.** | Check all that apply. | | |
| | **45515 SE 140th Street** | ☐ Contingent | | |
| | **North Bend, WA 98045** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.801 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |
| | **Poerio, Heather S.** | Check all that apply. | | |
| | **22530 Sw 56th Ave** | ☐ Contingent | | |
| | **Boca Raton, FL 33433** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.802 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |
| | **Pollack, Haley B.** | Check all that apply. | | |
| | **112 Longwood Dr.** | ☐ Contingent | | |
| | **Savannah, GA 31405** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.803 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Pons, Katherine**
**1109 Cheetah Trail**
**Winter Springs, FL 32708**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.804 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Popp, Brittany A.**
**2511 N. Milwaukee Ave. #2S**
**Chicago, IL 60647**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.805 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Prada, Marlene**
**8425 SW 120 St**
**Miami, FL 33156**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.806 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Precup, Georgeta E.**
**65 Michael Rd**
**Stamford, CT 06903**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.807 | Priority creditor's name and mailing address<br>**Premerlani, Karina R.**<br>**1558 SE Minorca Ave**<br>**Port Saint Lucie, FL 34952** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.808 | Priority creditor's name and mailing address<br>**Pretto, Yolimar**<br>**609 Woodland Creek Blvd.**<br>**Kissimmee, FL 34744** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.809 | Priority creditor's name and mailing address<br>**Pugh, James B.**<br>**32 General Canby Dr.**<br>**Spanish Fort, AL 36527** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.810 | Priority creditor's name and mailing address<br>**Pugh, Samantha H.**<br>**23-20 Bell Blvd**<br>**Apt. 3A**<br>**Bayside, NY 11360** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Quigley, Mary J.**
**419 N. Humphrey Ave.**
**Oak Park, IL 60302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.812 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Quinn, Alexa**
**1222 Goldenrod Ln**
**Hoffman Estates, IL 60192**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.813 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Quinones, Joy**
**634 Bittern Ct.**
**Kissimmee, FL 34759**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.814 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Rabara, Fleurdeliza**
**2577 Nordell Ave**
**Castro Valley, CA 94546**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.815 | Priority creditor's name and mailing address<br>**Rainveill, Megan C.**<br>**16232 Birchwood Way**<br>**Orlando, FL 32828** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.816 | Priority creditor's name and mailing address<br>**Ramirez Sigala, Elisa**<br>**5 Linden Rd**<br>**Watsonville, CA 95076** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.817 | Priority creditor's name and mailing address<br>**Ramirez, Maritza**<br>**2932 W. 25th Street**<br>**Chicago, IL 60623** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.818 | Priority creditor's name and mailing address<br>**Ramirez, Suzanna**<br>**10136 Regent Square Dr.**<br>**Orlando, FL 32825** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.819 | Priority creditor's name and mailing address<br>**Ramos, Angie**<br>**3420 NW 1st St**<br>**Apt 635**<br>**Pompano Beach, FL 33069** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**       **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.820 | Priority creditor's name and mailing address<br>**Ramos, Emma**<br>**1372 Ct Marguerite**<br>**Hanover Park, IL 60133** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**       **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.821 | Priority creditor's name and mailing address<br>**Ramos, Francisca M.**<br>**3900 Wesley Way**<br>**El Sobrante, CA 94803** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**       **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.822 | Priority creditor's name and mailing address<br>**Rapp, Ashlie**<br>**4055 North Wolcott Ave**<br>**Unit 1N**<br>**Chicago, IL 60613** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**       **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Razzani, Roxanne**
**1881 Carollee Lane**
**Winter Park, FL 32789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.824 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Redd, Leigh**
**7531 Coastal Way**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.825 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Reed, Ruth A.**
**3122 206th PL SW**
**Lynnwood, WA 98036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.826 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Reed, Yolanda C.**
**8644 Niles Center Rd.**
**Apt. 2**
**Skokie, IL 60077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.827 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Reid, Carlette L.**
**9529 Brackenview Court**
**Charlotte, NC 28214**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.828 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Reijm, Hannah A.**
**16124 81st Ave E**
**Puyallup, WA 98375**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.829 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Renda, Christian**
**450 Orange Ave.**
**Saint Cloud, FL 34769**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.830 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Rettinger, Sabrina**
**6565 Brooklyn Heights Street**
**Las Vegas, NV 89166**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.831 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

2.831  Priority creditor's name and mailing address
**Reveron, Jennifer
508 Roy  Blvd.
Altamonte Springs, FL 32701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown    Unknown**

---

2.832  Priority creditor's name and mailing address
**Reynolds-Johnson, Toi A.
8425 River Birch Drive
Apt. 206
Charlotte, NC 28210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown    Unknown**

---

2.833  Priority creditor's name and mailing address
**Ribeiro, Allison W.
1628 Ellsworth St
Mount Pleasant, SC 29466**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown    Unknown**

---

2.834  Priority creditor's name and mailing address
**Richardson, Lauren
161 West Kinzie St. #1503
Chicago, IL 60654**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown    Unknown**

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.835 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**2.835**

Priority creditor's name and mailing address

**Richey, Suzanne M.**
**5622 Silverstar Ct.**
**Milton, FL 32583**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.836**

Priority creditor's name and mailing address

**Riego, Darlyng V.**
**2706 Arrowwood Ct.**
**Pembroke Pines, FL 33328**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.837**

Priority creditor's name and mailing address

**Riego, Darlyng V.**
**2706 Arrowwood Ct.**
**Davie, FL 33328**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.838**

Priority creditor's name and mailing address

**Rinehardt, Amy K.**
**13932 Connor Rd**
**Gold Hill, NC 28071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.839 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Riordan, Carina L.**
**7309 Sand Point Way NE**
**Apt B721**
**Seattle, WA 98115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.840 | Priority creditor's name and mailing address | | |
|---|---|---|---|

**Rios, Iris M.**
**3039 N. Honore St.**
**Chicago, IL 60657**

As of the petition filing date, the claim is:    **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.841 | Priority creditor's name and mailing address | | |
|---|---|---|---|

**Rios, Marie A.**
**4671 SW 70th Terrace**
**Fort Lauderdale, FL 33314**

As of the petition filing date, the claim is:    **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.842 | Priority creditor's name and mailing address | | |
|---|---|---|---|

**Rios, Mercedes**
**38446 Creek Ct.**
**Waukegan, IL 60087**

As of the petition filing date, the claim is:    **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.843 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.843**

Priority creditor's name and mailing address
**Ripoli, Kelly**
**508 Bristol Dr.**
**Altamonte Springs, FL 32714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.844**

Priority creditor's name and mailing address
**Ritchey, Michael**
**3108 Pacific Avenue**
**Manhattan Beach, CA 90266**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.845**

Priority creditor's name and mailing address
**Rivas, Jessica**
**526 Algonquin**
**Joliet, IL 60432**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.846**

Priority creditor's name and mailing address
**Rivera Reyes, Sheila**
**4325 Hector Court**
**Apt 7**
**Orlando, FL 32822**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Rivera, Charlene**
**5266 NE 6th Ave**
**28F**
**Oakland Park, FL 33334**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Rivera, Elisha**
**609 Deer Run Ct.**
**Casselberry, FL 32707**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Rivera, Lizandra**
**3420 N. Kildare Ave.**
**Chicago, IL 60641**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Rivera, Yolanda G.**
**41777 Grimmer Boulevard**
**Apt. C4**
**San Ramon, CA 94538**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.851 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Rizo, Dnieta**
**109 Seabreeze Circle**
**Kissimmee, FL 34743**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.852 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Rizzato, Susan M.**
**3150 N. Sheridan**
**#3c**
**Chicago, IL 60657**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.853 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Roa, Carla**
**612 Escalona Drive**
**Santa Cruz, CA 95060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.854 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Roa, Carla**
**612 Escalona Drive**
**Santa Cruz, CA 95060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.855**

Priority creditor's name and mailing address

**Roberts, Logan, S.**
**176 Red Knot Ln**
**Mount Pleasant, SC 29464**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.856**

Priority creditor's name and mailing address

**Roberts, Patrice**
**6641 Leyland Park Dr.**
**San Jose, CA 95120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.857**

Priority creditor's name and mailing address

**Roberts, Sharon M.**
**339 Clayton Dr.**
**Charleston, SC 29414**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.858**

Priority creditor's name and mailing address

**Robinson, Dale-Earle A.**
**40 East Sidney Ave**
**Apt 11h**
**Mount Vernon, NY 10550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Robinson, Jacqueline**
**4006 Colleen St.**
**Moss Point, MS 39563**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.860  Priority creditor's name and mailing address
**Robinson, Ryan**
**11657 Wesntwood Ct.**
**Daphne, AL 36526**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.861  Priority creditor's name and mailing address
**Rock, Jennifer L.**
**11118 S. Sacramento Ave**
**Chicago, IL 60655**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.862  Priority creditor's name and mailing address
**Rodreiguez, Glenda L.**
**2913 Western Willow Ter**
**Orlando, FL 32808**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.863 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**Rodriguez, Brian M**
**4111 N. Maplewood**
**Chicago, IL 60618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.864 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**Rodriguez, Brittany N.**
**6040 SW 35th St**
**Rear Apt**
**Miramar, FL 33023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.865 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**Rodriguez, Eudenys**
**830 Hendry Dr.**
**Orlando, FL 32822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.866 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**Rodriguez, Kimberly M.**
**1806 Congressional W**
**Deerfield Beach, FL 33442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.867** | Priority creditor's name and mailing address

**Rodriguez, Nairobi**
**5469 Wiles Road**
**APT 104**
**Coconut Creek, FL 33073**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.868** | Priority creditor's name and mailing address

**Rodriguez-Montolio, Giselle**
**30 Lake Terrace**
**Tarrytown, NY 10591**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.869** | Priority creditor's name and mailing address

**Roe, Sophia**
**2375 Repoll Rd.**
**Mobile, AL 36695**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.870** | Priority creditor's name and mailing address

**Rohaiem, Raga**
**22065 Palms Way, Apt 201**
**Boca Raton, FL 33433**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.871 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Rojas, Evelyn**<br>**4954 N. Bell Ave.**<br>**Chicago, IL 60625** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.872 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Rollins, Kristine**<br>**28061 Thorup Lane**<br>**Hayward, CA 94542** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.873 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Roman, Tracy L.**<br>**205 Anson St.**<br>**Stratford, CT 06614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.874 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Romine, Lori A.**<br>**10411 10th Avenue SW**<br>**Seattle, WA 98146** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.875 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Ropski, Jennifer**<br>**205 W Pine Ave**<br>**Roselle, IL 60172** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.876 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Rorke, Danielle L.**<br>**23430 97th PL W**<br>**Edmonds, WA 98020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.877 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Rosales, Janet**<br>**619 Bayview Point**<br>**Schaumburg, IL 60194** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.878 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Rosecrans, Susan S.**<br>**1111 Greenwood Ave.**<br>**Deerfield, IL 60015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Rosensteel, Christina M.**<br>**640 Dorothy Dr**<br>**Charlotte, NC 28203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.880 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Ross, Breanne M.**<br>**6226 33rd Ave NE**<br>**Seattle, WA 98115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.881 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Rossi, Rosa**<br>**4401 N. Ottawa**<br>**Harwood Heights, IL 60706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.882 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Rotter, Krista**<br>**2213 Hastings Drive**<br>**#67**<br>**Belmont, CA 94002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.883 | Priority creditor's name and mailing address<br>**Rowe, Katherine M.**<br>**2427 NW 59th Street - 202**<br>**Seattle, WA 98108** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.884 | Priority creditor's name and mailing address<br>**Rowland, Shannon**<br>**1458 Nantahala Blvd.**<br>**Mount Pleasant, SC 29464** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.885 | Priority creditor's name and mailing address<br>**Rozler, Yana M.**<br>**720 Ballantrae Dr**<br>**Unit B**<br>**Northbrook, IL 60062** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.886 | Priority creditor's name and mailing address<br>**Rueckheim, Laura A.**<br>**808 Park Ave**<br>**Collingswood, NJ 08108** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.887 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**2.887**

Priority creditor's name and mailing address
**Rugusa, Pamela C.**
**225 Ballentine St.**
**Fuquay Varina, NC 27526**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.888**

Priority creditor's name and mailing address
**Ruhl, Samantha A.**
**PO Box 33011**
**Seattle, WA 98133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.889**

Priority creditor's name and mailing address
**Ruhl, Suzanne E.**
**PO Box 33011**
**Seattle, WA 98133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.890**

Priority creditor's name and mailing address
**Ruiz, Elizabeth**
**3724 Hardwood Ct**
**Melbourne, FL 32935**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.891**

Priority creditor's name and mailing address
**Rupczynski, Ashley**
**329 Bristol Lane**
**Fox River Grove, IL 60021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown    Unknown**

---

**2.892**

Priority creditor's name and mailing address
**Rustick, Tracey**
**2398 Walters Way**
**Apt. 22**
**Concord, CA 94520**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown    Unknown**

---

**2.893**

Priority creditor's name and mailing address
**Sachdev, Mala V.**
**7482 Stoneleaf Road**
**San Ramon, CA 94582-2000**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown    Unknown**

---

**2.894**

Priority creditor's name and mailing address
**Sadler, Frances**
**216 Pecan Ave.**
**Fairhope, AL 36532**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown    Unknown**

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sadorf, Dawn**
**408 Eagle Point Dr.**
**Chapin, SC 29036**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.896 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Saffioti, Stephanie L.**
**5800 SW 87th Way**
**Cooper City, FL 33328**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.897 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Salazar, Brian**
**2617 Arf Avenue**
**Hayward, CA 94545**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.898 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sanchez, Cynthia**
**2021 Sierra Road**
**Unit C**
**Concord, CA 94518**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.899** | Priority creditor's name and mailing address

**Sanchez, Melinda**
**4229 S. Fairfield**
**Chicago, IL 60632**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown** | **Unknown**

---

**2.900** | Priority creditor's name and mailing address

**Santiago, Jennifer L.**
**2677 Camden Street**
**Geneva, IL 60134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown** | **Unknown**

---

**2.901** | Priority creditor's name and mailing address

**Sanz, Juan S.**
**2117 Stafford Ct**
**Plainfield, IL 60586**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown** | **Unknown**

---

**2.902** | Priority creditor's name and mailing address

**Saucier, Tiffany L.**
**712 Champagne Dr.**
**Biloxi, MS 39532**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown** | **Unknown**

---

| | |
|---|---|
| Debtor | **IntegraMed America, Inc.** |
| | Name |
| | Case number (if known) | **20-11170 (LSS)** |

---

**2.903** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Sauls, Mary L.**
**2800 Elliott Ave**
**Apt 226**
**Seattle, WA 98121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.904** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Sawyer, Christine**
**121829 102nd NE**
**Kirkland, WA 98034**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.905** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Sawyer, Tina M.**
**10610 Westgate Club Drive**
**#403**
**Raleigh, NC 27617**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.906** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Schall Maria Ruby**
**16 N. Oxalis Ave.**
**Orlando, FL 32807**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.907 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Schall, Maria Ruby**
**16 N. Oxalis Avenue**
**Orlando, FL 32807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.908 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Scharnhorst, Jodene C.**
**19206 SE 43rd Place**
**Issaquah, WA 98027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.909 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Schmitz, Michael J.**
**91 Bullet Hole Road**
**Mahopac, NY 10541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.910 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Schneider, Kimberly D.**
**11461 Kenley Cir**
**Orlando, FL 32824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.911 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Schoenthaler, Macy**
**60 Kenwood court**
**Oakley, CA 94561**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.912 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Schulz, Courtney, L**
**7 SE Highway 450**
**Umatilla, FL 32784**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.913 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sciandra, Susan**
**5338 NW 58th Terrace**
**Coral Springs, FL 33067**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.914 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Segroves, Jamie**
**137 RIdge Top Rd.**
**Lexington, SC 29072**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.915 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Seipel, Noelle**
**#2**
**Chicago, IL 60618**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.916 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Senstra, Bradley J.**
**1333 N. 79th St.**
**Seattle, WA 98103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.917 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Sepcoski, John**
**859 West Ave.**
**Wilkes Barre, PA 18702**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.918 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Serrano, Nizza**
**58 Belshaw Street**
**Antioch, CA 94509**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.919 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Shadzi, Lindsay M.**
**2738 Silveraddo Lane**
**Livermore, CA 94550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.920** Priority creditor's name and mailing address

**Shah, Lesha**
**1890 Lucille Lane**
**Hanover Park, IL 60133**

As of the petition filing date, the claim is: **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.921** Priority creditor's name and mailing address

**Shah, Mila H.**
**1603 Della Drive**
**Hoffman Estates, IL 60169**

As of the petition filing date, the claim is: **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.922** Priority creditor's name and mailing address

**Shah, Tejal**
**8140 Paddington Rd**
**Woodridge, IL 60517**

As of the petition filing date, the claim is: **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.923 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Shamoun, Carmen**<br>**2878 Curtis St.**<br>**Des Plaines, IL 60018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.924 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Sharp, Joy C.**<br>**205 Concord Lane**<br>**Carol Stream, IL 60188** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.925 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Shechter, Judah**<br>**4 Linda Road**<br>**East Brunswick, NJ 08816** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.926 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Shekhler, Helen**<br>**7108 Niles**<br>**Niles, IL 60714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.927 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shelton, Ashlie N.**
**1417 8th Stree NE**
**Apt R-1**
**Auburn, WA 98002**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.928 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shifflett, Tammie**
**1461 NE 57 Place**
**Fort Lauderdale, FL 33334**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.929 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shijo, Sara**
**5508 33rd Ave NE**
**Seattle, WA 98105**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.930 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Shuster, Margarita**
**3056 Glenway Dr.**
**Northbrook, IL 60062**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|

Name

---

**2.931** | Priority creditor's name and mailing address

**Sieber, Leslie E.**
**1310 Briarfield Ave**
**Charleston, SC 29412**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.932** | Priority creditor's name and mailing address

**Silva, Marcos M.**
**5637 Lincoln St.**
**Hollywood, FL 33021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.933** | Priority creditor's name and mailing address

**Simmons, Jessica A.**
**9242 Edgevale Dr**
**Charlotte, NC 28216**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.934** | Priority creditor's name and mailing address

**Simpson, Amy E.**
**175 Davidson Court**
**Brentwood, CA 94513**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.935 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.935**

Priority creditor's name and mailing address

**Sinishtaj, Angelina**
**5240 NE 14th Way**
**Unit #5**
**Fort Lauderdale, FL 33334**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown          Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.936**

Priority creditor's name and mailing address

**Sinkler, Maria E.**
**1281 Blue Sky Lane**
**Charleston, SC 29492**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown          Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.937**

Priority creditor's name and mailing address

**Sinkova, Natalya**
**7239 Sand Point Way NE**
**Apt 409**
**Seattle, WA 98115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown          Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.938**

Priority creditor's name and mailing address

**Skinner, Alexa N.**
**10900 Warren Rd. NW**
**Silverdale, WA 98383**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown          Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.939 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Slack, Nicole R.**
**17060 113th Ter N**
**Jupiter, FL 33478**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.940 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Smith, Amy**
**8634 184th St. SW**
**Edmonds, WA 98026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.941 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Smith, Lindsay**
**840 Plaza Drive**
**San Jose, CA 95125**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.942 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Smith, Marcia A.**
**4926 NW 52nd Ct**
**Tamarac, FL 33319**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.943** | Priority creditor's name and mailing address

**Smith, Monica**
**21837 Jeffery Ave**
**3 B**
**Chicago Heights, IL 60411**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown     Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.944** | Priority creditor's name and mailing address

**Smith, Samantha**
**1623 Fortmann Way**
**Alameda, CA 94501**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown     Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.945** | Priority creditor's name and mailing address

**Smith, Sandra**
**5000 Bayside Look**
**Apt 215**
**Oviedo, FL 32765**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown     Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.946** | Priority creditor's name and mailing address

**Smith, Sarah**
**5708 NW 47th Ln**
**Tamarac, FL 33319**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown     Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.947 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Smith, Scott K.**<br>**11879 Sweetbriar Ln**<br>**San Diego, CA 92131** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.948 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Smith-Miller, Beverley A.**<br>**1749 NW 80th Avenue**<br>**#36-I**<br>**Margate, FL 33063** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.949 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Sneed, Norma**<br>**116 Waterleaf Place**<br>**Clayton, NC 27527** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.950 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Snyder, Alyson T.**<br>**112 Mill Wheel Drive**<br>**Lexington, SC 29072** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.951 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Snyder, Wendy A.**
**101 Sunset Oaks Drive**
**Holly Springs, NC 27540**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.952 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sokolova, Anna**
**12647 River Creek Dr.**
**Fairhope, AL 36532**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.953 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sokolowski, Sabrina**
**7191 Oak Briar Dr N**
**Mobile, AL 36619**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.954 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Solano, Rodrigo A.**
**373 Atherton Ave**
**Pittsburg, CA 94565**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.955 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Soucy, Melinda**
**9245 Shallcross Way**
**Raleigh, NC 27617**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.956 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**South Carolina Department of**
**Revenue**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxing authority**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.957 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Spadaccino, Thomas**
**43 Red Fox Ln**
**Brewster, NY 10509**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.958 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Spatz, Jill M.**
**804 Kimballwood Ln**
**Highland Park, IL 60035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.959 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.959**

Priority creditor's name and mailing address
**Spencer, Chelsea**
**211 Jewel Terrace**
**San Ramon, CA 94583**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.960**

Priority creditor's name and mailing address
**Sphar, Danielle**
**4017 Kingsgate Place**
**Apt E**
**Charlotte, NC 28211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.961**

Priority creditor's name and mailing address
**Spolarich, Emily**
**10640 S. Seeley Ave.**
**Chicago, IL 60643**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.962**

Priority creditor's name and mailing address
**Stanton, Amanda N.**
**355 Raleigh Pl**
**Oviedo, FL 32765**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.963 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.963**

Priority creditor's name and mailing address
**Stephens, Camerron L.**
**2907 N. Hamilton Street**
**Spokane, WA 99207**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.964**

Priority creditor's name and mailing address
**Stephens, Tochara**
**5540 Monte Carlo Ln**
**Margate, FL 33068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.965**

Priority creditor's name and mailing address
**Stern, Jordan**
**2838 Crestscene Trail**
**Raleigh, NC 27603**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.966**

Priority creditor's name and mailing address
**Still, Sarah E.**
**12305 109th Ave Ct E**
**Puyallup, WA 98374**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown    Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Stimson, Tanna M.** | Check all that apply. | | |
| | **7077 Kentfield Drive** | ☐ Contingent | | |
| | **Shingle Springs, CA 95682** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Wages** |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

| 2.968 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Stocks, Scarlet** | Check all that apply. | | |
| | **82 Plantation Pointe** | ☐ Contingent | | |
| | **No. 249** | ☐ Unliquidated | | |
| | **Fairhope, AL 36532** | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Wages** |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

| 2.969 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Stouffer, Carol** | Check all that apply. | | |
| | **9 Courtney Lane** | ☐ Contingent | | |
| | **Danville, CA 94506** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Wages** |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

| 2.970 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Streely, Linda** | Check all that apply. | | |
| | **3918 Meridian Point Ct.** | ☐ Contingent | | |
| | **Las Vegas, NV 89147** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Wages** |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.971 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Strong, Heidi M.**<br>**9936 Orchard Ave SE**<br>**Olalla, WA 98359** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.972 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Suansing, Heidi**<br>**1618 Rio Cove Court**<br>**Orlando, FL 32825** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.973 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Suarez, Lauren A.**<br>**8336 Dundee Terrace**<br>**Miami Lakes, FL 33016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.974 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Subramani, Christina**<br>**3723 Coral Tree Circle**<br>**Coconut Beach, FL 33073** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Sully, Linda**<br>**4201 NW 34th St.**<br>**Apt. 213**<br>**Lauderdale Lakes, FL 33319** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.976 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Surali, Sunanda N.**<br>**4325 Ivy Lane**<br>**Glenview, IL 60026** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.977 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Swafford-Abalos, Connie L**<br>**13551 Byron Hwy**<br>**Byron, CA 94514** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.978 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Swanson, Anneleise**<br>**1741 Matheson Avenue**<br>**Charlotte, NC 28205** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.979 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Swanson, Janet**
**1348 Pinehurst Dr**
**Glenview, IL 60025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.980 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Swiniuch, Jennifer L.**
**7814 Sunset Drive**
**Elmwood Park, IL 60707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.981 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Szacilo, Dominika**
**1503 W George St**
**Chicago, IL 60657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.982 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ta, Anh**
**1557 Aborn Road**
**San Jose, CA 95121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.983 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Tacheny, Robert R.**
**24 N. Altamont Ave**
**Thurmont, MD 21788**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.984 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Taghi Zadeh, Sima**
**282 S. Overlook D**
**San Ramon, CA 94582**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.985 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Tait, Michelle M.**
**1316 E. Hawthorne Circle**
**Hollywood, FL 33021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.986 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Taylor, Healther M.**
**1192 Aruba Circle**
**Charleston, SC 29412**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.987 | Priority creditor's name and mailing address<br>**Taylor, Tyl H.**<br>**13925 Daltrey Ln.**<br>**Charlotte, NC 28277** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.988 | Priority creditor's name and mailing address<br>**Teres, Rishona S.**<br>**1570 Grove Ter**<br>**Winter Park, FL 32789** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.989 | Priority creditor's name and mailing address<br>**Teresi, Stuart**<br>**10 Shaker Lane**<br>**Stormville, NY 12582** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.990 | Priority creditor's name and mailing address<br>**Thach, Beauletta**<br>**14109 Springwater Dr**<br>**Matthews, NC 28105** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.991 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.991**

Priority creditor's name and mailing address
**Thacker, Julie**
**2049 SE Dranson Circle**
**Port Saint Lucie, FL 34952**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown     Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.992**

Priority creditor's name and mailing address
**Thompson, Erica B.**
**9180 Oak Alley Drive**
**Lake Worth, FL 33467**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown     Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.993**

Priority creditor's name and mailing address
**Thompson, Sara A.**
**9750 NW 45th Manor**
**Coral Springs, FL 33065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown     Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.994**

Priority creditor's name and mailing address
**Thompson, Sarah M.**
**911 N. 47th Street**
**Seattle, WA 98103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown     Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Thompson-Wrench, Stacia**<br>**7318 35th Ave NE**<br>**Apt 1A**<br>**Seattle, WA 98115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.996 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Thomson, Heather**<br>**1169 Aspen Drive**<br>**Concord, CA 94520** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.997 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Tibbetts, Amber J.**<br>**583 Brantley Terrace Way**<br>**Unite 309**<br>**Altamonte Springs, FL 32714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.998 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Tiemeyer, Molly J.**<br>**1365 N. Tanzanite St**<br>**Post Falls, ID 83854** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.999 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tierney, Brian**
**1750 N. Walnut Rd.**
**No. 43**
**Las Vegas, NV 89115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1000 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tobias, Tamara M.**
**16307 Reserrve Drive SE**
**North Bend, WA 98045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1001 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tomchak, Emily R.**
**809 Olive Way, 1605**
**Seattle, WA 98101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1002 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Toppo, Susan**
**39 Tower Hill Drive**
**Port Chester, NY 10573**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.1003 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| | **Torres Ocegueda, Maria E.** **211 Elm St** **San Mateo, CA 94401** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1004 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| | **Torres, Adrianna M.** **1403 Park Avenue** **Winthrop Harbor, IL 60096** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1005 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| | **Tosli, Natalie** **3154 W, Grace St.** **Unit 2** **Chicago, IL 60618** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1006 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| | **Towe, Sarah** **20410 Southshore Drive** **Cornelius, NC 28031** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1007 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Tra-Cole, Shadae**<br>**2006 Castleton Ct**<br>**Apt. E**<br>**Belmont, NC 28012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1008 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Tracy, Cynthia L.**<br>**6401 S. Harlem**<br>**Chicago, IL 60638** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1009 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Tran, Tien T.**<br>**7629 199th St. SW**<br>**Lynnwood, WA 98036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1010 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Trashani, Gabriella**<br>**2331 Bellaire Court**<br>**Des Plaines, IL 60016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.1011** | Priority creditor's name and mailing address

**Treasure, Mesha**
**19721 NE 1st Ave.**
**Miami, FL 33179**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1012** | Priority creditor's name and mailing address

**Trezise, Laura J.**
**6809 N. Olmsted #4**
**Chicago, IL 60631**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1013** | Priority creditor's name and mailing address

**Troike, Abigail**
**355 E Ohio St**
**Apt. 4905**
**Chicago, IL 60611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1014** | Priority creditor's name and mailing address

**Turner, Lauri D.**
**602 Armadillo Dr**
**Deltona, FL 32725**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1015 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ulmer-Charles, Isunual**
**34391 Old Walnut Circle**
**Gurnee, IL 60031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1016 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Urbick, Julia**
**1274 Hammrick Lane**
**Johns Island, SC 29455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1017 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Uribe, Leticia**
**637 N Colcannon Drive**
**Mountain House, CA 95391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1018 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Uslmul, Angela R.**
**7 S Windsor Place**
**Mundelein, IL 60060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1019 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Utah Department of Revenue** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxing authority** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.1020 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Valdez, Aliana D.**<br>**8877 SW 27th Street**<br>**Miami, FL 33165** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1021 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Valdez, Michelle**<br>**25 NW 152 St**<br>**Miami, FL 33169** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.1022 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Valencia, Manuela**<br>**662 Glades Cir**<br>**Apt. 228**<br>**Altamonte Springs, FL 32714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1023 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Valenzuela-Garcia, Blanca**
**6254 Bayview Ave**
**San Pablo, CA 94806**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1024 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Van Steen, Carrie A.**
**9 Stonebrooke Drive**
**New Fairfield, CT 06812**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1025 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Vang, Kasey G.**
**13912 Cedar Farm Rd**
**Charlotte, NC 28278**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1026 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Vapion, Michelle R.**
**8662 Beverly Lane**
**Dublin, CA 94568**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.1027 | Priority creditor's name and mailing address<br>**Vargas Torres, Andrea F.**<br>**5825 Toscana Pl**<br>**APT 211**<br>**Margate, FL 33063** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1028 | Priority creditor's name and mailing address<br>**Vargas, Jennifer**<br>**1445 S. Hart Drive**<br>**Mountain House, CA 95391** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1029 | Priority creditor's name and mailing address<br>**Vasquez, Justina M.**<br>**21220 11th Dr. SE**<br>**Bothell, WA 98021** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.1030 | Priority creditor's name and mailing address<br>**Vazquez, Josephine**<br>**738 W. Streamwood Blvd.**<br>**Unite A**<br>**Streamwood, IL 60107** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.1031 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Vazquez, Patricia M.**
**6081 Fair Ave**
**Newark, CA 94560**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1032 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Vazquez, Sandra**
**1805 Standing Rock Circle**
**Winter Garden, FL 34787**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1033 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Vazquez, Venus C.**
**1235 Creek Woods Cir**
**Saint Cloud, FL 34772**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1034 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Vega, Isabelle**
**2021 W ATLANTIC BLVD APT 111**
**Pompano Beach, FL 33317**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1035 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Vela, Adalicia**
**12713 W. Grove Ave.**
**Waukegan, IL 60085**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1036 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Velasquez-Herrera, Diana**
**2518 N.Parkside**
**Chicago, IL 60639**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1037 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Vickers, Derek A.**
**4606 N.  Bemis St.**
**Spokane, WA 99205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1038 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Vidal, Sheila A.**
**13011 Merridian East**
**Apt W105**
**Puyallup, WA 98373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1039 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|

**Villa, Irma**
**2132 N. Menard**
**Chicago, IL 60639**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1040 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|

**Villamonte, Janelle M.**
**5162 Amberwood Circle**
**Fairfield, CA 94534**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1041 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|

**Virginia Department of Revenue**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent

■ Unliquidated

■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxing authority**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1042 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|

**Vonasek, Salina**
**1153 Lucero Drive**
**Hollister, CA 95023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.1043 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Vu, Catherine**
**7829 118th Ave SE**
**Renton, WA 98056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1044 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Wachewicz, Rita**
**2 Red Oak Court**
**Buffalo Grove, IL 60089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1045 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Wade, Natalia**
**7223 N. Claremont Ave**
**Chicago, IL 60645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1046 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Waibel, Laura L.**
**1749 NE 150th Street**
**Seattle, WA 98155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.1047 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Walker, Kelly**
**7220 N. Fotheringham St**
**Spokane, WA 99208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1048 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Wallace, Georgina**
**4012 W 192nd Place**
**Lansing, IL 60438**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1049 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Walsh, Nora M.**
**2430 N. Kennicott Dr**
**Unit 2A**
**Arlington Heights, IL 60004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.1050 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Walters, Brian N.**
**416 228th St. SW**
**Unit G101**
**Bothell, WA 98021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1051 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Walthour, Krystal-Marie H**
**1795 NE 205th Street**
**Apt 212**
**Shoreline, WA 98155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.1052 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Wang, Angela**
**9534 48th Ave NE**
**Seattle, WA 98115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.1053 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Wang, Jiarui**
**286 Rockwood Court**
**Yorktown Heights, NY 10598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.1054 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Wardak, Farida**
**27734 Fallen Leaf Court**
**Hayward, CA 94542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|

Name

---

| 2.1055 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Washington D.C. Department of Revenue**

*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxing authority**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.1056 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Washington, Christina
430 Union Ave
Peekskill, NY 10566**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1057 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Waters, Philip E.
2320 Middle Street
Sullivans Island, SC 29482**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1058 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Watson, Tiffany D.
2565 Greenlawn Dr
Mobile, AL 36605**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 2.1059 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Waz, Anna** <br> **1406 W. Superior St.** <br> **Apt. 3R** <br> **Chicago, IL 60642** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.1060 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Webber, Valeri** <br> **140 Uwapo Rd 39-101** <br> **Kilauea, HI 96754** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.1061 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Weinberg, Mark H.** <br> **12341 E. Altadena Ave.** <br> **Scottsdale, AZ 85259** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.1062 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Welborn, Holly** <br> **18621 Explorer Dr.** <br> **Loxley, AL 36551** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1063 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|

**Welch, Rebecca**
**2804 Pyracantha Court**
**Mount Pleasant, SC 29466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1064 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|

**Welsh, Jessica G.**
**12321 55th Dr. SE**
**Snohomish, WA 98296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1065 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|

**Wheeler, Kenyatta**
**14718 Bannock Hills Drive**
**Charlotte, NC 28278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1066 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|

**White, Alanna N.**
**1801 Indigo Market Dr**
**No. 114**
**Mount Pleasant, SC 29464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1067 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**White, Amanda**
**878 NW 107th Lane**
**Coral Springs, FL 33071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1068 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Whitfield, Jenna**
**229 Westmoreland Dr**
**Wilmette, IL 60091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1069 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Wifler, Amanda**
**602 S. Milwaukee Ave.**
**Apt. B**
**Libertyville, IL 60048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1070 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Wiles, John**
**PO Box 427**
**Elkin, NC 28621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1071 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Wilkerson, Jessica**
**2727 Seastrand Lane**
**Mount Pleasant, SC 29466**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1072 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Williams, Jazmin A.**
**1125 12th Ave Unit 127**
**Seattle, WA 98122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1073 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Williams, Jennifer**
**3923 Pemberly Pines Circle**
**Saint Cloud, FL 34769**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1074 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Williams, Jessica**
**2700 Balboa Ct.**
**Antioch, CA 94509**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1075 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Williams, Nadia M.**
**12226 Nw 30th St.**
**Coral Springs, FL 33065**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1076 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Williams, Sandra**
**10849 McDavid Road**
**Wilmer, AL 36587**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1077 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Williams, Staisha**
**Thunderbird Parkway SW**
**Apt 307**
**Lakewood, WA 98498**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1078 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Williams, Stephanie D.**
**595 Turnburry Lane**
**Antioch, IL 60002**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1079 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Williamson, Marcus**<br>**52 Brookhill Circle**<br>**Nashville, TN 37215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1080 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Windham, Richard**<br>**109 NE 20th St**<br>**Wilton Manors, FL 33305** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1081 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Wineke, Kenzi**<br>**4715 42nd Ave SW**<br>**Apt 316**<br>**Seattle, WA 98116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1082 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Winkelman, Bryce E.**<br>**12636 100th Ln NE**<br>**F227**<br>**Kirkland, WA 98034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Official Form 206 E/F   Schedule E/F: Creditors Who Have Unsecured Claims   Page 271 of 376

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1083 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Winkler, Joanne**
**625 Kirkstone Court**
**San Ramon, CA 94582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1084 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Winkler, Shamaila**
**15403 West 102nd Place**
**Dyer, IN 46311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1085 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Winroth, Ashley**
**880D. Sherman Ave**
**Apt 1**
**Corona, CA 92882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1086 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Woelfle, Kyle D.**
**10207 Sweet Place**
**Charleston, SC 29492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 2.1087 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Wolfe, Mariah R.**
**570 Commercial Ave**
**South San Francisco, CA 94080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1088 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Wolfe, Stacy L.**
**334 Deep River Road**
**Summerville, SC 29486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1089 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Wood, Bailey D.**
**1013 E. Harrison**
**Tacoma, WA 98404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1090 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Woodgeard, Jessica R.**
**1014 E. Sanson**
**Spokane, WA 99207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.1091** | Priority creditor's name and mailing address

**Worku, Ewnet**
**12045 Greenwood Ave N**
**Seattle, WA 98133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1092** | Priority creditor's name and mailing address

**Worthen, Sarah M.**
**1255 Harrison St.**
**Apt 322**
**Seattle, WA 98109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1093** | Priority creditor's name and mailing address

**Wright, Paulette**
**9390 Burnt Tree Drive**
**Mobile, AL 36695**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1094** | Priority creditor's name and mailing address

**Wroblewski, Carol**
**5340 NW 32nd Ct.**
**Margate, FL 33063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**2.1095** Priority creditor's name and mailing address

**Wurst Kimberly A.**
**1428 Dingens Ave.**
**Windermere, FL 34786**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1096** Priority creditor's name and mailing address

**Xavier, Pedro A.**
**30 Hartsdale Ave**
**Apt. 2A**
**Hartsdale, NY 10530**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1097** Priority creditor's name and mailing address

**Yahiro-Leibowitz, Alana S.**
**222 Rosa Corte**
**Walnut Creek, CA 94598**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.1098** Priority creditor's name and mailing address

**Yarnell II, Michael H.**
**378 Allen Way**
**Benicia, CA 94510**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1099 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Yoo, Jaehoon**
**22623 84th Ave W.**
**Edmonds, WA 98026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Young, Cindy J.**
**1225 Prescott Ln**
**Hampshire, IL 60140**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Zainea, Cristina**
**6308 W. Gunnison St.**
**Chicago, IL 60630**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Zakrajsek, Tanya**
**9332 318h PL  NE**
**Carnation, WA 98014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 2.1103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Zambrano-Hernandez, Leonor E.**
**3223 Oak Ave.**
**Brookfield, IL 60513**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Zamilpa, Yuri**
**5748 S. Massaoit Ave.**
**Chicago, IL 60638**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Zaragoza, Cristina B.**
**2250 Vegas Ave**
**Castro Valley, CA 94546**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Zenone, Mistie R.**
**6100 Soundview Drive**
**Apt 15G**
**Gig Harbor, WA 98335**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|

Name

---

| 2.1107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Zherebnenkov, Irina**
**1208 Livorna Road**
**Alamo, CA 94507**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Zielinski, Elizabeth A.**
**24631 W. Rollins Rd.**
**Round Lake, IL 60073**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Zilar, Leanne M.**
**52050 Eagleview Lane E**
**Ford, WA 99013**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Zornow, Alisa J.**
**8305  Coral Drive**
**Harwood Heights, IL 60706**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,415.33 |
|---|---|---|---|

**1 Touch Office Technology**
**370 Amapola Ave.**
**Torrance, CA 90501**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,411.03 |
|---|---|---|---|

**9W Halo Opco LP dba Angelica**
**PO Box 532268**
**Atlanta, GA 30353**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $393.67 |
|---|---|---|---|

**A Courteous Communications, Corp**
**2810 East Robinson Corp**
**Orlando, FL 32803**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168.50 |
|---|---|---|---|

**A Treehouse Exotic Plants & Trees Inc.**
**PO Box 140024**
**Garden City, ID 83714**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.18 |
|---|---|---|---|

**A-B Communciations**
**PO Box 1165**
**Novato, CA 94948**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.11 |
|---|---|---|---|

**ABC Imaging of Washington Inc.**
**PO Box 2345**
**West Chester, PA 19380**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96.67 |
|---|---|---|---|

**ABC Stamp**
**407 N. Orchard St.**
**Boise, ID 83706**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|

Name

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,705.00 |
|---|---|---|---|

**ABM Parking Services**
**6330 San Vicente Blvd**
**Parking Office**
**Los Angeles, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,440.00 |
|---|---|---|---|

**ABM Parking Services**
**180 N. LaSalle St.**
**Suite 1700**
**North Granby, CT 06060-1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,297.40 |
|---|---|---|---|

**ABS Communications Inc.**
**PO Box 35612**
**Seattle, WA 98125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|

**Absolute Performance, Inc.**
**12303 Airport Way**
**Suite 100**
**Broomfield, CO 80021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $528.08 |
|---|---|---|---|

**ACC Business**
**PO Box 105306**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $591.03 |
|---|---|---|---|

**Access**
**PO Box 101048**
**Atlanta, GA 30392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Accounting For You, LLC**
**139 W. Frostad Rd.**
**Oak Harbor, WA 98277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **IntegraMed America, Inc.**    Case number (if known)    **20-11170 (LSS)**
　　　　　　Name

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,382.50** |
|---|---|---|---|

**Active Cyber, LLC**
**1600 Dallas Parkway**
**Suite 550**
**Dallas, TX 75248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62.60** |
|---|---|---|---|

**ADT Security Services**
**PO Box 371878**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,770.00** |
|---|---|---|---|

**Advagenix**
**9430 Key West Ave.**
**Suite 130**
**Rockville, MD 20850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,902.90** |
|---|---|---|---|

**Aerotex**
**3689 Collection Ctr Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70.00** |
|---|---|---|---|

**Affinity Systems, LLC**
**Security 101**
**Pine Blvd.**
**Charlotte, NC 28273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,694.34** |
|---|---|---|---|

**AFLAC**
**Services Road**
**Columbus, GA 31999**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70.35** |
|---|---|---|---|

**Agiliti Health, Inc.**
**PO Box 851313**
**Minneapolis, MN 55485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$177.00** |
|---|---|---|---|
| | **Air Source Industries Inc.**<br>**3976 Cherry Ave.**<br>**Long Beach, CA 90807** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$389.60** |
|---|---|---|---|
| | **Air-Tite**<br>**565 Central Drive**<br>**Virginia Beach, VA 23454** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,065.14** |
|---|---|---|---|
| | **Airgas East**<br>**PO Box 734445**<br>**Chicago, IL 60673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,877.11** |
|---|---|---|---|
| | **Airgas Puritan Medical**<br>**PO Box 734672**<br>**Dallas, TX 75373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,258.46** |
|---|---|---|---|
| | **Airgas USA, LLC**<br>**PO Box 734671**<br>**Dallas, TX 75373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,285.67** |
|---|---|---|---|
| | **Airgas USA, LLC**<br>**PO Box 102289**<br>**CA 91189** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$537.94** |
|---|---|---|---|
| | **Airgas USA, LLC**<br>**PO Box 532609**<br>**Atlanta, GA 30353** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,721.97 |
|---|---|---|---|
| | **Airgas, Inc.**<br>**PO Box 734672**<br>**Dallas, TX 75373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,219.90 |
|---|---|---|---|
| | **Airgas, USA, LLC**<br>**PO Box 102289**<br>**Pasadena, CA 91189** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $275.00 |
|---|---|---|---|
| | **Alexander Thompson Arnold PLLC**<br>**909 Harpeth Valley Place**<br>**Nashville, TN 37221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $269.00 |
|---|---|---|---|
| | **Alford Leasing Company**<br>**PO Box 90755**<br>**Raleigh, NC 27675** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|
| | **All Physician's Exchange**<br>**3817 Atlantic Ave.**<br>**Long Beach, CA 90807** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $119.43 |
|---|---|---|---|
| | **Allegra Design Marketing & Print**<br>**1205 Two Island Court**<br>**Suite 202**<br>**Mount Pleasant, SC 29466** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,045.95 |
|---|---|---|---|
| | **Alliant Insurance Services**<br>**PO Box 840919**<br>**Dallas, TX 75284** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Allison Kay Rodgers, MD**
**1520 Gordon Terrace**
**Deerfield, IL 60015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$732.54** |
|---|---|---|---|

**Allscripts**
**24630 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$204.00** |
|---|---|---|---|

**Alton Self Storage**
**2215 Alton Parkway**
**Irvine, CA 92606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$772.51** |
|---|---|---|---|

**Amazon Capital Services, Inc.**
**PO Box 035184**
**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,998.67** |
|---|---|---|---|

**Amazon Capital Services, Inc.**
**PO Box 035184**
**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44,616.50** |
|---|---|---|---|

**Amazon Web Services, Inc.**
**PO Box 84023**
**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|---|---|---|---|

**Amber Vazquez**
**4995 Lambs Road**
**Apt 14-C**
**North Charleston, SC 29418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.43**

**Nonpriority creditor's name and mailing address**

**Amber Vazquez**
**4995 Lambs Road**
**Apt 14-C**
**North Charleston, SC 29418**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,000.00**

---

**3.44**

**Nonpriority creditor's name and mailing address**

**Amedia LLC**
**4948 Saint Elmo Ave.**
**Bethesda, MD 20814**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,500.00**

---

**3.45**

**Nonpriority creditor's name and mailing address**

**American Association of Bioanalysts**
**5615 Kirby Dr.**
**Suite 870**
**Houston, TX 77005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$919.00**

---

**3.46**

**Nonpriority creditor's name and mailing address**

**American Bankers Insurance**
**PO Box 731178**
**Dallas, TX 75373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,192.00**

---

**3.47**

**Nonpriority creditor's name and mailing address**

**American Expediting**
**801 N. Primos Ave.**
**Folcroft, PA 19032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,253.75**

---

**3.48**

**Nonpriority creditor's name and mailing address**

**American Express**
**PO Box 1270**
**Newark, NJ 07101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,473.85**

---

**3.49**

**Nonpriority creditor's name and mailing address**

**American Express**
**PO Box 0001**
**Los Angeles, CA 90096**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$61,772.85**

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|

Name

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.00 |
|---|---|---|---|

**American Pond & Fountain Works**
**9985 Avenida Magnifica**
**San Diego, CA 92131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**American Society for Repro Medicine**
**1209 Montgomery Highway**
**Birmingham, AL 35216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,275.52 |
|---|---|---|---|

**American Systems**
**999 Harbor Dr.**
**West Columbia, SC 29169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,834.50 |
|---|---|---|---|

**American University Wamu 88.5**
**PO Box 98252**
**Washington, DC 20090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,660.00 |
|---|---|---|---|

**Ameripark LLC**
**5445 Meridian Park Dr. NE P100**
**Atlanta, GA 30342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Andrew Young**
**1149 W. 250 N**
**Springville, UT 84663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,800.00 |
|---|---|---|---|

**Anesthesia Connections Virginia LLC**
**12613 CHESDIN LANDING DRIVE**
**Chesterfield, VA 23838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,219.92**

**Anexeon, LLC**
**8704 Spanish Ridge Ave.**
**Suite 100**
**Las Vegas, NV 89148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$982.99**

**Angelica Corporation**
**PO Box 51669**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$256.06**

**Angelica Textile Services**
**PO Box 532268**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$178.00**

**Anthony Lee Asso.**
**7828 Beechcraft Ave.**
**Gaithersburg, MD 20879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$178.00**

**Anthony Lee Associates, Inc.**
**7828 Beechcraft Ave.**
**Gaithersburg, MD 20879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,115.32**

**Anti-Crime Lock & Alarm**
**PO Box 6084**
**Silver Spring, MD 20916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,423.75**

**Apatoff, Peters, LLC**
**9600 Blackwell Rd**
**Suite 250**
**Rockville, MD 20850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,026.18** |
|---|---|---|---|

**APC II**
**HEALTHCARE PROPERTY MGRS. OF**
**AMERICA,LLC**
**29126 NETWORK PLACE**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: _ Vendor _**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,130.97** |
|---|---|---|---|

**Apex Medical Technologies Inc.**
**10064 Mesa Ridge Court**
**Suite 202**
**San Diego, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: _ Vendor _**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$129.00** |
|---|---|---|---|

**Apothecary Services Inc.**
**Rosemont Pharmacy**
**PO Box 282**
**Newtown Square, PA 19073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: _ Vendor _**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.29** |
|---|---|---|---|

**Aqua Pennsylvania Inc.**
**PO Box 70279**
**Philadelphia, PA 19176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: _ Vendor _**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,303.00** |
|---|---|---|---|

**Arch Advertising Inc.**
**8 W Monroe St.**
**Suite 700**
**Chicago, IL 60603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: _ Vendor _**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$450.80** |
|---|---|---|---|

**Around the Clock Answering Service**
**PO Box 3361**
**Kalamazoo, MI 49003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: _ Vendor _**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,516.96** |
|---|---|---|---|

**Aspen Ridge 165 LLC**
**7420 Hayward Road, Suite 203**
**Frederick, MD 21702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: _ Vendor _**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **IntegraMed America, Inc.**                          Case number (if known)    **20-11170 (LSS)**
_____
Name

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**ASRM_CV**
**1209 Montgomery Highway**
**Birmingham, AL 35216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim:  **Vendor**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$171.29** |
|---|---|---|---|

**AT&T**
**PO Box 105262**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim:  **Vendor**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,825.80** |
|---|---|---|---|

**AT&T**
**PO Box 5025**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim:  **Vendor**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58.85** |
|---|---|---|---|

**AT&T**
**PO Box 105251**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim:  **Vendor**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$127,073.33** |
|---|---|---|---|

**Atul Karkhanis Architects Ltd**
**2514 W. Peterson Ave.**
**Chicago, IL 60659**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim:  **Vendor**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,692.36** |
|---|---|---|---|

**Audi Financial Services**
**PO Box 5215**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim:  **Vendor**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$213.00** |
|---|---|---|---|

**Audit Micro Controls Inc.**
**PO Box 3369**
**Cave Spring, GA 30124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim:  **Vendor**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **IntegraMed America, Inc.**
Name

Case number (if known)    **20-11170 (LSS)**

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,397.45 |
|---|---|---|---|

**Autho Inc.**
10800 NE 8th St.
Suite 700
Bellevue, WA 98004

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Autotask Corporation**
PO Box 21921
New York, NY 10087

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,080.00 |
|---|---|---|---|

**Avella of St. Louis, Inc.**
450 N. New Ballas Rod
Ste 256
63141

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,900.00 |
|---|---|---|---|

**Axiom Global, Inc.**
PO Box 8439
Pasadena, CA 91109

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,955.81 |
|---|---|---|---|

**Aztec Leasing Inc.**
PO Box 98813
Las Vegas, NV 89193

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $579.00 |
|---|---|---|---|

**Backflow Technology LLC**
PO Box 1575
Sterling, VA 20167

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,075.80 |
|---|---|---|---|

**Ballston Metro Center LLC**
PO Box 536662
Pittsburgh, PA 15253

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,051.19**
---|---|---|---

**Bank of America**
**PO Box 15220**
**Wilmington, DE 19886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,841.37**
---|---|---|---

**Barnes & Thornburg LLP**
**One North Wacker Drive**
**Suite 44000**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,550.00**
---|---|---|---

**Barnett Medical Services LLC**
**PO Box 4436**
**Hayward, CA 94540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,838.50**
---|---|---|---

**Barry Mirkin**
**542 Lakeside Dr**
**No. 2**
**Sunnyvale, CA 94085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,025.64**
---|---|---|---

**Bates Electric, Inc.**
**7901 Hopi Place**
**Tampa, FL 33634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,381.94**
---|---|---|---

**Bates Landscaping Ltd**
**815 Lincoln Ave.**
**West Chester, PA 19380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,894.04**
---|---|---|---

**BB&B Inc.**
**929 W. Street, Suite 106**
**Annapolis, MD 21401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,200.00 |
|---|---|---|---|

**BDO USA LLP**
**PO Box 642743**
**Pittsburgh, PA 15264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  <u>Vendor</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,302.29 |
|---|---|---|---|

**BEACHLEY BUSINESS & MEDICAL FORMS,**
**INC**
**Po Box 987**
**Bel Air, MD 21014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  <u>Vendor</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $560.00 |
|---|---|---|---|

**Beacon Medaes LLC**
**Dept 3234**
**PO Box 123234**
 **TX 75512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  <u>Vendor</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,259.85 |
|---|---|---|---|

**Beco Management**
**WACHOVIA BANK/BRIT- CENTURY PLAZA**
**LLC**
**PO Box 768817**
**Baltimore, MD 21275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  <u>Vendor</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,636.27 |
|---|---|---|---|

**Benchmark Systems Inc.**
**1112 Church St.**
**Lynchburg, VA 24504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  <u>Vendor</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,313.00 |
|---|---|---|---|

**Benefitplan Manager**
**100 Valley Road, Suite 202**
**Mount Arlington, NJ 07856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  <u>Vendor</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,025.33 |
|---|---|---|---|

**Berkeley Medevices**
**1330 South 51st Street**
**Richmond, CA 94804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  <u>Vendor</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,162.04 |
|---|---|---|---|

**Berton N. Ring, P.C.**
**123 W. Madison Street**
**15th Floor**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $991.16 |
|---|---|---|---|

**Best Office Coffee Service**
**13130 SW Terrace**
**Miami, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29.81 |
|---|---|---|---|

**BETHANY BONNE**
**461 W. 13490 S**
**APT. B219**
**DRAPER, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,480.61 |
|---|---|---|---|

**Bio Rad Laboratories**
**PO BOx 849740**
**Los Angeles, CA 90084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,839.00 |
|---|---|---|---|

**Block Imaging Parts and Service Inc.**
**1845 Cedar St**
**Holt, MI 48842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,595.72 |
|---|---|---|---|

**Blum Shapiro & Company**
**Acct Rec Dept 106067**
**PO Box 150489**
**Hartford, CT 06115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $230.00 |
|---|---|---|---|

**Boland**
**PO Box 223862**
**Chantilly, VA 20153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|

Name

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,075.00 |
|---|---|---|---|

**Borderlan, Inc.**
**950 Boardwalk**
**Suite 300**
**San Marcos, CA 92078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**BRIAN KAPLAN, MD**
**77 E. WALTON ST. # 27B**
**CHICAGO, IL 60611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $838.09 |
|---|---|---|---|

**Brighthouse Networks**
**PO Box 790450**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,700.00 |
|---|---|---|---|

**Brio Benefit Consulting, Inc.**
**30 Broad St. 35th Fl.**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,037.89 |
|---|---|---|---|

**Callsource**
**5601 Lindero Canyon Rd.**
**Suite 200**
**Thousand Oaks, CA 91362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,611.50 |
|---|---|---|---|

**Candler Hospital**
**PO Box 407**
**Birmingham, AL 35246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $643.75 |
|---|---|---|---|

**Cantey Technology Consulting LLC**
**2702 Azalea Dr**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,840.00 |
|---|---|---|---|

**Capstar Radio Operating**
**iHeartmedia Raleigh**
**PO Box 406372**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,818.85 |
|---|---|---|---|

**Captial One Bank**
**PO Box 71083**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,850.00 |
|---|---|---|---|

**Carilion Clinic**
**DEPT. OG OB/GYN, 13TH FLOOR**
**ATTN:TERESA**
**1906 Bellevuew Ave. SE**
**Roanoke, VA 24014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.02 |
|---|---|---|---|

**Carolina Office Systems, Inc.**
**PO Box 936730**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138.00 |
|---|---|---|---|

**Carolina Waste & Recyling Inc.**
**5264 B International Blvd.**
**Suite 100**
**North Charleston, SC 29418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.00 |
|---|---|---|---|

**Cascade Healthcare Services LLC**
**PO Box 7333**
**San Francisco, CA 94120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,563.75 |
|---|---|---|---|

**Caton's Ridge Office Park LLC**
**13580 Group Dr.**
**Suite 100**
**Woodbridge, VA 22192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,040.31 |
|---|---|---|---|

**CCB Kitzzato LLC**
**11915 Lagrange Ave.**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.00 |
|---|---|---|---|

**CCF Inc.**
**500 Arnold Mill Way**
**Suite B**
**Woodstock, GA 30188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.00 |
|---|---|---|---|

**Central Parking System**
**PO Box 790401**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194.14 |
|---|---|---|---|

**Centurylink**
**PO Box 52187**
**Phoenix, AZ 85075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.83 |
|---|---|---|---|

**Centurylink**
**PO Box 91155**
**Seattle, WA 98111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,041.34 |
|---|---|---|---|

**Chang Kuo Realty LLC**
**200 West 24th St.**
**Apt 4B**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89.52 |
|---|---|---|---|

**Change Healthcare**
**PO Box 572490**
**Salt Lake City, UT 84157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,375.39 |
|---|---|---|---|

**Charles Dunn Re Svc Inc. Trust Account**
**PROSPECT ONE MED. OFFICE BLDG 3253,**
**800W**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,166.87 |
|---|---|---|---|

**Chase Auto Finance**
**PO Box 9001801**
**Louisville, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,706.87 |
|---|---|---|---|

**Chase Card Services**
**PO Box 6294**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96,181.54 |
|---|---|---|---|

**Chicago Kingsbury LLC**
**1040 W. Randolph St.**
**Chicago, IL 60607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Christopher Sheldon Sipe, M.D.**
**1300 Oxford Lane**
**Glenview, IL 60025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,917.31 |
|---|---|---|---|

**Cigna**
**PO Box 644546**
**Pittsburgh, PA 15264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101,812.67 |
|---|---|---|---|

**Cigna**
**Dept 59**
**Denver, CO 80291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,377.53 |
|---|---|---|---|

**Cigna of New York**
PO Box 41499
Philadelphia, PA 19101

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,340.63 |
|---|---|---|---|

**Cintra Sofrware & Services Inc.**
**Murray Hill Station**
PO Box 1864
New York, NY 10156

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $981.21 |
|---|---|---|---|

**Cisco Systems Capital Crp**
PO Box 41602
Philadelphia, PA 19101

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84,718.88 |
|---|---|---|---|

**Citrix Systems Inc.**
PO Box 931686
Atlanta, GA 31193

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.93 |
|---|---|---|---|

**City of Savannah**
**Utility Services Div.**
PO Box 1968
Savannah, GA 31402

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.37 |
|---|---|---|---|

**City of Warrenville**
PO Box 4703
Carol Stream, IL 60197

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Taxing Authorigy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,187.12 |
|---|---|---|---|

**City of Winter Park**
PO Box 1986
Winter Park, FL 32790

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Taxing Authority**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,730.28 |
|---|---|---|---|
| | **Cogent Communications**<br>**PO Box 791087**<br>**Baltimore, MD 21279** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $668.78 |
|---|---|---|---|
| | **Cole Parmer Instrument Co**<br>**13927 Collections Center Dr**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $859.95 |
|---|---|---|---|
| | **Comcast**<br>**PO Box 37601**<br>**Philadelphia, PA 19101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $20,641.12 |
|---|---|---|---|
| | **Comcast**<br>**PO Box 37601**<br>**Philadelphia, PA 19101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,206.02 |
|---|---|---|---|
| | **Comcast - 34744**<br>**PO Box 60533**<br>**City of Industry, CA 91716** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,441.87 |
|---|---|---|---|
| | **Commerical Officer Interiors**<br>**300 Elliott Ave W.**<br>**Suite 300**<br>**Seattle, WA 98119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,993.00 |
|---|---|---|---|
| | **Compliance Control Inc.**<br>**1595 Cabin Branch Drive**<br>**Hyattsville, MD 20785** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,885.61 |
|---|---|---|---|

**Computer Design Integration, LLC**
**696 Route 46 West**
**Teterboro, NJ 07608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,543.73 |
|---|---|---|---|

**Concur Technologies, Inc.**
**62157 COLLECTIONS CENTER DRIVE**
**Sharon, CT 06069-3000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __VEndor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130,681.54 |
|---|---|---|---|

**Cook Medical LLC**
**22988 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $968.24 |
|---|---|---|---|

**Cooper Surgical**
**PO Box 712280**
**Cincinnati, OH 45271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,256.91 |
|---|---|---|---|

**Corepoint Health, LLC**
**3010 Gaylord Parkway**
**Suite 320**
**Frisco, TX 75034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $296.40 |
|---|---|---|---|

**Corodata Records Management, Inc.**
**PO Box 842638**
**Los Angeles, CA 90084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $581.00 |
|---|---|---|---|

**Corporation Service Company**
**PO Box 13397**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$725.00** |
|---|---|---|---|
| | **Cosmopolitan Building Services, Inc.**<br>**11 Eton Ct.**<br>**Barrington, IL 60010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,405.00** |
|---|---|---|---|
| | **Courier Express**<br>**PO Box 7058**<br>**Marietta, GA 30065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,137.17** |
|---|---|---|---|
| | **Cousins Properties LP**<br>**Meridian Mark Plaza LLC**<br>**3344 PEACHTREE RD NE, STE 1800**<br>**Atlanta, GA 30326** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,884.59** |
|---|---|---|---|
| | **Coverall Central Florida**<br>**2955 Momentum Place**<br>**Chicago, IL 60689** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,884.20** |
|---|---|---|---|
| | **Covidien**<br>**4642 Collection Center Drive**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$382.51** |
|---|---|---|---|
| | **Cox Communications**<br>**PO Box 53280**<br>**Phoenix, AZ 85072** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$661.00** |
|---|---|---|---|
| | **CP Technology Group LLC**<br>**2105 Dabney Road**<br>**Richmond, VA 23230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **IntegraMed America, Inc.**
_____
Name

Case number (if known)   **20-11170 (LSS)**

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,043.64 |

**Cprice Solutions, LLC**
**PO Box 64014**
**Cincinnati, OH 45264**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:  Vendor**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $171.10 |

**Crystal and Sierra Springs**
**PO Box 660579**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:  Vendor**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131.25 |

**Culligan Spokane**
**3728 E. Longfellow Ave.**
**Spokane, WA 99217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:  Vendor**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52.64 |

**Culligan Water**
**10817 Courthouse Road**
**Fredericksburg, VA 22408**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:  Vendor**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.00 |

**Custom Aquarium**
**226 Lexington Lane**
**Grayslake, IL 60030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:  Vendor**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,285.42 |

**Cyxtera**
**Savvis Communications, LLC**
**13322 COLLECTION CENTER DRIVE**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:  Vendor**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |

**D O Brothers Inc.**
**PO Box 830**
**Clarcona, FL 32710**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:  Vendor**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.169** **Nonpriority creditor's name and mailing address**
**D Square Energy LLC**
**201 W North Bend Way**
**North Bend, WA 98045**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$326.01**

---

**3.170** **Nonpriority creditor's name and mailing address**
**Daichs Use, Inc.**
**DBA FIRST CHOICE COFFEE SERVICES**
**3535 COMMERCIAL AVE**
**Northbrook, IL 60062**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$515.44**

---

**3.171** **Nonpriority creditor's name and mailing address**
**Dash Courier Service, LLC**
**PO Box 11049**
**Charlotte, NC 28220**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$340.39**

---

**3.172** **Nonpriority creditor's name and mailing address**
**Data Innovations LLC**
**PO Box 101978**
**Atlanta, GA 30392**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$32,819.46**

---

**3.173** **Nonpriority creditor's name and mailing address**
**Dataprise**
**PO Box 62550**
**Baltimore, MD 21264**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$34,305.45**

---

**3.174** **Nonpriority creditor's name and mailing address**
**Datawatch Systems Inc.**
**PO Box 79845**
**Baltimore, MD 21279**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$8,229.91**

---

**3.175** **Nonpriority creditor's name and mailing address**
**David E. Ziegler**
**1703 Southbound Road**
**Swansea, SC 29160**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $731.40 |
|---|---|---|---|

**DCMV Service Corporation**
**JAN-PRO OF DC MD AND VA**
**10801 MAIN STREET STE 200**
**Fairfax, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,020.00 |
|---|---|---|---|

**De Lage Landen Financial Services, Inc.**
**PO Box 41602**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,313.65 |
|---|---|---|---|

**Dearborn Life Insurance Company**
**36788 Eagle Way**
**Chicago, IL 60678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,424.78 |
|---|---|---|---|

**Delivery Express**
**405 Evans Black Drive**
**Seattle, WA 98188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,237.65 |
|---|---|---|---|

**Dell Financial Services**
**PO Box 5292**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,715.70 |
|---|---|---|---|

**Dell Marketing LP**
**cDell USA LP**
**PO Box 643561**
**Pittsburgh, PA 15264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,320.45 |
|---|---|---|---|

**Denstar, LLC**
**8310 Bandford Way**
**Raleigh, NC 27615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.183** | Nonpriority creditor's name and mailing address

**Devine's Pharmacy**
**1949 Oak Tree Road**
**Edison, NJ 08820**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☒ No ☐ Yes

$3,978.18

---

**3.184** | Nonpriority creditor's name and mailing address

**Dex Media**
**PO Box 79167**
**Phoenix, AZ 85062**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☒ No ☐ Yes

$260.50

---

**3.185** | Nonpriority creditor's name and mailing address

**Dialogtech**
**PO Box 775936**
**Chicago, IL 60677**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☒ No ☐ Yes

$589.62

---

**3.186** | Nonpriority creditor's name and mailing address

**Diamond Springs**
**PO Box 38668**
**Henrico, VA 23231**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☒ No ☐ Yes

$62.66

---

**3.187** | Nonpriority creditor's name and mailing address

**Digital Third Coast Internet Marketing**
**2540 W. North Ave.**
**Chicago, IL 60647**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☒ No ☐ Yes

$4,480.00

---

**3.188** | Nonpriority creditor's name and mailing address

**Direct Energy Business**
**PO Box 70220**
**Philadelphia, PA 19176**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☒ No ☐ Yes

$7,328.44

---

**3.189** | Nonpriority creditor's name and mailing address

**Dish Network**
**Dept. 0063**
**Palatine, IL 60055**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☒ No ☐ Yes

$87.03

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$117.00** |
|---|---|---|---|

**Diversified Alarm Service**
PO Box 777
Monterey Park, CA 91754

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Docugreen Corp**
401 E. Las Olas Blvd
Suite 1400
Fort Lauderdale, FL 33301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,430.40** |
|---|---|---|---|

**Dominion Energy**
PO Box 100255
Columbia, SC 29202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,705.50** |
|---|---|---|---|

**Dorsey & Whitney**
Po Box 1680
Minneapolis, MN 55480

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,781.79** |
|---|---|---|---|

**Douglas Emmett Realty Fund**
6330 SAN VINCENTE BLVD. STE 220
Los Angeles, CA 90048

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**DR. ELIE HOBEIKA**
9715 WOOD DRIVE, #910
SKOKIE, IL 60077

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$833.33** |
|---|---|---|---|

**Dr. Lisa Tucker**
8501 Punta Lora
Pensacola, FL 32514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **IntegraMed America, Inc.**

Name

Case number (if known)    **20-11170 (LSS)**

| | | |
|---|---|---|
| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$46.96** |

**DS Waters of America, Inc.**
**dba Crystal Springs**
**PO Box 660579**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,611.82** |

**Dxnow Inc.**
**401 Professional Dr.**
**Suite 130**
**Gaithersburg, MD 20879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,015.33** |

**Dympash Global Inc.**
**PO Box 61377**
**Harrisburg, PA 17106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |

**East Idaho News**
**390 W Sunnyside Ave.**
**Idaho Falls, ID 83402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,814.19** |

**East West Bank**
**PO Box 60021**
**City of Industry, CA 91716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$211.40** |

**EBSCO Reception Room**
**Subscription Services**
**PO Box 830460**
**Birmingham, AL 35283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,988.00** |

**Ecoast Networks**
**2436 N. Federal Highway No. 406**
**Pompano Beach, FL 33064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**EDWARD MARUT, MD**
**790 ASH ST.**
**WINNETKA, IL 60093**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152,880.00 |
|---|---|---|---|

**Eisneramper LLP**
**PO Box 360635**
**Pittsburgh, PA 15251**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,732.50 |
|---|---|---|---|

**Ellenoff Grossman & Schole LLP**
**1345 AVENUE OF THE AMERICAS**
**New York, NY 10105**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,150.00 |
|---|---|---|---|

**EMILY AND CHRISTOPHER GILMORE**
**3561 CEDAR SPRINGS DR SW**
**CONCORD, NC 28027**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81.49 |
|---|---|---|---|

**Empire Water**
**46 Cain Drive**
**Plainview, NY 11803**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.52 |
|---|---|---|---|

**Encompass Group LLC**
**Dept. 40254**
**PO Box 2153**
**Birmingham, AL 35287**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,153.33 |
|---|---|---|---|

**Energy Management Systems**
**PO Box 646**
**Exton, PA 19341**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **IntegraMed America, Inc.**                                    Case number (if known)    **20-11170 (LSS)**

Name

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,331.67 |
|---|---|---|---|

**Engagedmd LLC**
PO Box 4668
No. 39776
New York, NY 10163

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,428.00 |
|---|---|---|---|

**Entercom Communications Corp**
PO Box 92911
Cleveland, OH 44194

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,290.00 |
|---|---|---|---|

**Env Services Inc.**
PO Box 37836
Baltimore, MD 21297

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|

**Environmental Futures, Inc.**
2210 W. Irving Park Road
Chicago, IL 60618

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,074.00 |
|---|---|---|---|

**Environmental Mngmt Services**
1688 East Gude Dr.
SUite 301
Rockville, MD 20850

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**ERIN FERGUSON**
1235 ASHLEY GARDENS
UNIT 1125
CHARLESTON, SC 29414

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,632.78 |
|---|---|---|---|

**Everbank Commercial Finance**
PO BOx 911608
Denver, CO 80291

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|

Name

---

**3.218**

**Nonpriority creditor's name and mailing address**

**Evergreen Business Solutions Inc.**
**2863 S West Temple**
**Salt Lake City, UT 84115**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$2,084.00

---

**3.219**

**Nonpriority creditor's name and mailing address**

**Everliving Greenery, Inc.**
**740 E. Northwest Highway**
**Palatine, IL 60074**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$130.00

---

**3.220**

**Nonpriority creditor's name and mailing address**

**Eversana**
**24740 Network Place**
**  CO 80673**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$5,430.00

---

**3.221**

**Nonpriority creditor's name and mailing address**

**Evoqua Water Technologies LLC**
**28563 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$313.62

---

**3.222**

**Nonpriority creditor's name and mailing address**

**EXCEL PARTNERS INC**
**535 CONNECTICUT AVE**
**SUITE 105**
**NORWALK, CT 06854**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$4,056.00

---

**3.223**

**Nonpriority creditor's name and mailing address**

**EXCELL CONTRACTORS INC**
**927 S WALTER REED DR**
**STE 16**
**Arlington, VA 22204**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$650.00

---

**3.224**

**Nonpriority creditor's name and mailing address**

**EXECUTECH**
**1314 W 11400 S**
**SUITE 200**
**SOUTH JORDAN, UT 84095**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$13,087.22

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.225**

**Nonpriority creditor's name and mailing address**
**EXPRESS LAB**
**3910 WASHINGTON PARKWAY, STE B**
**IDAHO FALLS, ID 83404-7596**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$221.00**

---

**3.226**

**Nonpriority creditor's name and mailing address**
**Faultless Linen**
**P.O. Box 779022**
**Chicago, IL 60677-9022**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$783.51**

---

**3.227**

**Nonpriority creditor's name and mailing address**
**Fed Ex**
**P O Box 94515**
**Palatine, IL 60094**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$1,005.37**

---

**3.228**

**Nonpriority creditor's name and mailing address**
**Fed-Ex Corporation 7221**
**PO Box 7221**
**Pasadena, CA 91109**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$622.51**

---

**3.229**

**Nonpriority creditor's name and mailing address**
**FEDERAL EXPRESS**
**PO BOX 371461**
**PITTSBURGH, PA 15250**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$8,906.07**

---

**3.230**

**Nonpriority creditor's name and mailing address**
**FERTILITY PHARMACY OF AMERICA**
**1911 CHURCH ST**
**NASHVILLE, TN 37203**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$15,401.00**

---

**3.231**

**Nonpriority creditor's name and mailing address**
**FIDELITY ENGINEERING**
**25 LOVETON CIRCLE**
**SPARKS, MD 21152**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$70,058.10**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.232** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,090.00**

**FINN DIXON & HERLING**
**SIX LANDMARK SQUARE**
**STAMFORD, CT 06901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,272.07**

**FIRST BUSINESS EQUIPMENT FINANCE**
**LLC**
**401 CHARMANY DRIVE**
**MADISON, WI 53719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,480.94**

**FIRST COMMUNICATIONS LLC**
**SB 781115**
**PO BOX 7800**
**DETROIT, MI 48278-1115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.235** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,252.64**

**FISHER HEALTH CARE**
**13551 COLLECTIONS CENTER DR**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.236** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,180.18**

**FISHER HEALTHCARE**
**PO BOX 404705**
**ATLANTA, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8001**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.237** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195.75**

**FISHER HEALTHCARE**
**PO BOX 404705**
**ATLANTA, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **ACCT# 944287-001**

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,758.24**

**FISHER HEALTHCARE**
**PO BOX 404705**
**ATLANTA, GA 30384-4705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53.63 |
|---|---|---|---|

**FISHER HEALTHCARE**
P.O. BOX 404705
ATLANTA, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Vendor_

Last 4 digits of account number  _0001_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,773.97 |
|---|---|---|---|

**Fisher HealthCare**
13551 COLLECTIONS CENTER DR
CHICAGO, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _ACCT # 938497-001_

**Basis for the claim:** _Vendor_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $296.59 |
|---|---|---|---|

**FISHER SCIENTIFIC**
PO BOX 3648
BOSTON, MA 02241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Vendor_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,780.11 |
|---|---|---|---|

**FISHER SCIENTIFIC COMPANY LLC**

LOS ANGELES, CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Vendor_

Last 4 digits of account number  _0129_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**FLAIR MARKETING & ADVERTISING**
C/O HOLLY CLAYSON
2313 MOUNT PLEASANT STREET
CHARLESTON, SC 29403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Vendor_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49.28 |
|---|---|---|---|

**FLORAL IMAGE LOS ANGELES**
1732 AVIATION BLVD
STE. 221
REDONDO BEACH, CA 90278

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Vendor_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**FLORIDA HIGH SPEED INTERNET**
1311 BEDFORD DR
MELBOURNE, FL 32940

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Vendor_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.246** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,182.98**

**FLUENT LANGUAGE SOLUTIONS, INC**
PO BOX 602995
CHARLOTTE, NC 28260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$468.00**

**FLYNN PLUMBING**
1870 ARNOLD PLACE
SUITE 1030
CONCORD, CA 94520

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,933.37**

**FREEDOM DELIVERY & LOGISTICS**
15705 POINTER RIDGE DR
BOWIE, MD 20716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.249** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,178.40**

**FROEDTERT MEMORIAL LUTHERAN
HOSPITAL**
DRAWER 385
MILWAUKEE, WI 53278

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.250** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$131.55**

**FRONTIER**
PO BOX 740407
CINCINNATI, OH 45274-0407

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.251** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$185,325.96**

**FUJIFILM IRVINE SCIENTIFIC**
1830 EAST WARNER AVE
SANTA ANA, CA 92705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.252** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$294.00**

**FUTURE FAMILY, INC**
655 MONTGOMERY ST, 7TH FLR
SAN FRANCISCO, CA 94111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,275.00 |
|---|---|---|---|
| | **G.T. ANESTHESIA**<br>**3480 YARMOUTH DR**<br>**MOUNT PLEASANT, SC 29466** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,162.86 |
|---|---|---|---|
| | **GAHC4 TINLEY PARK IL MOB LLC**<br>**C/O GAHC4 GREAT NORD MOB PORTFOLIO**<br>**LLC**<br>**PO BOX 74008256**<br>**CHICAGO, IL 60674-8256** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,636.50 |
|---|---|---|---|
| | **GALLAGHER BASSETT SERVICES,INC**<br>**1900 W. LOOP S. SUITE 1500**<br>**HOUSTON, TX 77027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,101.45 |
|---|---|---|---|
| | **GARDA CL WEST-LOCKBOX # 233209**<br>**3209 MOMENTUM PLACE**<br>**CHICAGO, IL 60689-5332** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,402.52 |
|---|---|---|---|
| | **GE HEALTHCARE**<br>**P.O. BOX 96483**<br>**CHICAGO, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,393.71 |
|---|---|---|---|
| | **GE PRECISON HEALTHCARE LLC**<br>**PO BOX 96483**<br>**CHICAGO, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,075.00 |
|---|---|---|---|
| | **GENESCREEN CONSULTING LLC**<br>**75 CLAREMONT RD**<br>**SUITE 305**<br>**BERNARDSVILLE, NJ 07924** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.260** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$579.00**

**GETTY IMAGES US INC**
**PO BOX 953604**
**SAINT LOUIS, MO 63195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.261** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37,811.69**

**Ghanima Maassarani**
**3745 Pacific Street**
**Las Vegas, NV 89121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.262** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,517.80**

**GOLDBERG KOHN LTD**
**55 EAST MONROE STREET**
**SUITE 3300**
**CHICAGO, IL 60603-3000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.263** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$505.00**

**GOLDEN TRIANGLE STORAGE**
**10345 SORRENTO VALLEY RD**
**SAN DIEGO, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.264** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$738.33**

**GORDON FOOD SERVICE, INC**
**PO BOX 88029**
**CHICAGO, IL 60680-1029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.265** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$65,827.50**

**GOSA GROUP**
**5600 N RIVER RD**
**STE 800**
**ROSEMONT, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.266** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$590.08**

**GRAINGER**
**DEPT 867992950**
**PO BOX 419267**
**KANSAS CITY, MO 64141-6267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|

Name

---

**3.267**

**Nonpriority creditor's name and mailing address**

**GRAND FLOW - 10217**
**P.O. BOX 10217**
**PLEASANTON, CA 94588**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$90.40**

---

**3.268**

**Nonpriority creditor's name and mailing address**

**GRANITE PROPERTIES**
**205 GRANITE RUN DRIVE**
**LANCASTER, PA 17601**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,432.97**

---

**3.269**

**Nonpriority creditor's name and mailing address**

**GREATAMERICA FINANCIAL SVCS.**
**PO BOX 660831**
**DALLAS, TX 75266**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,843.06**

---

**3.270**

**Nonpriority creditor's name and mailing address**

**GREEN MEDICAL**
**PO BOX 628328**
**ORLANDO, FL 32862-8328**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,778.00**

---

**3.271**

**Nonpriority creditor's name and mailing address**

**GREENBERG TRAURIG, LLP**
**77 WEST WACKER DRIVE , STE 3100**
**CHICAGO, IL 60601**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,305.00**

---

**3.272**

**Nonpriority creditor's name and mailing address**

**GUARDIAN REALTY FUND II DULANEY LLC**
**DULANEY CENTER BUSINESS TRUST**
**PO BOX 76005**
**BALTIMORE, MD 21275-6005**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$17,917.80**

---

**3.273**

**Nonpriority creditor's name and mailing address**

**HALL EQUITIES GROUP**
**1855 OLYMPIC BLVD. SUITE 300**
**WALNUT CREEK, CA 94596**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$16,667.12**

---

Debtor **IntegraMed America, Inc.**
_____
Name

Case number (if known)   **20-11170 (LSS)**

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,873.03 |

**HAMILTON PARTNERS, INC.**
**1130 LAKE COOK ROAD**
**SUITE 190**
**BUFFALO GROVE, IL 60089**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $257.00 |

**HAMILTON THORNE INC**
**100 CUMMINGS CENTER**
**STE 465E**
**BEVERLY, MA 01915-4000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,343.97 |

**HANDCRAFT CLEANERS & LAUNDERERS**
**INC**
**2810 COFER ROAD**
**RICHMOND, VA 23224**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.50 |

**HCA HEALTH SERVICES OF VIRGINIA INC**
**HENRICO DOCTORS HOSPITAL**
**1602 SKIPWITH ROAD**
**RICHMOND, VA 23229**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,237.36 |

**HCP DR MCD, LLC**
**P.O. Box 840597**
**DALLAS, TX 75284-0597**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,827.00 |

**HEALTHCARE EQUIPMENT FINANCE**
**PO BOX 645811**
**PITTSBURGH, PA 15264**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83.21 |

**HEALTHCARE INSURANCE**
**PROFESSIONALS**
**THE CURTIS CENTER**
**601 WALNUT STREET SUITE 275W**
**PHILADELPHIA, PA 19106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,826.20** |
|---|---|---|---|
| | **HEALTHCARE REALTY SERVICES INC**<br>**PO BOX 843866**<br>**DALLAS, TX 75284-3866** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$279.95** |
|---|---|---|---|
| | **HELLO INC**<br>**PO BOX 26846**<br>**RICHMOND, VA 23261-6846** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$485.00** |
|---|---|---|---|
| | **HENINGER ENTERPRISES, LLC**<br>**2561 SOUTH 1560 WEST**<br>**SUITE B**<br>**WOODS CROSS, UT 84087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,725.00** |
|---|---|---|---|
| | **Henry Schein**<br>**Dept Ch 10241**<br>**Palatine, IL 60055-0241** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$640.60** |
|---|---|---|---|
| | **HEPPS RX PHARMACY**<br>**240 S. LA CIENEGA**<br>**STE 100**<br>**BEVERLY HILLS, CA 92011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,234.58** |
|---|---|---|---|
| | **HERMANSON COMPANY LLP**<br>**1221 2ND AVE NORTH**<br>**KENT, WA 98032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$147.43** |
|---|---|---|---|
| | **HF ACQUISITION CO LLC**<br>**DEPT CH 14330**<br>**PALATINE, IL 60055-4330** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **IntegraMed America, Inc.**             Case number (if known)   **20-11170 (LSS)**

Name

---

**3.288** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$347.68**

**HI TECH COLOR**
**1115 GROVE ST**
**BOISE, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.289** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$122.25**

**HINCKLEY SPRING WATER COMPANY**
**PO BOX 660579**
**DALLAS, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.290** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,872.87**

**HIRERIGHT LLC**
**PO BOX 847891**
**DALLAS, TX 75284-7891**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.291** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,945.76**

**HORIZON MARKETING GROUP**
**PO BOX 628281**
**ORLANDO, FL 32862-8281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendorf**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.292** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56,227.87**

**HSRE CAPMED LLC**
**HSRE CAPMED WOODBURN I, LLC**
**PO BOX 71538**
**CHICAGO, IL 60694-1538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.293** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,651.82**

**HSRE CAPMED OPPORTUNITY HOLDING,**
**LLC**
**C/O AVISON YOUNG**
**11921 ROCKVILLE PIKE,SUITE 200**
**ROCKVILLE, MD 20852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.294** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,501.89**

**HTA- CELEBRATION HOSPITAL MOB, LLC**
**PO BOX 80256**
**DENVER, CO 80256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,620.00 |
|---|---|---|---|

**HUBBARD RADIO WEST PALM BEACH, LLC**
PO BOX 645703
CINCINNATI, OH 45264-5703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 |
|---|---|---|---|

**IDAHO STATE PUBLISHING**
PO BOX 1570
POCATELLO, ID 83204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,750.00 |
|---|---|---|---|

**IGENOMIX LA**
383 VAN NESS AVE
TORRANCE, CA 90501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,100.00 |
|---|---|---|---|

**IGENOMIX USA**
7955 NW 12TH ST
SUITE 415
Miami, FL 33126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93,402.32 |
|---|---|---|---|

**IHEARTMEDIA**
PO BOX 419499
BOSTON, MA 02241-9499

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,900.56 |
|---|---|---|---|

**IMAGE FIRST MEDICAL WEAR**
PO BOX 61323
KING OF PRUSSIA, PA 19406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,302.22 |
|---|---|---|---|

**IMAGEFIRST UNIFORM RENTAL SVCS.INC**
PO BOX 61323
KING OF PRUSSIA, PA 19406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.302**

**Nonpriority creditor's name and mailing address**

**INDEPENDENT HOLDINGS,LLC**
**C/O PARK PLACE MEDICAL BLDG**
**608 N. EL CAMINO REAL**
**SAN MATEO, CA 94401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☐ No ☐ Yes

$65,364.14

---

**3.303**

**Nonpriority creditor's name and mailing address**

**INFECTION CONTOL SOLUTIONS, LLC**
**5586 SOUTH FORT APACHE**
**STE 100**
**LAS VEGAS, NV 89148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☐ No ☐ Yes

$290.46

---

**3.304**

**Nonpriority creditor's name and mailing address**

**INFLOW CIMMUNICATIONS INC**
**PO BOX 4120 # 5424**
**PORTLAND, OR 97208**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$250.00

---

**3.305**

**Nonpriority creditor's name and mailing address**

**INFORMS BUSINESS PRINTING**
**3860 EAGLE DRIVE**
**ANAHEIM, CA 92807**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$754.50

---

**3.306**

**Nonpriority creditor's name and mailing address**

**INHEALTH RECORD SYSTEMS**
**5076 WINTERS CHAPEL RD**
**STE 200**
**ATLANTA, GA 30360**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☐ No ☐ Yes

$63.94

---

**3.307**

**Nonpriority creditor's name and mailing address**

**INNER HARBOR EAST GARAGE, LLC**
**650 SOUTH EXETER ST.**
**SUITE 200**
**BALTIMORE, MD 21202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$16,567.84

---

**3.308**

**Nonpriority creditor's name and mailing address**

**INNOVATIVE HEALTHCARE SYSTEMS**
**3205 LAKESIDE DR**
**CUMMING, GA 30041**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$6,750.00

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.17 |
|---|---|---|---|

**INTEGRATED ID SYSTEMS, INC**
**1150 E CREWS ROAD**
**MATTHEWS, NC 28105**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $144.84 |
|---|---|---|---|

**INTERIOR GARDENS BMG**
**ATTN; KEVIN KING**
**1629 EAST 18TH AVE**
**SPOKANE, WA 99203**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $236.19 |
|---|---|---|---|

**INTERMOUNTAIN GAS CO.**
**P.O. BOX 5600**
**BISMARK, ND 58506-5600**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.00 |
|---|---|---|---|

**Internet Health Resources**
**1133 Garden Lane**
**LAFAYETTE, CA 94549**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,050.00 |
|---|---|---|---|

**INVITAE CORPORATION**
**PO BOX 206240**
**DALLAS, TX 75320**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,375.85 |
|---|---|---|---|

**IRON MOUNTAIN**
**PO BOX 27128**
**NEW YORK, NY 10087**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,396.34 |
|---|---|---|---|

**Iron Mountain**
**P.O. Box 915004**
**DALLAS, TX 75391-5004**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $845.03 |
|---|---|---|---|

**IRON MOUNTAIN RECORDS**
**PO BOX 601002**
**PASADENA, CA 91189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $984.74 |
|---|---|---|---|

**IT'S MY COOLER LLP**
**PO BOX 476**
**POOLESVILLE, MD 20837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $516.60 |
|---|---|---|---|

**ITEDIUM,INC**
**PO BOX 504265**
**SAINT LOUIS, MO 63150-4265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,400.00 |
|---|---|---|---|

**ITENTIVE CORPORATION**
**1 PIERCE PLACE**
**400E**
**ITASCA, IL 60143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,411.39 |
|---|---|---|---|

**IVF STORE LLC**
**5975 SHILOH RD**
**SUITE 101**
**ALPHARETTA, GA 30005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $777,934.62 |
|---|---|---|---|

**IVIGEN, LLC/IGENOMIX USA**
**7955 NW 12TH STREET**
**SUITE 415**
**DORAL, FL 33126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**J L.OPTICAL, INC**
**6618 S. ATLANTIC AVENUE**
**NEW SMYRNA BEACH   32169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.323** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,734.08
---|---|---|---

**J2 CLOUD SERVICES**
**PO BOX 102011**
**PASADENA, CA 91189-2011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.324** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00

**JACOBS MEDICAL, LLC.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.325** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,325.09

**JAF Station**
**P.O. Box 1702**
**NEW YORK, NY 10116-1702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.326** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00

**JANE NANI, MD**
**1461 GLENVIEW RD**
**GLENVIEW, IL 60025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.327** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $555.00

**JANIKING OF ILLINOIS, INC.**
**OPPORTUNITY FRANCHISING INC**
**2791 MOMENTUM PLACE**
**CHICAGO, IL 60689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.328** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $361.96

**Java Works Enterprises, Inc.**
**6818 Benjamin Rd**
**Tampa, FL 33634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.329** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,298.53

**JEFFERSON MEDICAL & IMAGING INC**
**PO BOX 254**
**OAK RIDGE, NJ 07438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **IntegraMed America, Inc.**
_____
Name

Case number (if known) **20-11170 (LSS)**

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Jennifer Dias**
**3422 Fletton Way**
**Summerville, SC 29485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**JENNIFER HART**
**141 MONTANA DRIVE**
**ST. CHARLES, MO 63304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**JENNIFER HIRSHFELD-CYTRON, M.D.**
**851 NORTHWOODS DR**
**DEERFIELD, IL 60015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $584.83 |
|---|---|---|---|

**JK MOVING & STORAGE INC**
**44112 MERCURE CIRCLE**
**STERLING, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,600.00 |
|---|---|---|---|

**John Gililland**
**5320 S RAINBOW BLVD STE 300**
**LAS VEGAS, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**John J. Rapisarda, MD**
**2714 Sheridan Road**
**Evanston, IL 60201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.24 |
|---|---|---|---|

**JOHN MINI**
**250 BRENNER DRIVE**
**CONGERS, NY 10920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **IntegraMed America, Inc.**
_____
Name

Case number (if known) **20-11170 (LSS)**

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,252.77 |

**JOHNSON CONTROLS INC.**
**75373**
**DALLAS, TX 75373**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,010.00 |

**JONES WALKER LLP**
**201 ST. CHARLES AVE - 50TH FLOOR**
**NEW ORLEANS, LA 70170-5100**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |

**Joy Anne Aker**
**Joy Aker CRNA LLC**
**Trumpet Dr**
**Columbia, MD 21045**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,450.00 |

**JOYCE MURTY**
**344 PREBLE STREET**
**SOUTH PORTLAND, ME 04106**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.00 |

**Julie V> Douglass, M.D.**
**20911 Earl St. Suite 100**
**Torrance, CA 90503**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $480.49 |

**KAESER & BLAIR, INC**
**4236 GRISSOM DRIVE**
**BATAVIA, OH 45103**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,391.54 |

**KARL STORZ ENDOSCOPY - AMERICA INC**
**FILE NO 53514**
**LOS ANGELES, CA 90074-3514**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **IntegraMed America, Inc.** |
| | Name |

Case number (if known)  **20-11170 (LSS)**

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,194.10 |
|---|---|---|---|

**KATZ DIGITAL GROUP**
**12019 COLLECTION CENTER DR**
**CHICAGO, IL 60693-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149.05 |
|---|---|---|---|

**KENTWOOD SPRINGS**
**PO BOX 660579**
**DALLAS, TX 75266-0579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,750.00 |
|---|---|---|---|

**Kia Xiong and Yer Vue**
**9284 Compass Pointe Cir**
**Borup, MN 56519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,466.62 |
|---|---|---|---|

**KONICA MINOLTA BUSINESS SOLUTIONS**
**DEPT. CH 19188**
**PALATINE, IL 60055-9188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,725.48 |
|---|---|---|---|

**KONICA MINOLTA PREMIER FINANCE**
**PO BOX 030310**
**LOS ANGELES, CA 90030-0310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,322.16 |
|---|---|---|---|

**KONICA MINOLTA PREMIER FINANCE**
**PO BOX 105743**
**ATLANTA, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $731.00 |
|---|---|---|---|

**Kristi Rodgerson**
**1446 W. Pleasant Grove Blvd.**
**Pleasant Grove, UT 84062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $579.05 |
|---|---|---|---|
| | **KRUEGER-GILBERT HEALTH PHYSICS INC**<br>**809 Gleneagles Court, Suite 100**<br>**TOWSON, MD 21286** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
|---|---|---|---|
| | **L.E.C. SERVICE INC**<br>**1865 W 222ND ST**<br>**SUITE A**<br>**TORRANCE, CA 90501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133.20 |
|---|---|---|---|
| | **LA JOLLA DISCOUNT PHARMACY**<br>**9850 GENESEE AVE # 160**<br>**LA JOLLA, CA 92037** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192,536.30 |
|---|---|---|---|
| | **LAB CORP**<br>**PO BOX 12140**<br>**BURLINGTON, NC 27216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,308.98 |
|---|---|---|---|
| | **LAB DISPOSABLE PRODUCTS INC**<br>**PO BOX 2239**<br>**WAYNE, NJ 07474** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $457.00 |
|---|---|---|---|
| | **LABELS DIRECT INC**<br>**664 TRADE CENTER BLVD**<br>**CHESTERFIELD, MO 63005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|
| | **Laci Spencer**<br>**296 Ceasar Place**<br>**Hilton Head Island, SC 29926** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,516.38 |
|---|---|---|---|

**LAKE COUNTY PRESS, INC.**
**PO BOX 9209**
**WAUKEGAN, IL 60079-9209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,182.69 |
|---|---|---|---|

**LAKE WHITNEY PHASE II, LLC**
**1860 SW FOUNTAINVIEW BLVD.**
**SUITE 100**
**PORT SAINT LUCIE, FL 34986**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.360 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $28.75 |
|---|---|---|---|

**Land Dynamics Inc.**
**7800 Forsyth Blvd**
**Suite 800**
**Saint Louis, MO 63105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,720.85 |
|---|---|---|---|

**LANGTREE OFFICE CENTER , LLC**
**C/O RL WEST**
**401 LANGTREE RD**
**MOORESVILLE, NC 28117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $151.75 |
|---|---|---|---|

**LANGUAGE LINE SERVICES**
**PO BOX 202564**
**DALLAS, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $336.79 |
|---|---|---|---|

**LARSON-MILLER INC.**
**3414 E GREENHURST**
**NAMPA, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,437.29 |
|---|---|---|---|

**LASER LINE INC**
**1025 W. NURSERY RD STE 122**
**LINTHICUM HEIGHTS, MD 21090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,000.00** |
|---|---|---|---|
| | **LAUREN HEATWOLE AND RAY WITKINS**<br>**5375 CHISWICK CIRCLE**<br>**ORLANDO, FL 32812** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,500.00** |
|---|---|---|---|
| | **LAWRENCE FRIEDMAN**<br>**205 EAST SADDLE RIVER RD**<br>**SADDLE RIVER, NJ 07458** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.367 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$510.00** |
|---|---|---|---|
| | **LAZ PARKING**<br>**PO BOX 933911**<br>**ATLANTA, GA 31193-3911** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Vendorf__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.368 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$240.00** |
|---|---|---|---|
| | **LAZ PARKING LTD**<br>**PO BOX 759228**<br>**BALTIMORE, MD 21275** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.369 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,654.37** |
|---|---|---|---|
| | **LEASING ASSOCIATES OF BARRINGTON**<br>**BARRINGTON, INC.**<br>**220 NORTH RIVER STREET**<br>**DUNDEE, IL 60118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.370 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$82.80** |
|---|---|---|---|
| | **LEMAY MOBILE SHREDDING**<br>**PO BOX 7428**<br>**PASADENA, CA 91109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.371 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,522.95** |
|---|---|---|---|
| | **LENDING CLUB PATIENT SOLUTIONS**<br>**SUITE 310**<br>**WESTBOROUGH, MA 01581** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,957.06 |
|---|---|---|---|

**LENOVO FINANCIAL SERVICES**
**21146 NETWORK PLACE**
**CHICAGO, IL 60673-1211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,370.00 |
|---|---|---|---|

**LIEBERMAN RESEARCH WORLDWIDE**
**1900 AVENUE OF THE STARS #1600**
**LOS ANGELES, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,714.12 |
|---|---|---|---|

**LIFE GAS**
**LINDE GAS NORTH AMERICA LLC**
**24963 NETWORK PLACE**
**CHICAGO, IL 60673-1249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,378.96 |
|---|---|---|---|

**LIFE INSURANCE COMPANY OF NORTH**
**AMERICA**
**PO BOX 782447**
**PHILADELPHIA, PA 19178-2447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $503.30 |
|---|---|---|---|

**LIGHTNING BOLT SOLUTIONS, INC**
**PO BOX 841448**
**DALLAS, TX 75284-1448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,204.54 |
|---|---|---|---|

**LINA**
**PO BOX 13701**
**PHILADELPHIA, PA 19101-3701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**LORNE HOLLAND**
**3200 S. GARFIELD AVE**
**SIOUX FALLS, SD 57105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,677.32** |
|---|---|---|---|

**LUCY WEBB HAYES NATIONAL TRAINING**
**c/o Avison Young**
**11921 ROCKVILLE PIKE SUITE 200**
**ROCKVILLE, MD 20850**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$132.00** |
|---|---|---|---|

**MAITLAND WINTER PARK PLUMBING**
**210 N. SWOOPE AVE**
**MAITLAND, FL 32751**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$850.00** |
|---|---|---|---|

**MALECKI & BROOKS LAW GROUP ,LLC**
**205 E. BUTTERFIELD RD SUITE 225**
**ELMHURST, IL 60126**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |
|---|---|---|---|

**MARJORIE HIDER**
**260 RIPPLING LANE**
**WINTER PARK, FL 32789**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.383 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,187.50** |
|---|---|---|---|

Mark J. Sheppardd
1622 W. Cornelia Ave #3
Chicago, IL 60657

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.384 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$169.73** |
|---|---|---|---|

**MARLIN BUSINESS BANK**
**PO BOX 13604**
**PHILADELHIA, PA 19101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,603.17** |
|---|---|---|---|

**MARLIN LEASING CORP 3604**
**PO BOX 13604**
**PHILADELPHIA, PA 19101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.386**

**Nonpriority creditor's name and mailing address**

**MARTIN, DECRUZE & COMPANY LLP**
**2777 SUMMER ST**
**4TH FLOOR**
**STAMFORD, CT 06905**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

**$3,400.00**

---

**3.387**

**Nonpriority creditor's name and mailing address**

**MASSEY SERVICES INC**
**PO BOX 547668**
**ORLANDO, FL 32854**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

**$74.55**

---

**3.388**

**Nonpriority creditor's name and mailing address**

**MCGUIRE PARK PHARMACY**
**2106 E MAIN STREET**
**RICHMOND, VA 23223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$354.55**

---

**3.389**

**Nonpriority creditor's name and mailing address**

**MCKESSON GENERAL MEDICAL CORP-GA**
**P.O. BOX 933027**
**ATLANTA, GA 31193**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

**$325,379.93**

---

**3.390**

**Nonpriority creditor's name and mailing address**

**MCKESSON MEDICAL SURGICAL**
**PO BOX 634404**
**CINCINNATI, OH 45263-4404**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

**$51,146.66**

---

**3.391**

**Nonpriority creditor's name and mailing address**

**McKesson Medical Surgical Inc**
**PO Box 634404**
**Cincinnati, OH 45263**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$24,740.21**

---

**3.392**

**Nonpriority creditor's name and mailing address**

**MED WASTE MANAGEMENT LLC**
**5850 W. 3RD STREET**
**STE 331**
**LOS ANGELES, CA 90036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$826.97**

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,072.18** |
|---|---|---|---|

**MED-ELECTRONICS, INC.**
**6608 VIRGINIA MANOR ROAD**
**BELTSVILLE, MD 20705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,749.23** |
|---|---|---|---|

**MEDCLEAN-CLINIC**
**4601 W. ADDISON ST**
**SUITE 700**
**CHICAGO, IL 60641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$296.73** |
|---|---|---|---|

**MEDELY INC**
**1315 3RD STREET PROMENADE**
**SUITE 500**
**SANTA MONICA, CA 90401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,200.00** |
|---|---|---|---|

**MEDICAL ANESTHESIA CONSULTANTS**
**MEDICAL G**
**PO BOX 749088**
**LOS ANGELES, CA 90074-9088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,381.36** |
|---|---|---|---|

**MEDICAL ARTS SUPPORT CORPORATION**
**25A DUBON CT**
**SUITE 205**
**FARMINGDALE, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,178.40** |
|---|---|---|---|

**MEDICAL COLLEGE OF WISCONSIN**
**PO BOX 13308**
**MILWAUKEE, WI 53213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$900.00** |
|---|---|---|---|

**MEDICAL GAS SOLUTIONS**
**20 McDonald Blvd**
**Suite 2**
**ASTON, PA 19014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,400.49 |
|---|---|---|---|

**MEDICAL OXYGEN SERVICES**
P.O. BOX 88666
CHICAGO, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,345.09 |
|---|---|---|---|

**MEDICAL PURCHASING SOLUTIONS, LLC**
15021 N. 74TH ST., STE. #300
SCOTTSDALE, AZ 85260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,495.00 |
|---|---|---|---|

**MEDICAL STAFFING NETWORK**
**HEALTHCARE**
PO BOX 840292
DALLAS, TX 75284-0292

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,731.97 |
|---|---|---|---|

**MEDICAL SYSTEMS GROUP INC**
4001 EVANGELINE TERRACE
OLNEY, MD 20832

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,375.26 |
|---|---|---|---|

**MEDIX STAFFING SOLUTIONS**
7839 SOLUTION CENTER
CHICAGO, IL 60677-7008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,707.16 |
|---|---|---|---|

**MEDIX STAFFING SOLUTIONS**
7839 SOLUTION CENTER
CHICAGO, IL 60677-7008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.66 |
|---|---|---|---|

**MEDLINE INDUSTRIES INC**
DEPT CH 14400
PALATINE, IL 60055-4400

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.407**

**Nonpriority creditor's name and mailing address**
**Meike Uhlerr, MD**
**6417 Bobby Jones Lane**
**Woodridge, IL 60517**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.408**

**Nonpriority creditor's name and mailing address**
**MERCEDES TRANSCRIPTION, INC.**
**4007-F NORBECK ROAD**
**ROCKVILLE, MD 20853**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$18,941.19**

---

**3.409**

**Nonpriority creditor's name and mailing address**
**MERCEDES- BENZ CREDIT**
**PO BOX 5209**
**CAROL STREAM, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,050.37**

---

**3.410**

**Nonpriority creditor's name and mailing address**
**METTLER-TOLEDO RAININ, LLC**
**27006 NETWORK PLACE**
**CHICAGO, IL 60673-1270**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$800.42**

---

**3.411**

**Nonpriority creditor's name and mailing address**
**MG HOSTING SERVICES LLC**
**3100 CARR 199**
**SUITE 402**
**SAN JUAN, PR 00926**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$5,916.00**

---

**3.412**

**Nonpriority creditor's name and mailing address**
**MICHELLE MACFARLANE**
**2336 E 2190 S.**
**SAINT GEORGE, UT 84790**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$11.25**

---

**3.413**

**Nonpriority creditor's name and mailing address**
**MIDDLEBROOK LAND LLP DBS EZ**
**STORAGE**
**12211 MIDDLEBROOK ROAD**
**Germantown, MD 28074**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$461.00**

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.414** | Nonpriority creditor's name and mailing address
**MILLENIUM SERVICES & SUPPLIES**
**102 NORTH EAST 2ND STREET**
**STE 343**
**BOCA RATON, FL 33432**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$6,652.39

---

**3.415** | Nonpriority creditor's name and mailing address
**MILLIPORE CORP**
**25760 NETWORK PLACE**
**CHICAGO, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$1,981.88

---

**3.416** | Nonpriority creditor's name and mailing address
**MINTZ, LEVIN,COHN,FERRIS,GLOVSKY,**
**AND PO**
**PO BOX 4539**
**BOSTON, MA 02212-4539**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$151,770.20

---

**3.417** | Nonpriority creditor's name and mailing address
**MK ASSET MANAGEMENT, LLC**
**ONE RIDESHIRE LANE**
**LINCOLNSHIRE, IL 60069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$900.00

---

**3.418** | Nonpriority creditor's name and mailing address
**MOBILE INFIRMARY MEDICAL CENTER**
**PO BOX 2144**
**MOBILE, AL 36652**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$6,339.13

---

**3.419** | Nonpriority creditor's name and mailing address
**MONARCH MEDICAL SUPPLIES**
**5425 HEDGEWICK WAY**
**CUMMING, GA 30040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$129.00

---

**3.420** | Nonpriority creditor's name and mailing address
**MOOD MEDIA NORTH AMERICA HOLDINGS**
**CORP**
**PO BOX 71070**
**CHARLOTTE, NC 28272-1010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$50.88

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.421** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$294.91**
**MOUNT PLEASANT WATERWORKS**
PO BOX 602832
CHARLOTTE, NC 28260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred
Last 4 digits of account number

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.422** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$196.75**
**MOYER & SEN INC**
**DBA MOYER INDOOR/OUTDOOR**
PO BOX 64198
SOUDERTON, PA 18964-0198

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred
Last 4 digits of account number

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.423** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,752.04**
**MSRH, LLC**
2600 W. HIGGINS RD.
SUITE 101
HOFFMAN ESTATES, IL 60169

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred
Last 4 digits of account number

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.424** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
**Myles Greenberg**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred
Last 4 digits of account number

Basis for the claim: __Indemnification agreement__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.425** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,509.80**
**NEIMAN GROUP**
2930 WESTWOOD BLVD # 100
LOS ANGELES, CA 90064

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred
Last 4 digits of account number

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.426** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45.96**
**NESTLE WATERS NORTH AMERICA**
**DBA READYREFRESH**
PO BOX 856680
LOUISVILLE, KY 40285-6680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred
Last 4 digits of account number

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.427** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$898.08**
**Nevada Linen Supply**
3960 W. Mesa Vista Avenue
Las Vegas, NV 89118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred
Last 4 digits of account number

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,920.05** |
|---|---|---|---|

**NEW RELIC, INC.**
**PO BOX 101812**
**PASADENA, CA 91189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,358.77** |
|---|---|---|---|

**NEXAIR LLC**
**PO BOX 125**
**MEMPHIS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,197.42** |
|---|---|---|---|

**NEXAIR, LLC**
**PO BOX 125**
**MEMPHIS, TN 38101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$88,404.54** |
|---|---|---|---|

**NexGen Healthcare, Inc.**
**PO Box 809390**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$139,868.88** |
|---|---|---|---|

**NEXTGEN LIFELABS LLC**
**384 NINA WAY**
**WARMINSTER, PA 18974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$282.57** |
|---|---|---|---|

**NIXON POWER SERVICES LLC**
**PO BOX 934345**
**ATLANTA, GA 31193-4345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,682.52** |
|---|---|---|---|

**NIXON UNIFORM SVC. & MEDICAL WEAR**
**CORPORATE HEADQUARTERS**
**500 CENTERPOINT BLVD.**
**NEW CASTLE, DE 19720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.435** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,449.78**

**NORCO, INC**
**PO BOX 413124**
**SALT LAKE CITY, UT 84141-3124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.436** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$364.64**

**NOREAST CAPITAL CORPORATION**
**PO BOX 4128**
**ANNAPOLIS, MD 21403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.437** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,988.20**

**NORTHSIDE HOSPITAL INC**
**ATLANTA NS PROPERTY MANAGEMENT**
**PO BOX 932409**
**ATLANTA, GA 30342-1611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.438** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$472.72**

**NORTHWEST BIOMEDICAL ASSOCIATES**
**400 112TH AVE NE**
**STE 300**
**BELLEVUE, WA 98004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.439** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,673.31**

**OAKS LIMITED PARTNERSHIP**
**PO BOX 76104**
**BALTIMORE, MD 21275-6104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.440** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00**

**OB HOSPITALS, INC**
**PO BOX 29781**
**RICHMOND, VA 23242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.441** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,154.90**

**OCC Purchase LLC**
**PO Box 30296**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.442**

**Nonpriority creditor's name and mailing address**

**Ocean Drug, Inc. [d/b/a Encino Pharmacy]**
**17071 Ventura Blvd.**
**Ste. 100**
**Encino, CA 91316**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,584.72**

---

**3.443**

**Nonpriority creditor's name and mailing address**

**Office Basics, Inc.**
**PO Box 2230**
**Marcus Hook, PA 19061**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$993.26**

---

**3.444**

**Nonpriority creditor's name and mailing address**

**Office Depot**
**PO Box 633204**
**Cincinnati, OH 45263-3204**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$29,866.10**

---

**3.445**

**Nonpriority creditor's name and mailing address**

**Office Depot**
**PO Box 29248**
**Phoenix, AZ 85038-9248**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$126.82**

---

**3.446**

**Nonpriority creditor's name and mailing address**

**Oliver Sprinkler Co, Inc.**
**501 Feneley Drive**
**King of Prussia, PA 19406**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$2,500.00**

---

**3.447**

**Nonpriority creditor's name and mailing address**

**On Hold Concepts**
**5521 100th St. SW**
**Lakewood, WA 98499**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$24.95**

---

**3.448**

**Nonpriority creditor's name and mailing address**

**OnTarget Group, Inc.**
**PO Box 602841**
**Charlotte, NC 28260**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$15,500.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|

Name

| 3.449 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$402,015.60** |
|---|---|---|---|

**Origio**
**PO BOx 712280**
**Cincinnati, OH 45271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$144.25** |
|---|---|---|---|

**OXARC**
**PO Box 2605**
**WA 99200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$357.00** |
|---|---|---|---|

**Pacific West Security Inc.**
**1587 Schallenberger Road**
**San Jose, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.452 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$827.50** |
|---|---|---|---|

**Palmetto Green Landscape and Design LLC**
**PO Box 568**
**Isle of Palms, SC 29451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.453 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,515.16** |
|---|---|---|---|

**Pandora Media Inc.**
**201 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.454 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95.94** |
|---|---|---|---|

**Paoli Company**
**1564 E. Lancaster Ave**
**Paoli, PA 19301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.455 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,301.69** |
|---|---|---|---|

**Park Center Properties, LLC**
**2630 E. Plateau Drive**
**Boise, ID 83712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|---|

**Parking Management, Inc.**
**1725 DeSales St. NW**
**# 300**
**Washington, DC 20036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69,010.00 |
|---|---|---|---|

**PAS**
**1229 Madison**
**Ste 1440**
**Seattle, WA 98104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,256.00 |
|---|---|---|---|

**Patriot Consulting, Inc.**
**Dept. #390**
**PO Box 1000**
**Memphis, TN 38148-0390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,603.50 |
|---|---|---|---|

**Patty Stull**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,349.68 |
|---|---|---|---|

**Pavilion Park, Inc.**
**PO Box 45752**
**Baltimore, MD 21297-5752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,535.37 |
|---|---|---|---|

**PC Connection**
**PO Box 536472**
**Pittsburgh, PA 15253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $573.50 |
|---|---|---|---|

**PCVS**
**120 West Saginaw St. East**
**East Lansing, MI 48823**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.00 |
|---|---|---|---|

**Peninsula Security Systerms Inc.**
590 West 9th Street
San Pedro, CA 90731

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $259.47 |
|---|---|---|---|

**PepCo**
PO Box 13608
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $421.83 |
|---|---|---|---|

**Perrfect Serve Inc.**
PO Box 841200
Dallas, TX 75284-1200

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,405.40 |
|---|---|---|---|

**Perryville Avenue Associates**
171 Route 173
Suite 201
Asbury, NJ 08802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,944.34 |
|---|---|---|---|

**PHC Medical Sales, Inc.**
1919 Maybank Highway
Charleston, SC 29412

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,501.16 |
|---|---|---|---|

**Philips Healthcare**
PO Box 100355
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $484.98 |
|---|---|---|---|

**Physicianswear**
2551 Forest Drive
Columbia, SC 29204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|

Name

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,457.50 |
|---|---|---|---|

**Pioneer Building Services, Inc.**
**12435 Park Potomac Ave**
**STE 200**
**Potomac, MD 20854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Pitney Bowes**
**PO Box 371874**
**Pittsburgh, PA 15250-7874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,471.18 |
|---|---|---|---|

**Pitney Bowes Global Financial Services**
**PO Box 371887**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**Planit Advertising Inc.**
**1414 Key Highway**
**Suite 100**
**Baltimore, MD 21230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,767.68 |
|---|---|---|---|

**Plaza Members III, LLC**
**7800 Forsyth Blvd**
**Suite 800**
**Saint Louis, MO 63105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,305.15 |
|---|---|---|---|

**Plumtree Orthopaedic Associates, LLC**
**8322 Bellona Ave.**
**Suite 100**
**Towson, MD 21204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,059.21 |
|---|---|---|---|

**Porsche Payment Center**
**75 Remittance Drive**
**Suite 1738**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $878.00 |
|---|---|---|---|

**Post Register**
**PO Box 1800**
**Idaho Falls, ID 83403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $808.26 |
|---|---|---|---|

**Premier Mantenance, Inc.**
**855 Main Street**
**9th Floor**
**Bridgeport, CT 06604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,517.60 |
|---|---|---|---|

**Prim Bac Colonnade LLC**
**Colliers International AEW Rent Deposits**
**717 North Harwood St.**
**Suite 300**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $248.86 |
|---|---|---|---|

**Prime Group Storage**
**551 Pepper Street**
**Monroe, CT 06468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $676.35 |
|---|---|---|---|

**Priority Dispatch Service Inc.**
**PO Box 1512**
**Stephens City, VA 22655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $950.29 |
|---|---|---|---|

**Priority Express Courier, Inc.**
**5 Chelsea Parkway**
**Marcus Hook, PA 19061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,123.56 |
|---|---|---|---|

**ProForma**
**P.O. Box 640814**
**Cincinnati, OH 45264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.484 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $60.36 |
|---|---|---|---|

**ProShred Security**
**803 Pressley Road**
**Charlotte, NC 28217**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $121.00 |
|---|---|---|---|

**ProShred Security**
**25 Industrial Blvd.**
**Paoli, PA 19301**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $187.06 |
|---|---|---|---|

**Protection 1/ADT**
**PO Box 219044**
**Kansas City, MO 64121-9044**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,871.72 |
|---|---|---|---|

**Provider Trust, Inc.**
**PO Box 306121**
**Nashville, TN 37203-6121**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $28.00 |
|---|---|---|---|

**Public Storage 08161**
**12425 NE 124th Street**
**Kirkland, WA 98034**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $273.40 |
|---|---|---|---|

**Pulitz Records MGT LV**
**3833 Octagon Road**
**North Las Vegas, NV 89030**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $255.50 |
|---|---|---|---|

**Quadient Inc.**
**PO Box 123689**
**Dept 3689**
**Dallas, TX 75312-3689**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $728.31 |
|---|---|---|---|

**Quadient Leasing USA, Inc.**
PO Box 123682
Dept 3682
Dallas, TX 75312-3682

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $253.47 |
|---|---|---|---|

**Quench USA Inc.**
PO Box 781393
Philadelphia, PA 19178-1393

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,957.61 |
|---|---|---|---|

**Quick Connections Answering Service Inc**
7713 Belle Point Drive
Greenbelt, MD 20770

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $282.30 |
|---|---|---|---|

**Quick International Courier**
PO Box 35417
Newark, NJ 07193-5417

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.82 |
|---|---|---|---|

**Quill Corp**
PO Box 37600
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,995.65 |
|---|---|---|---|

**R&S Communications**
2448 S. Pinehurst Place
Ontario, CA 91761

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,247.39 |
|---|---|---|---|

**Rackspace US Inc.**
PO Box 730759
Dallas, TX 75373-0759

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|

Name

---

**3.498**  **Nonpriority creditor's name and mailing address**

**RadioMD LLC**
**1600 Golf Road**
**Suite 1200**
**Rolling Meadows, IL 60008**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

$3,800.00

---

**3.499**  **Nonpriority creditor's name and mailing address**

**Rarx LLC**
**1911 Church Street Suite 202**
**Nashville, TN 37203**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

$11,312.50

---

**3.500**  **Nonpriority creditor's name and mailing address**

**RCN**
**PO Box 11816**
**Newark, NJ 07101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

$998.64

---

**3.501**  **Nonpriority creditor's name and mailing address**

**Ready Refresh by Nestle**
**PO Box  856192**
**Louisville, KY 40285-6192**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

$135.44

---

**3.502**  **Nonpriority creditor's name and mailing address**

**Recordsforce**
**124 Heritage Ave**
**Suite 202**
**Portsmouth, NH 03801**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

$945.00

---

**3.503**  **Nonpriority creditor's name and mailing address**

**Red Lion MedGas Consultants Inc.**

**123-A Sandy Drive**
**Newark, DE 19713**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

$150.00

---

**3.504**  **Nonpriority creditor's name and mailing address**

**Redwood Productions, Inc.**
**1784 Heritage Center Drive**
**Suite 202**
**Wake Forest, NC 27587**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

$1,765.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$82,319.25** |
|---|---|---|---|

**Reproductive Medicine Group**
5425 East Fletcher Ave
Ste 1
Tampa, FL 33617

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$65,240.00** |
|---|---|---|---|

**Reproductive Medicine of NJ**
Attn:  Lena Mignone/Finance Dept
140Allen Road
Basking Ridge, NJ 07920

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,781.00** |
|---|---|---|---|

**Reprosource Fertility Diagnostics Inc.**
200 Forest Street
2nd Floor, Suite B
Marlborough, MA 01752

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$413.00** |
|---|---|---|---|

**ReproTech**
14820 Kivett Ln
Reno, NV 89521

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Resolve the National Infertility Assoc**
7918 Jones Branch Drive
Suite 300
Mc Lean, VA 22102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$334.02** |
|---|---|---|---|

**Response Tap Inc.**
Dept LA 24462
Pasadena, CA 91185-4462

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,556.20** |
|---|---|---|---|

**Rialya Tech LLC**
1437 Payne Road
Schaumburg, IL 60173

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,320.74 |
|---|---|---|---|

**Richard Wolf Medical**
**2573 Momentum Place**
**Chicago, IL 60689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $221.25 |
|---|---|---|---|

**Richmond Express Inc.**
**PO Box 663**
**Richmond, VA 23218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84,666.27 |
|---|---|---|---|

**RingCentral Inc.**
**Dept Ch 19585**
**Palatine, IL 60055-9585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,918.17 |
|---|---|---|---|

**RingCentral, Inc.**
**20 Davis Drive**
**Belmont, CA 94002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,115.54 |
|---|---|---|---|

**RMS Associates Inc**
**1850 Lake Park Dr. SE**
**Suite 200**
**Smyrna, GA 30080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,391.55 |
|---|---|---|---|

**Roberts Oxygen Company**
**PO Box 5507**
**Derwood, MD 20855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,972.55 |
|---|---|---|---|

**Roche Diagnostics Corp**
**Mail Code 5021**
**PO Box 60367**
**Dallas, TX 75266-0367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  **IntegraMed America, Inc.**

Name

Case number (if known)  **20-11170 (LSS)**

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,648.60 |
|---|---|---|---|

**Roche Diagnostics Corporation**
Mail Code 5508
P.O. Box 71209
Charlotte, NC 28272-1209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320.00 |
|---|---|---|---|

**Rocket Medical**
50 Corporate Park Dr.
Unit 890
Pembroke, MA 02359

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,638.38 |
|---|---|---|---|

**Rocket Medical, LLC**
50 Coporate Park Drive
Unit 890
Pembroke, MA 02359

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,736.39 |
|---|---|---|---|

**ROIC California, LLC**
MS 631099
PO Box 3953
Seattle, WA 98124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $833.33 |
|---|---|---|---|

**RUSSELL FOULK**
6800 EVANS CREEK
RENO, NV 89509

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,561.35 |
|---|---|---|---|

**Salt Creek Campus LLC**
C/O MedProperties Group
71 S. Wacker Drive
Suite 3725
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,735.24 |
|---|---|---|---|

**Samsung Financial Solutions**
PO Box 911608
Denver, CO 80291-1608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$68.35** |
|---|---|---|---|

**Sara Downs**
**82 S. 980 E.**
**American Fork, UT 84003**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34,577.00** |
|---|---|---|---|

**SC JUA**
**Lock Box 932523**
**Atlanta, GA 31193-2523**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$123.00** |
|---|---|---|---|

**Schuyler House**
**27821 Freemont Court**
**Suite 8**
**Valencia, CA 91355**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,358.84** |
|---|---|---|---|

**Scripps/XiMed Medical Center**
**9850 Genesee Avenue**
**Suite 900**
**La Jolla, CA 92037**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$253.75** |
|---|---|---|---|

**Search America, Inc.**
**PO Box 886133**
**Los Angeles, CA 90088**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$138.00** |
|---|---|---|---|

**Secure On-Site Shredding**
**PO Box 357**
**Dunedin, FL 34697**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$411.99** |
|---|---|---|---|

**Security Press**
**2525 W. Commodore Way**
**Seattle, WA 98199**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.533 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $122.17 |
|---|---|---|---|

**Sentry Surgical Supply Inc.**
**117 Boro Lone Road**
**King of Prussia, PA 19406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,244.00 |
|---|---|---|---|

**Shady Grove Chesterbrook Lender L.P.**
**9600 Blackwell Road**
**Suite 500**
**Rockville, MD 20850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $61.38 |
|---|---|---|---|

**Shamrock Scientific**
**Specialty Systems Incc.**
**34 Davis Drive**
**PO Box 143**
**Bellwood, IL 60104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor1.38__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,905.00 |
|---|---|---|---|

**Sharon Covington, LCSW-C**
**12912 Three Sisters Road**
**Potomac, MD 20854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $73.68 |
|---|---|---|---|

**Sharps Compliance Inc.**
**PO Box 679502**
**Dallas, TX 75367-9502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $620.67 |
|---|---|---|---|

**Sheathing Technologies, Inc.**
**675 Jarvis Drive**
**Morgan Hill, CA 95037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $846.94 |
|---|---|---|---|

**Shi International Corp**
**PO Box 952121**
**Dallas, TX 75395-2121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|--------|------------------------------|------------------------|--------------------|
|        | Name |  |  |

---

**3.540** | Nonpriority creditor's name and mailing address

**Shred It US JV LLC**
**CDD LLC**
**28883 Network Place**
**Chicago, IL 60673-1282**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,824.85**

---

**3.541** | Nonpriority creditor's name and mailing address

**Siemens Healthcare Diagnostics**
**PO Box 121102**
**Dallas, TX 75312**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$58,844.82**

---

**3.542** | Nonpriority creditor's name and mailing address

**Siemens Medical Solutions, USA Inc.**
**PO Box 120001**
**Dept 0733**
**Dallas, TX 75312**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,922.28**

---

**3.543** | Nonpriority creditor's name and mailing address

**Siemens Medical Solutions, USA Inc.**
**Dept LA 21536**
**Pasadena, CA 91185**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$920.58**

---

**3.544** | Nonpriority creditor's name and mailing address

**Sigma-Aldrich**
**PO Box 535182**
**Atlanta, GA 30353-5182**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$754.03**

---

**3.545** | Nonpriority creditor's name and mailing address

**Sigma-Aldrich, Inc.**
**PO Box 535182**
**Atlanta, GA 30353**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$750.06**

---

**3.546** | Nonpriority creditor's name and mailing address

**Sign Language USA LLC**
**PO Box 1246**
**Mc Lean, VA 22101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,744.00 |
|---|---|---|---|

**Silent Pictures**
6738 N. Hiawatha
Chicago, IL 60646

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |
|---|---|---|---|

**Sleep Safe Anesthesia Services LLC**
1205 N. Garfield St. #308
Arlington, VA 22201

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $512.77 |
|---|---|---|---|

**Smart City-Telecom - 538412**
PO Box 733082
Dallas, TX 75373-3082

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116,531.16 |
|---|---|---|---|

**SMB, LLC**
3745 Pacific Street
Las Vegas, NV 89121

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,795.62 |
|---|---|---|---|

**So-Flo Venture, LLC**
CL600100
PO Box 24620
West Palm Beach, FL 33416

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,057.59 |
|---|---|---|---|

**Solarwinds, Inc.**
PO Box 730720
Dallas, TX 75373

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,086.00 |
|---|---|---|---|

**Sonitrol of Greater Richmond Inc.**
PO Box 5728
Glen Allen, VA 23058

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|

Name

---

**3.554**

**Nonpriority creditor's name and mailing address**

**Sonitrol Security Systems of Charleston**
**4455 Tile Drive**
**North Charleston, SC 29405**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$329.97

---

**3.555**

**Nonpriority creditor's name and mailing address**

**South Carolina Patients Compensation Fun**
**SCPCF**
**111 Executive Center Dr.**
**Ste. 103**
**Columbia, SC 29210**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$2,499.00

---

**3.556**

**Nonpriority creditor's name and mailing address**

**South Miami Pharmacy**
**7425 SW 42 Street**
**Miami, FL 33155**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$300.00

---

**3.557**

**Nonpriority creditor's name and mailing address**

**Southeastern Press Inc.**
**PO Box 6127**
**Mobile, AL 36660**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$3,673.88

---

**3.558**

**Nonpriority creditor's name and mailing address**

**Southern Anesthesia & Surgical Inc.**
**One Southern Court**
**West Columbia, SC 29169**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$467.63

---

**3.559**

**Nonpriority creditor's name and mailing address**

**Southern Elevator**
**PO Box 538596**
**Atlanta, GA 30353-8596**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$432.57

---

**3.560**

**Nonpriority creditor's name and mailing address**

**Sparkletts & Sierra Spring**
**PO Box 660579**
**Dallas, TX 75266**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$280.40

---

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 3.561 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $461.12 |
|---|---|---|---|
| | **Spectrio, LLC**<br>**PO Box 890271**<br>**Charlotte, NC 28289** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.562 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,873.90 |
|---|---|---|---|
| | **Spectrum Technologies**<br>**1532 Chablis Road**<br>**Suite 101**<br>**Healdsburg, CA 95448** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.563 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $41,942.37 |
|---|---|---|---|
| | **Spring Valley Medical Properties II, LLC**<br>**4722 N. 24th Street**<br>**Suite 400**<br>**Phoenix, AZ 85016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.564 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,224.29 |
|---|---|---|---|
| | **Staples**<br>**PO Box 660409**<br>**Dallas, TX 75266-0409** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $857.74 |
|---|---|---|---|
| | **Staples Advantage**<br>**PO Box  105748**<br>**Atlanta, GA 30348-5748** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.566 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $231.17 |
|---|---|---|---|
| | **Star Imaging**<br>**5333 Henneman Drive**<br>**Norfolk, VA 23513** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.567 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $722.24 |
|---|---|---|---|
| | **State of Maryland**<br>**Dept of Budget and Management 1516**<br>**Baltimore, MD 21203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.568** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$715.00**

**Stephenson General Contractors**
PO Box 1187
109 W. Market Street
Smithfield, NC 27577

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.569** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$499.89**

**Stericycle Inc.**
PO Box 6575
Carol Stream, IL 60197-6575

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.570** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,182.46**

**Stericycle, Inc.**
PO Box 6582
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.571** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,139.48**

**Stericycle, Inc.**
PO Box 6578
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.572** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29.00**

**Sterling InfoSystems Inc.**
PO Box 35626
Newark, NJ 07193-5626

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.573** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$343.35**

**Sterling Talent Solutions**
PO Box 35626
Newark, NJ 07193-5626

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.574** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$955.24**

**STI Group LTD**
201 Rock Road
Suite 2X
Glen Rock, NJ 07452

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.575** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,827.50**

**Stone Point Consulting, Inc.**
**3078 E. Stone Point Drive**
**Boise, ID 83712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.576** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,195.00**

**Storquest-Torrance**
**20428 Earl Street**
**Torrance, CA 90503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.577** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,926.55**

**Straight Eight Properties, LLC**
**PO Box 9604**
**Pensacola, FL 32503-3407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.578** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,112.46**

**Stryker Endoscopy**
**c/o Stryker Sales Corp**
**PO Box 93276**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.579** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$107.67**

**Summit Transcription Services Inc.**
**PO Box 1431**
**West Jordan, UT 84084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.580** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$485.52**

**Sundun, Inc. of Washington**
**PO Box 39**
**Beltsville, MD 20705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.581** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$729.96**

**Sunset Linen**
**3016 Dutton Ave**
**Santa Rosa, CA 95407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|

Name

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $975.00 |
|---|---|---|---|

**Supero Healthcare Solutions, LLC**
**PO Box 1937**
**San Antonio, TX 78297-1937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $484.32 |
|---|---|---|---|

**Tarheel Linen Service**
**PO Box 15028**
**Durham, NC 27704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,300.00 |
|---|---|---|---|

**Taylor Sparks and Kyle Sparks**
**136 Charlton Road**
**Hubert, NC 28539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,709.70 |
|---|---|---|---|

**TD Media**
**PO Box 231927**
**Encinitas, CA 92023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.25 |
|---|---|---|---|

**Tel-Answer Inc.**
**506 S. 5th Street**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,775.50 |
|---|---|---|---|

**Teladoc Inc.**
**Dept 3417**
**PO Box 123417**
**Dallas, TX 75312-3417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,575.00 |
|---|---|---|---|

**Tempdev Inc.**
**2550 Sand Hill Road**
**#100**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.589**

**Nonpriority creditor's name and mailing address**

**Terminix**
**Terminix Processing Center**
**PO Box 742592**
**Cincinnati, OH 45274**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$412.96**

---

**3.590**

**Nonpriority creditor's name and mailing address**

**Tesla Finance LLC**
**PO Box 4387**
**Portland, OR 97208**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,648.77**

---

**3.591**

**Nonpriority creditor's name and mailing address**

**The Certif-A-Gift Company Inc.**
**PO Box 1998**
**Arlington Heights, IL 60006**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$637.66**

---

**3.592**

**Nonpriority creditor's name and mailing address**

**The Offices at Twelve Mile**
**4721 C Sunset Blvd**
**Lexington, SC 29072**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,083.04**

---

**3.593**

**Nonpriority creditor's name and mailing address**

**The Ultimate Software Group, Inc.**
**PO Box 930953**
**Atlanta, GA 31193**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$103,850.37**

---

**3.594**

**Nonpriority creditor's name and mailing address**

**Thermal Concepts Inc.**
**2201 College Ave**
**Fort Lauderdale, FL 33317**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$778.50**

---

**3.595**

**Nonpriority creditor's name and mailing address**

**Thomas Medical Inc.**
**PO Box 1627**
**Indianapolis, IN 46278**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$2,582.43**

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12,092.14 |
|---|---|---|---|

**TIAA Commercial Finance, Inc.**
**PO Box  911608**
**Denver, CO 80291-1608**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $243.83 |
|---|---|---|---|

**Time Warner Cable**
**PO Box 70872**
**Charlotte, NC 28272-0872**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $421.22 |
|---|---|---|---|

**Titus Medical LLC**
**7000 Regent Parkway**
**Suite 106**
**Fort Mill, SC 29715**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,362.34 |
|---|---|---|---|

**Tosoh BioScience Inc.**
**PO Box 712415**
**Cincinnati, OH 45271**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,803.24 |
|---|---|---|---|

**Total Office Online, Inc.**
**18 Technology Drive**
**Ste. 113**
**Irvine, CA 92618**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,174.73 |
|---|---|---|---|

**Trane U.S. Inc.**
**PO Box 98167**
**Chicago, IL 60693**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,995.74 |
|---|---|---|---|

**Trilogy Enterprises LLC**
**c/o ACMI**
**1110 Prodessional Court**
**Suite 300**
**Hagerstown, MD 21740**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,525.00 |
|---|---|---|---|
| | **Trilogy Medwaste Southeast LLC**<br>**PO Box 670650**<br>**Dallas, TX 75267** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51.67 |
|---|---|---|---|
| | **Tyl Taylor** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $217.57 |
|---|---|---|---|
| | **U-Haul**<br>**PO Box 52128**<br>**Phoenix, AZ 85072** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $264.24 |
|---|---|---|---|
| | **Uline**<br>**Accts Receivable**<br>**PO Box 88741**<br>**Chicago, IL 60680-1741** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|
| | **Ulmen Anesthesia LLC**<br>**1740 Turk Road**<br>**Doylestown, PA 18901** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,242.33 |
|---|---|---|---|
| | **Uniform Property Management LLC**<br>**8403 Westglen Dr.**<br>**Houston, TX 77063** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108.63 |
|---|---|---|---|
| | **United Imaging**<br>**21201 Oxnard Street**<br>**Woodland Hills, CA 91367** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.610**

**Nonpriority creditor's name and mailing address**

**Unitex Textile Rental**
**155 S. Terrace Ave.**
**Mount Vernon, NY 10550**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$249.98**

---

**3.611**

**Nonpriority creditor's name and mailing address**

**Universal Building Services**
**3120 Pierce Street**
**Richmond, CA 94804**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$247.78**

---

**3.612**

**Nonpriority creditor's name and mailing address**

**University Fertility Consultants**
**PO Box 3590**
**Portland, OR 97208**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$40,993.60**

---

**3.613**

**Nonpriority creditor's name and mailing address**

**University Medical Service Asso.**
**PO Box 917492**
**Orlando, FL 32891**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$20,000.00**

---

**3.614**

**Nonpriority creditor's name and mailing address**

**University Medical Service Association**
**PO Box 917492**
**Orlando, FL 32891-7492**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$20,000.00**

---

**3.615**

**Nonpriority creditor's name and mailing address**

**University of South Florida**
**USF Health Payment Center**
**PO Box 864300**
**Orlando, FL 32886-4300**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$10,416.67**

---

**3.616**

**Nonpriority creditor's name and mailing address**

**UPMC Pinnacle**
**PO Box 8700**
**Harrisburg, PA 17105**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$13,963.87**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **IntegraMed America, Inc.**

Name

Case number (if known)    **20-11170 (LSS)**

| | | |
|---|---|---|
| 3.617 | **Nonpriority creditor's name and mailing address**<br>**UPMC Pinnacle**<br>**Corporate Real Estate**<br>**PO Box 8700**<br>**Harrisburg, PA 17105-8700**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$13,963.87** |
| 3.618 | **Nonpriority creditor's name and mailing address**<br>**UPS**<br>**PO Box 7247-9244**<br>**Philadelphia, PA 19170**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$124.00** |
| 3.619 | **Nonpriority creditor's name and mailing address**<br>**UPS**<br>**PO Box 7247-0244**<br>**Philadelphia, PA 19170-0001**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendodr**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$124.00** |
| 3.620 | **Nonpriority creditor's name and mailing address**<br>**US Bank**<br>**PO Box 790448**<br>**Saint Louis, MO 63179**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,122.58** |
| 3.621 | **Nonpriority creditor's name and mailing address**<br>**US Bank**<br>**PO Box 790448**<br>**Saint Louis, MO 63179**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,690.37** |
| 3.622 | **Nonpriority creditor's name and mailing address**<br>**US Bank 790408**<br>**PO Box 790408**<br>**Saint Louis, MO 63179-0408**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,690.37** |
| 3.623 | **Nonpriority creditor's name and mailing address**<br>**US Bank 790448**<br>**PO Box 790448**<br>**Saint Louis, MO 63179**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,122.58** |

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|

Name

---

**3.624** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,379.53**

**US Linen & Uniform**
**1106 Harding St.**
**Richland, WA 99352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.625** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,121.38**

**US Messenger & USM Logistics, Inc.**
**7790 Quincy St.**
**Willowbrook, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.626** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,121.38**

**US Messengerr & USM Logistics, Inc.**
**7790 Quincy Street**
**Willowbrook, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.627** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40.26**

**USA Scientific**
**PO Box 30000**
**Orlando, FL 32891**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.628** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40.26**

**USA Scientific**
**Accounts Receivable**
**PO Box 30000**
**Orlando, FL 32891**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.629** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,752.99**

**Vanguard Communications**
**2400 Broadway**
**Suite 3**
**Denver, CO 80205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.630** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,752.99**

**Vanguard Communications**
**2400 Broadway**
**Suite 3**
**Denver, CO 80205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|

Name

---

**3.631**

**Nonpriority creditor's name and mailing address**

**Vasco Rx Specialty Pharmacy**
**4045 E. Bell Rd.**
**Suite 163**
**Phoenix, AZ 85032**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$903.00**

---

**3.632**

**Nonpriority creditor's name and mailing address**

**Veolia Es Technical Solutions, LLC**
**PO Box 102296**
**Pasadena, CA 91189**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$637.81**

---

**3.633**

**Nonpriority creditor's name and mailing address**

**Veolia ES Technical Solutions, LLC**
**PO Box 102296**
**Pasadena, CA 91189-2296**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$637.81**

---

**3.634**

**Nonpriority creditor's name and mailing address**

**Verizon**
**PO Box 16801**
**Newark, NJ 07101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$192.56**

---

**3.635**

**Nonpriority creditor's name and mailing address**

**Verizon Business**
**PO Box 15043**
**Albany, NY 12212**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$4,386.56**

---

**3.636**

**Nonpriority creditor's name and mailing address**

**Verizon Wireless**
**PO Box 25505**
**Lehigh Valley, PA 18002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$2,051.73**

---

**3.637**

**Nonpriority creditor's name and mailing address**

**Verizon Wireless**
**PO Box 660108**
**Dallas, TX 75266**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,121.91**

---

Debtor    **IntegraMed America, Inc.**                                     Case number (if known)    **20-11170 (LSS)**
_____
Name

| 3.638 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$404.30** |
|---|---|---|---|
| | **Verizon Wireless**<br>**PO Box 25505**<br>**Lehigh Valley, PA 18002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Vendor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.639 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,121.91** |
|---|---|---|---|
| | **Verizon Wireless**<br>**PO Box 660108**<br>**Dallas, TX 75266** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Vendor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.640 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$486.18** |
|---|---|---|---|
| | **Victorian Office LLC**<br>**250 S. Bobwhite Ct.**<br>**Suite 230**<br>**Boise, ID 83706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Vendor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.641 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$486.18** |
|---|---|---|---|
| | **Victorian Office LLC**<br>**250 S. Bobwhite Court**<br>**Suite 230**<br>**Boise, ID 83706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Vendor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.642 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$801.24** |
|---|---|---|---|
| | **Vital Records Control of AL**<br>**Dept 5874**<br>**PO Box 11407**<br>**Birmingham, AL 35246** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Vendor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.643 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$801.24** |
|---|---|---|---|
| | **Vital Records Control of Alabama**<br>**Dept 5874**<br>**PO Box 11407**<br>**Birmingham, AL 35246-5874** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Vendor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.644 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$398.11** |
|---|---|---|---|
| | **Vital Records Control of South Carolina**<br>**Dept 5874**<br>**PO Box 11407**<br>**Birmingham, AL 35246** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Vendor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|

Name

---

**3.645**

**Nonpriority creditor's name and mailing address**

**Vital Records Control of South Carolina**
**Dept 5874**
**PO Box 11407**
**Birmingham, AL 35246**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$398.11**

---

**3.646**

**Nonpriority creditor's name and mailing address**

**Vital Records Holdings LLC**
**PO Box 11407**
**Birmingham, AL 35246-5874**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$645.64**

---

**3.647**

**Nonpriority creditor's name and mailing address**

**Vitrolife**
**1715 Solutions Center**
**Chicago, IL 60677**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$69,241.10**

---

**3.648**

**Nonpriority creditor's name and mailing address**

**Vitrolife**
**1715 Solutions Center**
**Chicago, IL 60677**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$69,241.10**

---

**3.649**

**Nonpriority creditor's name and mailing address**

**VWR International**
**PO Box 640169**
**Pittsburgh, PA 15264**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$33,989.29**

---

**3.650**

**Nonpriority creditor's name and mailing address**

**VWR International**
**PO Box 640169**
**Pittsburgh, PA 15264**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$33,989.29**

---

**3.651**

**Nonpriority creditor's name and mailing address**

**W.B. Mason Company**
**PO Box 981101**
**Boston, MA 02298**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$12,578.82**

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

**3.652**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,646.19** |
|---|---|---|
| Wageworks<br>Corporate Office<br>PO Box 45772<br>San Francisco, CA 94145 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Vendor__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.653**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,646.19** |
|---|---|---|
| Wageworks<br>Corporate Office<br>PO Box 45772<br>San Francisco, CA 94145 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Vendor__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.654**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,525.00** |
|---|---|---|
| Wal-Mark Contracting Group LLC<br>NATIONAL CONSTRUCTION ENTERPRISES INC<br>5203 NORTH HOWARD AVE<br>Tampa, FL 33603 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Vendor__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.655**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,525.00** |
|---|---|---|
| Wal-Mark Contracting Group LLC<br>NATIONAL CONSTRUCTION ENTERPRISES INC<br>5203 NORTH HOWARD AVE<br>Tampa, FL 33603 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Vendor__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.656**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$192.33** |
|---|---|---|
| Wasatch Greenspaces<br>3267 East 3300 South No. 513<br>Salt Lake City, UT 84109 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Vendor__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.657**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$192.23** |
|---|---|---|
| Wasatch Greenspaces<br>3267 East 3300 South No. 513<br>Salt Lake City, UT 84109 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Vendor__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.658**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,227.68** |
|---|---|---|
| Waste Management of Pennsylvania<br>PO Box 13648<br>Philadelphia, PA 19101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Vendor__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,227.68 |
|---|---|---|---|

**Waste Management of Pennsylvania**
PO Box 13648
Philadelphia, PA 19101

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.26 |
|---|---|---|---|

**Water Specialties Inc.**
4118 South 500 West
Salt Lake City, UT 84123

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.26 |
|---|---|---|---|

**Water Specialties Inc.**
4118 South 500 West
Salt Lake City, UT 84123

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,812.01 |
|---|---|---|---|

**Waterworks Partners II, Inc.**
4701 Von Karman Ave.
Suite 100
Newport Beach, CA 92660

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,016.75 |
|---|---|---|---|

**WBEB-FM**
PO Box 92911
Cleveland, OH 44194

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $955.80 |
|---|---|---|---|

**Weinterpret.net**
PO Box 250
Libertytown, MD 21762

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $640.16 |
|---|---|---|---|

**Wells Fargo**
PO Box 650073
Dallas, TX 75265

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57,578.34** |
|---|---|---|---|

**Welltower OM Group LLC**
**29126 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,025.00** |
|---|---|---|---|

**Wessne's Janitorial, Inc.**
**PO Box 5414**
**Berkeley, CA 94705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,063.92** |
|---|---|---|---|

**West 18th Street Venture LLC**
**PO Box 32072**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**West Oak LLC**
**1165 Imperial Drive**
**Suite 300**
**ATTN MATT ANDREWS**
**Hagerstown, MD 21740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,069.11** |
|---|---|---|---|

**West Publishing Corp**
**PO Box 412197**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,839.00** |
|---|---|---|---|

**Westminster Executive Plaza LLC**
**cSunny Hills Pallodium LLC**
**600 WEST SANTA ANA BLVD, STE 800**
**Santa Ana, CA 92701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,700.00** |
|---|---|---|---|

**WIAD-FM**
**PO Box 74090**
**Cleveland, OH 44194**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **IntegraMed America, Inc.** | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|
| | Name | | |

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,525.00 |
|---|---|---|---|
| | **Wilson & Corbin, APLC**<br>**17817 Balle De Lobo Dr.**<br>**Poway, CA 92064** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,847.98 |
|---|---|---|---|
| | **Windrose Wellington Properties Ltd.**<br>**HEALTHCARE PROP.MANAGERS OF**<br>**AMERICA C/O**<br>**29126 NETWORK PLACE**<br>**Chicago, IL 60673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,253.00 |
|---|---|---|---|
| | **WMMR-FM**<br>**One Bala Plaza**<br>**Suite 429**<br>**Bala Cynwyd, PA 19004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,335.13 |
|---|---|---|---|
| | **Womens Care Florida LLC**<br>**5002 W. Lemon St.**<br>**Tampa, FL 33609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,600.00 |
|---|---|---|---|
| | **Woodstown Anesthesia LLC**<br>**2 Lantern Lane**<br>**Tampa, FL 33609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $495.00 |
|---|---|---|---|
| | **Workcast Inc.**<br>**Pioneer Building**<br>**95 South Jackson St.**<br>**Suite 100**<br>**Seattle, WA 98104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,644.40 |
|---|---|---|---|
| | **WWMX-FM**<br>**PO Box 74090**<br>**Cleveland, OH 44194** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **IntegraMed America, Inc.** | | Case number (if known) | **20-11170 (LSS)** |
|---|---|---|---|---|
| | Name | | | |

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,731.44** |
|---|---|---|---|
| | **Y.C.P Cleaning Service**<br>**1011 Rock Forest Way**<br>**Fort Mill, SC 29707** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Vendor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,516.00** |
|---|---|---|---|
| | **Your Public Radio Corp.**<br>**2216 N Charles St.**<br>**Baltimore, MD 21218** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Vendor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$63.90** |
|---|---|---|---|
| | **Zengeler Cleaners**<br>**660 Dundee Road**<br>**Suite 1001**<br>**Northbrook, IL 60062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Vendor__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 8,084,893.60 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 8,084,893.60 |

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 376 of 376

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    **IntegraMed America, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **20-11170 (LSS)**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for 907 N ELM ST, STE 200, Hinsdale, IL** | |
| | State the term remaining | **6/19/2023** | **Accounting Manager** |
| | List the contract number of any government contract | | **40 Skokie Blvd., Suite 410 Northbrook, IL 60062** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for 2021 K ST NW, STE 710 A, Washington, DC** | |
| | State the term remaining | **5/31/2024** | **Alexis Brown** |
| | List the contract number of any government contract | | **2021 K LLC c/o TF Cornerstone Inc 387 Park Ave. S New York, NY 10016** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for 2021 K ST NW, STE 750, Washington, DC** | |
| | State the term remaining | **5/31/2024** | **Alexis Brown** |
| | List the contract number of any government contract | | **2021 K LLC c/o TF Cornerstone Inc 387 Park Ave. S New York, NY 10016** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for 2021 K ST NW, STE 101, Washington, DC** | |
| | State the term remaining | **5/31/2024** | **Alexis Brown** |
| | List the contract number of any government contract | | **2021 K LLC c/o TF Cornerstone Inc 387 Park Ave. S New York, NY 10016** |

| Debtor 1 | **IntegraMed America, Inc.** | | | Case number (*if known*) | **20-11170 (LSS)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for 100 PARK PL, SUITES 130 170 200, San Ramon, CA** | |
|---|---|---|---|
| | State the term remaining | **6/30/2026** | **Andy Wiratama , Anya Chanes Independent Holdings, LLC 608 N El Camino Real San Mateo, CA 94401** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for 19500 SANDRIDGE WAY, STE 280 A, Leesburg, VA** | |
|---|---|---|---|
| | State the term remaining | **11/31/2021** | **Anne McCannon HSRE Capmed LLC 6110 Executive Blvd., Suite 800 Rockville, MD 20852** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for 901 DULANEY VLY RD, STE 616 AND STE 100, Towson, MD** | |
|---|---|---|---|
| | State the term remaining | **5/31/2023** | **Anthony G. LaBarbera, Rebecca Shipwash Guardian Realty Fund II Dulaney LLC 6000 Executive Blvd., Suite 400 Rockville, MD 20852** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for 15066 LOS GATOS ALAMADEN RD (NEW), STE 100, Los Gatos, CA** | |
|---|---|---|---|
| | State the term remaining | **6/30/2026** | **Barry Mirkin Mirkin Trust 542 Lakeside Dr., Ste 2A Mountain View, CA 94040** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for 425 FIFTH AVE, STE 602, New York, NY** | |
|---|---|---|---|
| | State the term remaining | **4/30/2025** | **Cat Wong Chang Kuo Reality LLC Murray Hill Station PO Box 1851 New York, NY 10156** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

| Debtor 1 | **IntegraMed America, Inc.** | | | Case number *(if known)* | **20-11170 (LSS)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for 3055 112TH AVE NE, STE 201 A, Bellevue, WA** | |
|---|---|---|---|
| | State the term remaining | **2/28/2021** | **CBRE, c/o DWF West Lake LLC Corporate Campus E 1605 5th Ave., Suite 400 Seattle, WA 98101** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Clinic Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | **8/31/2032** | **Center for Reproductive Medicine, P.A. 3435 Pinehurst Avenue Orlando, FL 32804** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for 2000 MEDICAL PKWY, STE 308, Annapolis, MD** | |
|---|---|---|---|
| | State the term remaining | **12/31/2024** | **Christine N. Corradini Belcher Pavilion 2001 Medical Parkway Annapolis, MD 21401** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Clinic Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | **9/14/2032** | **Coastal Fertility Specialists, LLC 1375 Hospital Drive Mount Pleasant, SC 29464** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for 6330 SAN VICENTE BLVD, SUITES 408 238 (UPDATED), Los Angeles, CA** | |
|---|---|---|---|
| | State the term remaining | **8/31/2022** | **Douglas Emmett Douglas Emmett Management LLC 6330 San Vicente Blvd., Ste 220 Los Angeles, CA 90048** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for 1505 WESTLAKE AVE N, SUITES 400 495 300 310, Seattle, WA** | **DWF V West Lake, LLC cDivcoWest Real Estate Services, LLC Attn: Helen Tann 575 Market Street, 35th Fl San Francisco, CA 94105** |
|---|---|---|---|

Debtor 1    **IntegraMed America, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*    **20-11170 (LSS)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining        /28/2025 | |
| List the contract number of any government contract | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for 3209 S 23RD ST, STE 350 3RD FL, Tacoma, WA** | |
| | State the term remaining | **10/31/2022** | **Ed Luera** |
| | List the contract number of any government contract | | **Clise Properties, Inc.** **1700 7th Ave., Suite 1800** **Seattle, WA 98101** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for 12333 NE 130TH LN, STE 220 -, Kirkland, WA** | |
| | State the term remaining | **2/28/2025** | **Evergreen Hospital Medical Center** |
| | List the contract number of any government contract | | **King County Public Hospital No. 2** **Property Management - Mailbox #2** **12040 NE 128th Street** **Kirkland, WA 98034** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for 3010 CRAIN HWY, STE 201, Waldorf, MD** | |
| | State the term remaining | **3/31/2021** | **Farhad Saba** |
| | List the contract number of any government contract | | **The Saba Group Inc.** **11637 Ter Dr, Suite 200** **Waldorf, MD 20602** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Clinic Master Service Agreement** | |
| | State the term remaining | **2/15/2042** | **Fertility Centers of Illinois, S.C.** |
| | List the contract number of any government contract | | **3703 W. Lake Avenue** **Suite 310** **Glenview, IL 60026** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Clinic Master Service Agreement** | |
| | State the term remaining | **12/1/2034** | **Foulk & Whitten Nevada Center for Reproductive Medicin, PC** |
| | List the contract number of any government contract | | **645 Sierra Rose Drive** **Suite 205** **Reno, NV 89511** |

| Debtor 1 | **IntegraMed America, Inc.** | | | Case number *(if known)* | **20-11170 (LSS)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Nonresidential real property lease for 1098 FOSTER CITY BLVD, STE 210 (A210 A205), Foster City, CA 7/31/2022 | |
|---|---|---|---|
| | State the term remaining | | Francesca Busalacchi |
| | | | ROIC California, LLC Attn: Chief Operati |
| | List the contract number of any government contract | | 8905 Towne Ctr Dr., Suite 108 |
| | | | San Diego, CA 92122 |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Nonresidential real property lease for 2960 N STATE RD 7, SUITES 100 200 300, Margate, FL 8/31/2020 | |
|---|---|---|---|
| | State the term remaining | | Gary Gagne, Director of Leasing |
| | | | Montecito Medical |
| | | | Northwest Medical Park |
| | List the contract number of any government contract | | 550 Heritage Dr., Suite 200 |
| | | | Jupiter, FL 33458 |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Nonresidential real property lease for 5215 LOUGHBORO RD, STE 410 A, Washington, DC 3/31/2027 | |
|---|---|---|---|
| | State the term remaining | | Grace Waldron |
| | | | Avison Young |
| | List the contract number of any government contract | | 5255 Loughboro Rd NW |
| | | | Washington, DC 20016 |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Nonresidential real property lease for 2333 PONCE DE LEON BLVD, SUITES 126 & 128, Coral Gables, FL 1/31/2023 | |
|---|---|---|---|
| | State the term remaining | | Hilda Mendoza, property manager |
| | | | Prim BAC Colonnade, LLC c/o PointeGroup |
| | List the contract number of any government contract | | 2333 Ponce De Leon Blvd. Ste R210 |
| | | | Miami, FL 33134 |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Clinic Master Service Agreement | |
|---|---|---|---|
| | State the term remaining | 12/1/2034 | Idaho Center for Reproductive Medicine |
| | | | 111 Main Street |
| | List the contract number of any government contract | | Suite 100 |
| | | | Boise, ID 83702 |

Debtor 1 __IntegraMed America, Inc.__                                                   Case number (*if known*)   __20-11170 (LSS)__

First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for 15920 E INDIANA AVE, STE 200 A, Spokane Valley, WA** | |
|---|---|---|---|
| | State the term remaining | **9/30/2020** | **Indiana Investors Group, L.L.C., c/o Lol Indiana Investors Group, LLC 9614 N. Cedar Rd. Spokane, WA 99208** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for 7280 W PALMETTO PARK RD, STE 104-N, Boca Raton, FL** | |
|---|---|---|---|
| | State the term remaining | **6/30/2021** | **Jackie Villamayor, So-Flo Venture/CBRE c/o Liberty Equities USA, LC 534 Willow Ave., Suite 203 Cedarhurst, NY 11516** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for 510 N PROSPECT AVE, SUITES 202 205, Redondo Beach, CA** | |
|---|---|---|---|
| | State the term remaining | **2/28/2023** | **Janet Song Charles Dunn Real Estate Services, Inc. 800 West 6th St., Suite 600 Los Angeles, CA 90017** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for 10630 LITTLE PATUXENT PKWY, STE 305 AND 330, Columbia, MD** | |
|---|---|---|---|
| | State the term remaining | **9/30/2021** | **Jeffrey Lee Cohen BECO Management Inc. 5410 Edson Ln20852 Suite 200 Rockville, MD 20852** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for 9600 BLACKWELL RD, 5TH FL, Rockville, MD** | |
|---|---|---|---|
| | State the term remaining | **3/31/2026** | **Jennifer Pendly, CPA 9600 BLACKWELL II c/o ROYCO INC 8121 Georgia Ave., Suite 500 Silver Spring, MD 20910** |
| | List the contract number of any government contract | | |

Debtor 1    **IntegraMed America, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)*    **20-11170 (LSS)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.31.  State what the contract or lease is for and the nature of the debtor's interest

**Nonresidential real property lease for 13580 GROUPE DR, STE 105, Woodbridge, VA**

State the term remaining    **5/31/2025**

List the contract number of any government contract

**John S. Groupe, V.**
**The Engineering Group**
**13580 Groupe Dr., Suite 301**
**Woodbridge, VA 22192**

2.32.  State what the contract or lease is for and the nature of the debtor's interest

**Nonresidential real property lease for 2260 W HIGGINS RD, STE 200 A, Hoffman Estates, IL**

State the term remaining    **5/23/2023**

List the contract number of any government contract

**Jonathan Swindle**
**PO Box 4807**
**Hinsdale, IL 60522**

2.33.  State what the contract or lease is for and the nature of the debtor's interest

**Nonresidential real property lease for 100 TECHNOLOGY DR, SUITES 203 210, Trumbull, CT**

State the term remaining    **3/31/2025**

List the contract number of any government contract

**Joseph Goldman**
**El Dorado Holdings LLC**
**100 Technology Dr.**
**Trumbull, CT 06611**

2.34.  State what the contract or lease is for and the nature of the debtor's interest

**Nonresidential real property lease for 11516 LAMEY BRG RD, STE 13 A, D'Iberville, MS**

State the term remaining    **7/31/2022**

List the contract number of any government contract

**Kaylynn Sills**
**Encore Retail Lakeview VI, LLC Attn: Leg**
**8403 Westglen Drive**
**Houston, TX 77063**

2.35.  State what the contract or lease is for and the nature of the debtor's interest

**Nonresidential real property lease for 7451 WILES RD, BLDG 2 STE 201 WHISPERING WOODS CTR, CORAL SPRINGS, FL**

State the term remaining    **7/31/2020**

List the contract number of any government contract

**Kevin Payton**
**Payton Coral Springs, LLC**
**436 Holiday Dr.**
**Hallandale, FL 33009**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **IntegraMed America, Inc.** | | | Case number (*if known*) | **20-11170 (LSS)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for 12011 LEE JACKSON HWY, SUITES 302 305, Fairfax, VA** | |
| | State the term remaining | **5/31/2023** | **Kim Bennett**<br>**Guardian Realty**<br>**600 Executive Blvd., Suite 400**<br>**Rockville, MD 20852** |
| | List the contract number of any government contract | | |
| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for 105 LANDINGS DR, STE 202 -, Mooresville, NC** | |
| | State the term remaining | **12/31/2021** | **Langree Officer Center**<br>**5800 Monroe St., Bldg F-5**<br>**Sylvania, OH 43560** |
| | List the contract number of any government contract | | |
| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for 18210 S LAGRANGE RD, STE 111 A, Tinley Park, IL** | |
| | State the term remaining | **8/31/2022** | **Legal Dept.**<br>**18191 Von Karman Ave.**<br>**Suite 300**<br>**Irvine, CA 92612** |
| | List the contract number of any government contract | | |
| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for 900 N KINGSBURY ST, RW6 - PORTION OF LOWER LEVEL, Chicago, IL** | |
| | State the term remaining | **11/30/2026** | **Legal Dept. Leasing**<br>**Two N. Riverside Plz**<br>**Ste 600**<br>**Chicago, IL 60606** |
| | List the contract number of any government contract | | |
| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for 600 W CHICAGO AVE, RW5 - RIVERWALK LEVEL EXPANSION A, Chicago, IL** | |
| | State the term remaining | **11/30/2026** | **Legal Dept., Leasing**<br>**Two N. Riverside Plz, Suite 600**<br>**Chicago, IL 60606** |
| | List the contract number of any government contract | | |

Debtor 1   **IntegraMed America, Inc.**
_____
First Name        Middle Name        Last Name

Case number (*if known*)   **20-11170 (LSS)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.41.**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Nonresidential real property lease for 600 HERITAGE DR, STE 200 A, Jupiter, FL**<br>**2/28/2022**<br><br><br>_____ | **Maria R. Gonzalez, Jamie Willard**<br>**Windrose AWPC II Properties, LLC**<br>**c Welltower Inc.**<br>**1860 SW Fountainview Blvd. Suite 100**<br>**Port Saint Lucie, FL 34986** |
| **2.42.**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Nonresidential real property lease for 567 NW LK WHITNEY PL, STE 103, 104, Port St. Lucie, FL**<br>**10/31/2023**<br><br>_____ | **Maria R. Gonzalez, Jamie Willard**<br>**Lake Whitney Phase II, LLC**<br>**c Welltower Inc.**<br>**1860 SW Fountainview Blvd. Suite 100**<br>**Port Saint Lucie, FL 34986** |
| **2.43.**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Nonresidential real property lease for 165 THOMAS JOHNSON DR, SUITES F  G IN CONDO UNIT #300, Frederick, MD**<br>**6/30/2026**<br><br>_____ | **Marvin Ausherman,  Shelli Lewis**<br>**Aspen Ridge 165 LLC**<br>**7420 Hayward Rd., Ste 203**<br>**Frederick, MD 21702** |
| **2.44.**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Physician agreement**<br><br><br>**Indefinite**<br><br>_____ | **Northwest Center for Infertility and Reproductive Endocrinology, P.C.**<br>**2960 North State Road 7**<br>**Suite 300**<br>**Pompano Beach, FL 33063** |
| **2.45.**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Nonresidential real property lease for 555 N NEW BALLAS, STE 150 A, St. Louis, MO**<br>**1/31/2026**<br><br>_____ | **Plaza Members III, LLC**<br>**cLand Dynamics, Inc.**<br>**7800 Forsyth Blvd., Ste 800**<br>**Saint Louis, MO 63105** |
| **2.46.**   State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for 111 PLUMTREE RD, 2ND FL A, Bel Air, MD** | **Plumtree Orthapaedic Associates**<br>**111 Plumtree Rd.**<br>**Bel Air, MD 21014** |

| Debtor 1 | **IntegraMed America, Inc.** | | | Case number *(if known)* | **20-11170 (LSS)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining **4/30/2024** | |
| List the contract number of any government contract | |
| **2.47.** State what the contract or lease is for and the nature of the debtor's interest **Nonresidential real property lease for 2592 E GRAND AVE, UNIT 205 1, Lindenhurst, IL** | |
| State the term remaining **5/31//2021** | **Property Manager** |
| List the contract number of any government contract | **1605 Half Day Road Deerfield, IL 60015** |
| **2.48.** State what the contract or lease is for and the nature of the debtor's interest **Nonresidential real property lease for TWO MANHATTANVILLE RD (NEW), 4TH FL CORR, Purchase, NY** | |
| State the term remaining **9/30/2022** | **Purchase Corporate Park Associates, L.P.** |
| List the contract number of any government contract | **Two Manhattanville Rd. Purchase, NY 10577** |
| **2.49.** State what the contract or lease is for and the nature of the debtor's interest **Clinic Master Service Agreement** | |
| State the term remaining **9/22/2040** | **Reproductive Endocrine Associates Charlotte, P.C.** |
| List the contract number of any government contract | **1524 East Morehead St. Charlotte, NC 28207** |
| **2.50.** State what the contract or lease is for and the nature of the debtor's interest **Clinic Master Service Agreement** | |
| State the term remaining **12/31/2029** | **Reproductive Partners Medical Group La Jolla, Inc.** |
| List the contract number of any government contract | **9850 Genesee Avenue Suite 800 La Jolla, CA 92037** |
| **2.51.** State what the contract or lease is for and the nature of the debtor's interest **Clinic Master Service Agreement** | |
| State the term remaining **6/30/2026** | **Reproductive Science Center San Francisco Bay Area** |
| List the contract number of any government contract | **100 Park Place Suite 200 San Ramon, CA 94583** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **IntegraMed America, Inc.**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*   **20-11170 (LSS)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Clinic Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | **12/31/2028** | **Seattle Reproductive Medicine, Inc. P.S.**<br>**1505 Westlake Avenue North**<br>**4th Fl.**<br>**Seattle, WA 98109** |
| | List the contract number of any government contract | | |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Clinic Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | **3/31/2021** | **Shady Grove Fertility Reproductive Science Center, PC**<br>**fka Levy, Sagoskin and Stillman, MD, PC**<br>**15001 Shadey Grove Road, Suite 200**<br>**Rockville, MD 20850** |
| | List the contract number of any government contract | | |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for 728 134TH ST SW, STE 207 213, Everett, WA** | |
|---|---|---|---|
| | State the term remaining | **3/31/2027** | **Smartcap, Inc.**<br>**8201 164th Ave. NE**<br>**Suite 110**<br>**Redmond, WA 98052** |
| | List the contract number of any government contract | | |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for 1700 W MAIN ST, BLDG B, Pensacola, FL** | |
|---|---|---|---|
| | State the term remaining | **1/31/2026** | **Stephanie Taylor**<br>**Straight Eight Properties, LLC**<br>**1700 W Main St., Ste 100**<br>**Pensacola, FL 32502** |
| | List the contract number of any government contract | | |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for 9601 BLACKWELL RD, STE 400 AND 500, Rockville, MD** | |
|---|---|---|---|
| | State the term remaining | **12/31/2031** | **Susan Siedman**<br>**Caddis Management Company LLC**<br>**252 Clayton St., 4th Fl.**<br>**Denver, CO 80209** |
| | List the contract number of any government contract | | |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for 9850 GENESEE AVE, STE 800 AND 830, La Jolla, CA** | |
|---|---|---|---|
| | State the term remaining | **2/28/2021** | **Thomas C. Sounhein, CEO**<br>**Scripps Memorial - XiMed Medical Center,**<br>**9850 Genesee Ave., Suite 800**<br>**La Jolla, CA 92037** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1   **IntegraMed America, Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **20-11170 (LSS)**
_____



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| | | | |
|---|---|---|---|
| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for 720 ALICEANNA ST, STE 320 A, Baltimore, MD 8/31/2022** | |
| | State the term remaining | | **Tim O'Donald Harbor East Garage LLC 650 S Exeter St., Suite 200 Baltimore, MD 21202** |
| | List the contract number of any government contract | | |
| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Clinic Master Service Agreement** | |
| | State the term remaining | **2/1/2032** | **UNC Ferility LLC 7920 ACC Blvd. Suite 300 Raleigh, NC 27617** |
| | List the contract number of any government contract | | |
| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Clinic Master Service Agreement** | |
| | State the term remaining | **1/1/2046** | **Utah Fertility Center, P.C. 1446 W. Pleasant Grove Pleasant Grove, UT 84062** |
| | List the contract number of any government contract | | |
| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Nonresidential real property lease for 89 DAVIS RD, SUITES 240 260 280, Orinda, CA 3/31/20** | |
| | State the term remaining | | **Wendy Luis, property manager Lamorinda Development & Investment 89 Davis Rd., Suite 260 Orinda, CA 94563** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **IntegraMed America, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **20-11170 (LSS)**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **IntegraMed Fertility Holding Corp.** | **2 Manhattanville Road Purchase, NY 10577** | **Bank of Montreal (Administrative Agent)** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **IntegraMed Fertility Holding Corp.** | **2 Manhattanville Road Purchase, NY 10577** | **Bank of Montreal (Administrative Agent)** | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **IntegraMed Florida Holdings, LLC** | **2 Manhattanville Road Purchase, NY 10577** | **Bank of Montreal (Administrative Agent)** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **IntegraMed Florida Holdings, LLC** | **2 Manhattanville Road Purchase, NY 10577** | **Bank of Montreal (Administrative Agent)** | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 **IntegraMed Holding Corp.** | **2 Manhattanville Road Purchase, NY 10577** | **Bank of Montreal (Administrative Agent)** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **IntegraMed America, Inc.** | Case number *(if known)* | **20-11170 (LSS)** |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **IntegraMed Holding Corp.** | 2 Manhattanville Road Purchase, NY 10577 | **Bank of Montreal (Administrative Agent)** | ■ D  **2.2** ☐ E/F _____ ☐ G _____ |
| 2.7 | **IntegraMed Management of Bridgeport LLC** | 2 Manhattanville Road Purchase, NY 10577 | **Bank of Montreal (Administrative Agent)** | ■ D  **2.1** ☐ E/F _____ ☐ G _____ |
| 2.8 | **IntegraMed Management of Bridgeport LLC** | 2 Manhattanville Road Purchase, NY 10577 | **Bank of Montreal (Administrative Agent)** | ■ D  **2.2** ☐ E/F _____ ☐ G _____ |
| 2.9 | **IntegraMed Management of Mobile, LLC** | 2 Manhattaville Road Purchase, NY 10577 | **Bank of Montreal (Administrative Agent)** | ■ D  **2.1** ☐ E/F _____ ☐ G _____ |
| 2.10 | **IntegraMed Management of Mobile, LLC** | 2 Manhattaville Road Purchase, NY 10577 | **Bank of Montreal (Administrative Agent)** | ■ D  **2.2** ☐ E/F _____ ☐ G _____ |
| 2.11 | **IntegraMed Management, LLC** | 2 Manhattanville Road Purchase, NY 10577 | **Bank of Montreal (Administrative Agent)** | ■ D  **2.1** ☐ E/F _____ ☐ G _____ |
| 2.12 | **IntegraMed Management, LLC** | 2 Manhattanville Road Purchase, NY 10577 | **Bank of Montreal (Administrative Agent)** | ■ D  **2.2** ☐ E/F _____ ☐ G _____ |
| 2.13 | **IntegraMed Medical Missouri, LLC** | 2 Manhattanville Road Purchase, NY 10577 | **Bank of Montreal (Administrative Agent)** | ■ D  **2.1** ☐ E/F _____ ☐ G _____ |

| Debtor | **IntegraMed America, Inc.** | Case number *(if known)* | **20-11170 (LSS)** |

---

**▪** **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **IntegraMed Medical Missouri, LLC** | 2 Manhattanville Road Purchase, NY 10577 | **Bank of Montreal (Administrative Agent)** | ▪ D __2.2__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.15 | **Reproductive Partners, Inc.** | 2 Manhattanville Road Purchase, NY 10577 | **Bank of Montreal (Administrative Agent)** | ▪ D __2.1__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.16 | **Reproductive Partners, Inc.** | 2 Manhattanville Road Purchase, NY 10577 | **Bank of Montreal (Administrative Agent)** | ▪ D __2.2__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.17 | **Trellis Health LLC** | 2 Manhattanville Road Purchase, NY 10577 | **Bank of Montreal (Administrative Agent)** | ▪ D __2.1__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.18 | **Trellis Health LLC** | 2 Manhattanville Road Purchase, NY 10577 | **Bank of Montreal (Administrative Agent)** | ▪ D __2.2__ <br> ☐ E/F ____ <br> ☐ G ____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com