**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
:
In re                                           :          Chapter 7
:
INTEGRAMED HOLDING CORP.,[1]     :          Case No. 20-11169 (LSS)
:
:
Debtor.                        :
:
---------------------------------------------------------------x
:
In re                                           :          Chapter 7
:
INTEGRAMED AMERICA, INC.,      :          Case No. 20-11170 (LSS)
:
:
Debtor.                        :
:
---------------------------------------------------------------x
:
In re                                           :          Chapter 7
:
TRELLIS HEALTH LLC,             :          Case No. 20-11171 (LSS)
:
:
Debtor.                        :
:
---------------------------------------------------------------x
:
In re                                           :          Chapter 7
:
INTEGRAMED FERTILITY HOLDING CORP.,  :          Case No. 20-11172 (LSS)
:
:
Debtor.                        :
:
---------------------------------------------------------------x

---

[1] The Debtors in the above captioned Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: IntegraMed Holding Corp. (4778), IntegraMed America, Inc. (0326), Trellis Health LLC (8710), IntegraMed Fertility Holding Corp. (7962), Reproductive Partners, Inc. (7978), IntegraMed Management of Bridgeport, LLC (0302), IntegraMed Florida Holdings, LLC (6524), IntegraMed Management of Mobile, LLC (2766), IntegraMed Management, LLC (9197), and IntegraMed Medical Missouri, LLC (0494). The Debtors' corporate headquarters is located at 2 Manhattanville Road, Purchase, NY 10577.

```
------------------------------------------------------------x
                                                            :
In re                                                       :
                                                            :   Chapter 7
                                                            :
REPRODUCTIVE PARTNERS, INC.,                                :
                                                            :   Case No. 20-11173 (LSS)
                                                            :
                                                            :
                Debtor.                                     :
                                                            :
------------------------------------------------------------x
                                                            :
In re                                                       :
                                                            :   Chapter 7
                                                            :
INTEGRAMED MANAGEMENT OF                                    :
BRIDGEPORT, LLC,                                            :   Case No. 20-11175 (LSS)
                                                            :
                                                            :
                Debtor.                                     :
                                                            :
------------------------------------------------------------x
                                                            :
In re                                                       :
                                                            :   Chapter 7
                                                            :
INTEGRAMED FLORIDA HOLDINGS, LLC,                           :
                                                            :   Case No. 20-11176 (LSS)
                                                            :
                                                            :
                Debtor.                                     :
                                                            :
------------------------------------------------------------x
                                                            :
In re                                                       :
                                                            :   Chapter 7
                                                            :
INTEGRAMED MANAGEMENT OF                                    :
MOBILE, LLC,                                                :   Case No. 20-11179 (LSS)
                                                            :
                                                            :
                Debtor.                                     :
                                                            :
------------------------------------------------------------x
                                                            :
In re                                                       :
                                                            :   Chapter 7
                                                            :
INTEGRAMED MANAGEMENT, LLC,                                 :
                                                            :   Case No. 20-11181 (LSS)
                                                            :
                                                            :
                Debtor.                                     :
                                                            :
------------------------------------------------------------x
```

DM_US 168774554-2.104127.0027

```
-----------------------------------------------------------------x
                                                                 :
In re                                                            :
                                                                 :    Chapter 7
                                                                 :
INTEGRAMED MEDICAL MISSOURI, LLC,                                :
                                                                 :    Case No. 20-11184 (LSS)
                                                                 :
                                                                 :
                Debtor.                                          :
                                                                 :
-----------------------------------------------------------------x
```

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that McDermott Will & Emery LLP hereby enters its appearance (the "Notice of Appearance"), in the above-captioned cases as counsel to Fertility NewCo, LLC pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), and rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). McDermott Will & Emery LLP hereby requests that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

| | |
|---|---|
| MCDERMOTT WILL & EMERY LLP | MCDERMOTT WILL & EMERY LLP |
| Felicia Gerber Perlman, Esq. | Maris J. Kandestin, Esq. |
| James W. Kapp, III, Esq. | The Nemours Building |
| 444 West Lake Street, Suite 4000 | 1007 North Orange Street, 4th Floor |
| Chicago, IL 60606-0029 | Wilmington, DE 19801 |
| Telephone: (312) 372-2000 | Telephone: (302) 485-3900 |
| Fax: (312) 984-7700 | Fax: (302) 351-8711 |
| E-mail: fperlman@mwe.com | E-mail: mkandestin@mwe.com |
| E-mail: jkapp@mwe.com | |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service,

3

hand-delivery, telephone, facsimile, electronically, or otherwise, that is filed or given in connection with the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives (i) any right to have final orders in non-core matters arising in or related to the above-captioned chapter 7 cases entered only after *de novo* review by a district court judge, (ii) any right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (iii) any right to have a district court judge withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) an election of remedies, or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defences, setoffs, or recoupments under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defences, setoffs, and recoupments against a debtor or any other entity either in these cases or in any other action are expressly reserved.

Dated: May 23, 2020
      Wilmington, Delaware

MCDERMOTT WILL & EMERY LLP

*/s/ Maris J. Kandestin*

Maris J. Kandestin (Del. Bar No. 5294)
The Nemours Building
1007 North Orange Street, 4th Floor
Wilmington, DE  19801
Telephone:  (302) 485-3900
E-mail: mkandestin@mwe.com

and

Felicia Gerber Perlman (*pro hac vice* pending)
James W. Kapp, III (*pro hac vice* pending)
444 West Lake Street, Suite 4000
Chicago, IL 60606-0029
Telephone: (312) 372-2000
E-mail: fperlman@mwe.com
E-mail: jkapp@mwe.com

*Counsel to Fertility NewCo, LLC*

5