Notice of Withdrawal of Claim

Debtor IntegraMed America Inc

Case number 20-11170

Creditor Blum Shapiro & Company

Since we have received the credits from our Software Vendors related to our claim, we would like to withdraw our claim.

Thank you for your help,

Martine M Rheaume

Director of Finance

Blum Shapiro & Company

860-570-6330